1

**CHERYL D. UZAMERE, *SUI JURIS*, APPEARING PRO SE**

2

Cheryl D. Uzamere

3

1209 Loring Avenue
Apt. 6B

4

Brooklyn, NY 11208
Tel.: (347) 255-3922

5

E-mail: cuzamere@netzero.net

6

FILED
STATE PRO SE OFFICE

2019 SEP 27   PM 12: 12

# 19cv9064

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

7

8

**CHERYL D. UZAMERE,** Individually and as the Sole Proprietor of **UZAMERE WORD PROCESSING & MORE**

9

10

Plaintiff,

11

v.

12

**THE STATE OF NEW YORK;**

13

**THE HONORABLE ANDREW M. CUOMO, GOVERNOR OF THE STATE OF NEW YORK;**

14

15

**THE HONORABLE LETITIA JAMES, ATTORNEY GENERAL FOR THE STATE OF NEW YORK;**

16

17

**THE NEW YORK STATE UNIFIED COURT SYSTEM OF THE STATE OF NEW YORK;**

18

19

20

**HONORABLE JANET DIFIORE, AS CHIEF JUDGE OF THE NEW YORK STATE UNIFIED COURT SYSTEM;**

21

22

**HONORABLE LAWRENCE K. MARKS, AS CHIEF ADMINISTRATIVE JUDGE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

23

24

25

**THE HONORABLE LAWRENCE KNIPEL, ADMINISTRATIVE JUDGE, KINGS COUNTY SUPREME COURT SUPREME COURT, NEW YORK STATE UNIFIED COURT SYSTEM;**

26

27

28

**VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**DEMAND FOR A JURY TRIAL**

**IN FORMA PAUPERIS**

**DEMAND FOR REASONABLE ACCOMMODATIONS/GUARDIAN AD LITEM**

42 USC §1983, Civil Action for Deprivation of Rights (First Amendment, Fourteenth Amendment (Americans with Disabilities Act (Reasonable Accommodations Civil Rights Act of 1964)

| Cheryl D. Uzamere v. New York State Unified Court System | | Page 1 |

1
2
3
4
5

THE HONORABLE JEFFREY SUNSHINE, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE, STATEWIDE COORDINATING JUDGE FOR MATRIMONIAL CASES FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

6
7
8

SUSAN KAUFMAN, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM OFFICE OF COURT ADMINISTRATION;

9
10
11
12
13

HONORABLE BETTY WEINBERG ELLERIN, HONORARY CHAIR, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

14
15
16

HONORABLE SONDRA MILLER, HONORARY CHAIR, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

17
18
19
20

HONORABLE JACQUELINE SILBERMANN, HONORARY CHAIR, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

21
22
23
24

ALTON ABRAMOWITZ, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

25
26
27

SUSAN L. BENDER, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

28

1
2
3
4

**ROSEANN BRANDA, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

5
6
7
8

**HONORABLE LINDA CHRISTOPHER, ASSOCIATE JUSTICE, APPELLATE DIVISION FOR THE SECOND DEPARTMENT, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

9
10
11
12
13
14

**HONORABLE ANDREW CRECCA, JUSTICE OF THE SUPREME COURT, SUFFOLK COUNTY, SUPERVISING JUDGE OF MATRIMONIAL MATTERS, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

15
16
17

**KATHLEEN DONELLI, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

18
19
20
21
22

**HONORABLE LAURA A. DRAGER, ACTING JUSTICE OF THE SUPREME COURT, NEW YORK COUNTY, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

23
24
25
26

**DONNA ENGLAND, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

27
28

**STEPHEN J. GASSMAN, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE**

NEW YORK STATE UNIFIED COURT SYSTEM;

HONORABLE ELLEN GESMER, ASSOCIATE JUSTICE, APPELLATE DIVISION FOR THE FIRST DEPARTMENT, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

HONORABLE CHERYL A. JOSEPH, ACTING SUPREME COURT JUSTICE, SUPREME COURT, SUFFOLK COUNTY, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

ELENA KARABATOS, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

HONORABLE JEFFREY D. LEBOWITZ, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

CHRISTOPHER S. MATTINGLY, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

STEPHEN P. MCSWEENEY, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;

MICHAEL A. MOSBERG, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE

1  NEW YORK STATE UNIFIED COURT
   SYSTEM;
2

3  HEMALEE J. PATEL, ESQ., REFEREE OF
   THE SUPREME COURT, RICHMOND
4  COUNTY, MATRIMONIAL PRACTICE
   ADVISORY AND RULES COMMITTEE
5  FOR THE NEW YORK STATE UNIFIED
   COURT SYSTEM;
6

7  FLORENCE     RICHARDSON,     ESQ.,
   MATRIMONIAL PRACTICE ADVISORY
8  AND RULES COMMITTEE FOR THE
   NEW YORK STATE UNIFIED COURT
9  SYSTEM;

10

11 YESENIA RIVERA, ESQ., MATRIMONIAL
   PRACTICE   ADVISORY   AND   RULES
12 COMMITTEE FOR THE NEW YORK
   STATE UNIFIED COURT SYSTEM;
13

14 HONORABLE EMILY RUBEN, FAMILY
   COURT   JUDGE,   QUEENS   COUNTY,
15 MATRIMONIAL PRACTICE ADVISORY
   AND RULES COMMITTEE FOR THE
16 NEW YORK STATE UNIFIED COURT
   SYSTEM;
17

18 SHARON    KELLY    SAYERS,    ESQ.,
   MATRIMONIAL PRACTICE ADVISORY
19 AND RULES COMMITTEE FOR THE
   NEW YORK STATE UNIFIED COURT
20 SYSTEM;

21 ZENITH    T.    TAYLOR,    ESQ.,
   MATRIMONIAL PRACTICE ADVISORY
22 AND RULES COMMITTEE FOR THE
   NEW YORK STATE UNIFIED COURT
23 SYSTEM;

24

25 ERIC A. TEPPER, ESQ., MATRIMONIAL
   PRACTICE   ADVISORY   AND   RULES
26 COMMITTEE FOR THE NEW YORK
   STATE UNIFIED COURT SYSTEM;
27

28 BRUCE    J.    WAGNER,    ESQ.,
   MATRIMONIAL PRACTICE ADVISORY

---

**Cheryl D. Uzamere v. New York State Unified Court System** | **Page 5**

**AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

**HARRIET WEINBERGER, ESQ., MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

**HONORABLE HOPE ZIMMERMAN, JUSTICE OF THE SUPREME COURT, NASSAU COUNTY, MATRIMONIAL PRACTICE ADVISORY AND RULES COMMITTEE FOR THE NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE RACHEL A. ADAMS,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE SYLVIA G. ASH**, Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE LOREN BAILY-SCHIFFMAN,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE JOHNNY LEE BAYNES,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE REGINALD A. BODDIE,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE THERESA CICCOTTO,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

1
2
3

**THE HONORABLE LISSETTE COLON,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

4
5
6

**THE HONORABLE MATTHEW D'EMIC,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

7
8
9

**THE HONORABLE GENINE EDWARDS,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

10
11
12

**THE HONORABLE PAMELA L. FISHER,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

13
14
15

**THE HONORABLE ROBIN S. GARSON,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

16
17
18

**THE HONORABLE BERNARD J. GRAHAM,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

19
20
21

**THE HONORABLE LARA J. GENOVESI,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

22
23
24

**THE HONORABLE DAWN JIMENEZ-SALTA,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

25
26
27

**THE HONORABLE KATHY J. KING,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

28

**THE HONORABLE DONALD KURTZ,** Justice of the Kings County Supreme Court for

the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE CARL LANDICINO,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE KATHERINE A. LEVINE,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE RICHARD J. MONTELIONE,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE LISA S. OTTLEY,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE MARK PARTNOW,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE MICHAEL PESCE,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE ERIC PRUS,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE KAREN B. ROTHENBERG,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE LEON RUCHELSMAN,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE WAYNE P. SAITTA,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE KENNETH SHERMAN,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE DEBRA SILBER,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE MARTIN SOLOMON,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE ELLEN M. SPODEK,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE MARSHA L. STEINHARDT,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE PETER P. SWEENEY,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE DELORES J. THOMAS,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE WAVNY TOUSSAINT,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE DAVID B. VAUGHAN,** Justice of the Kings County Supreme Court for

the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE RICHARD VELASQUEZ,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE CAROLYN E. WADE,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE EDGAR G. WALKER,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE MICHELLE WESTON,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM;**

**THE HONORABLE PAUL WOOTEN,** Justice of the Kings County Supreme Court for the **NEW YORK STATE UNIFIED COURT SYSTEM**

**MICHAEL MCSWEENEY,** in His Official Capacity as **NEW YORK CITY CLERK AND CLERK OF THE COUNCIL;**

**PATRICK L. SYNMOIE,** in His Official Capacity, Executive Agency Counsel, **NEW YORK CITY CLERK'S OFFICE;**

**HOWARD A. ZUCKER, M.D., J.D.,** in His Official Capacity as Commissioner, **NEW YORK STATE DEPARTMENT OF HEALTH;**

**RICHARD ZAHNLEUTER,** in His Official Capacity as General Counsel, **NEW YORK STATE DEPARTMENT OF HEALTH;**

**ANDREW M. SAUL,** in His Official Capacity as Commissioner, **SOCIAL SECURITY ADMINISTRATION;**

**ROYCE B. MIN,** in His Capacity as General Counsel for the **SOCIAL SECURITY ADMINISRATION;**

**MONICA CHYN,** In Her Official Capacity, **SOCIAL SECURITY ADMINISTRATION;**

**GAIL ENNIS,** in Her Official Capacity as Inspector General, **SOCIAL SECURITY ADMINISTRATION;**

**ELLEN SOVERN,** in Her Official Capacity as Regional General Counsel, Regional II, Social Security Administration;

**"JOHN DOE"/"JANE DOE,** in His/Her Official Capacity as Office Manager, Social Security District Office, 3386 Crescent Street, Brooklyn, New York, **SOCIAL SECURITY ADMINISTRATION;**

**"JOHN DOE"/"JANE DOE, OFFICE MANAGER, SOCIAL SECURITY DISTRICT OFFICE;**

**"JANE DOE", A.K.A. "MS. FLORES, PASS CADRE WORKER, SUPERVISOR, SOCIAL SECURITY DISTRICT OFFICE,**

**"JOHN DOE", A.K.A. "MR. MCGOWAN",** PASS Cadre Worker, Social Security District Office at 123 William Street, New York, New York **SOCIAL SECURITY ADMINISTRATION**

Defendants.

---

## VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

I, Cheryl D. Uzamere, the Plaintiff in the above entitled action, am a member of several groups that are protected by federally law. I am an African American woman. I am a Jehovah's

Witnesses and a servant of Jehovah, the God of Abraham, Isaac, Jacob and Jesus Christ. I was diagnosed as having bipolar disorder, an organic mental condition in February 1993, that is recognized as a disability pursuant to the Americans with Disabilities Act, and for which I have received Social Security Disability Insurance retroactively since 1996. I am the mother of David Paul Walker and Tara Ann Uzamere, African American children who are victims of sexually sadistic terrorism by Defendants New York State and New York City's Babylonian Talmud-based foster care system, and who were kidnapped and trafficked by Defendants State of New York and City of New York for purposes of the Babylonian Talmud-fomented trafficking of humans for the sex trade and kidnapping and trafficking of boys of African descent for anal sodomy. I am an individual against whom the extrajudicial sentence of death has been ordered pursuant to the Babylonian Talmudic crime of meshira/mesira (whistleblowing), a religious law that is now politicized and legalized by Defendant New York State Executive Order No. 157 and the New York State Legislative Law (Session 2017-2018) 2942—A regarding boycotting Israel.

Based on those matters in which I was personally involved, and on information and belief as to all other matters, I make the following statements under penalty of perjury:

### INTRODUCTION STATEMENT OF MY SON, DAVID PAUL WALKER'S SEXUAL ABUSE WHILE A CLIENT AT JCCA-EDENWALD GROUP HOME

1)      I became aware of the incident described below sometime during 2018. My son, David Paul Walker described an occasion where, while he was six years old, he was in a setting where the employees of JCCA-Edenwald did not supervise the sleeping area, nor provide security cameras or security guards to ensure that my son's or other foster children were safe, in what I allege was an attempt to hide their goals of allowing Babylonian Talmud-adherent members of the Ashkenazi Jewish community to engage in the Babylonian Talmudic practice of anally sodomizing my son:

Please Mr. Don't touch me there, I'm only six...love you not, hate you a lot, Shall we commence to crucifix???... When I was a little boy, teenage boy masturbated in front of me, then politely ask me to lick???... "If you come near me, I'll scream", First time seeing someone else's dick...So easy to pass judgment, tell everybody else what to do...Say stranger, my advice but your ass, shall we suffer together for a spell or two??? Disturbed by the vacant lifeless expression in my eyes yes???...Systematic rape of my soul...prolonged torture of my mind, please my darling. I wholeheartedly invite you to try your best...

## AFFIDAVIT OF MY DAUGHTER, TARA ANN UZAMERE THAT WAS IGNORED BY NEW YORK STATE SUPREME COURT JUSTICE JEFFREY S. SUNSHINE

2)      My daughter, Tara Ann Uzamere, now a registered nurse with the State of New York for over 10 years, submitted New York State-notarized Affidavit in which she described Defendant Ehigie Edobor Uzamere, at that time a senator for the Federal Republic of Nigeria, her father:

I, Tara A. Uzamere, being duly sworn, depose and say that:

1)      I am the daughter of the Plaintiff and the Defendant in the above entitled action.

2)      I make this Affidavit based on the following facts:

3)      That the Plaintiff has always told me that Defendant is my father ever since I was a child.

4)      That I met the Defendant for the first time at JFK Airport in Jamaica, New York around the year 2004 to the best of my recollection.

5)      That I took a photograph of the Defendant during the aforesaid visit. Photograph taken at JFK Airport is hereby attached as Exhibit A.

6)      That on the day that I first met the Defendant at JFK Airport, I called my friend Eusi Patterson on the cell phone that I used to take a photograph of the Defendant.

7)      That on the aforesaid day the Defendant openly and notoriously introduced himself to Eusi as my father.

8)      That I met and visited the Defendant's late brother, John Uzamere at 476 Amboy Street.

9)      That the Defendant and his brother George Uzamere openly and notoriously visited me when I lived at 489 Ray Street, Freeport, New York.

10)      That while I was a resident in Freeport, New York, I experienced a car accident, and that George Uzamere and the Defendant openly and notoriously sent checks

to pay the rest of my car note to Drive Financial, a financing company based in Dallas, Texas.

11)     That the Defendant openly and notoriously visited me when I lived at Nichol Road in Wyandanch, New York.

12)     That the Defendant met my landlord, Martin Marta when the Defendant visited me while I was living at the aforesaid address.

13)     That during the aforesaid meeting the Defendant openly and notoriously identified himself to my landlord as my father.

14)     That I spoke with Wellington Uzamere on the telephone several times before and after I first met the Defendant.

15)     That Wellington Uzamere referred to the Defendant as "Ehigie."

16)     That based on information received from members of the Edo/Bini community as well as my own belief, my facial structure resembles that of the Defendant as evidenced in my photograph hereby attached as Exhibit B.

17)     That while I spend three or four pleasant occasions with the Defendant and received monetary gifts during those occasions, the Defendant has never been a consistent part of my life as I explained in the report [that] I provided to Nigerian newspaper Huhu Online. See aforesaid report hereby attached as Exhibit C.

18)     That based on what I learned at Long Island College School of Nursing regarding psychiatric nursing and psychiatric illnesses, as well as personal day-to-day observation of the Plaintiff, that while the Plaintiffs predominate affect is consistent with what I believe to be hypomania, the Plaintiff is not psychotic and does not require hospitalization, as untruthfully implied by Eugene Uzamere's defamatory characterization of the Plaintiff as "certifiably insane" to Nigerian newspaper Point Blank News Online, hereby attached as Exhibit D.

19)     That before 2004 the Defendant never visited me; never celebrated a birthday with me; never kissed me; never told me he loved me; never wiped away my tears; never talked to me about God; never attended a house of God with me; never read me a Bible story; never talked to me about how to comport myself around men or the importance of being a chaste woman; never let other men know that I was precious to him; never let other men know that they would be responsible to him if they hurt me; never held my hand; never walked with me; never sat me on his lap; never played games with me; never took me to the movies; never picked me up; never gave me a hug; never attended a school meeting with my teachers; never visited me in the hospital; never told me he was proud of me; never accompanied me to a father-daughter dance, never attended a graduation; never invited other members of the Edo/Bini community to a naming ceremony in honor of my birth; never told me that he was glad I was born and never treated me like he loved me and wanted to protect me from the dangers of the world the way normal fathers do with their daughters, and especially in the manner that Nigerian men are known to treat their children.

20)     That the falsely concocted "counter-affidavit" and the falsely concocted affirmation by Eugene Uzamere makes me feel heartsick because I have always been

made to believe by the Plaintiff, the Defendant and members of the Defendant's family that the Defendant is my father and that being a blood member of the Uzamere clan, a blood member of the proud and ancient Edo/Bini nation and culture and being a native Nigerian based on consanguinity are my birthrights and a part of who I am; that the aforesaid "counter-affidavit and attorney's affirmation are emotionally and psychologically abusive as they suggest that I am a bastard child while the Defendant is not willing to end the question of paternity by taking a simple DNA test.

21)     That I now experience financial difficulties such that I do not have money to return to college to continue studying nursing, and that because of the Plaintiffs advanced age and disability, it is very difficult for her to obtain employment to help me pay for college; PELL grant rejection information is attached at Exhibit E.

22)     That I am willing to submit myself for honest DNA testing to confirm that the Defendant is my father if conditions can be controlled so that the Defendant does not know and cannot access the location of the laboratory where said DNA test is performed so that the Defendant does not unduly influence anyone to lie about the results of the DNA test as it seems the Defendant was able to do on the marriage affidavit where the municipal clerk signed his/her name to indicate that he/she verified the Defendant's age, but that on inspection of said page, did not mark off any box to indicate the type of identification the municipal clerk used to verify the Defendants age and date of birth and identity; see Plaintiff's Affidavit and Application for License to Marry, top of back page hereby attached as Exhibit F.

**WHEREFORE,** as the Defendant has forced the Plaintiff and I to suffer domestic violence as identified by the U.S. Justice Department's Office of Violence Against Women, I respectfully ask that this Court considers that the Plaintiff is not just pleading for herself but for our entire family; that this Court grant the Plaintiffs lawful and just request to dismiss attorney Eugene Uzamere's falsified affirmation in its entirety, and to grant the Plaintiff's motion for default judgment and money judgment in its entirety.

3)     Most of the Defendants were and continue to be justices/judges of the New York State Unified Court System.

4)     Pursuant to Title Twenty-Two of the New York Codes Rules and Regulations, Chapter I, Standards and Administrative Policies, Subchapter C, Rules of the Chief Administrator of the Courts, Part 100, Defendants had a duty to:

a)     participate in establishing, maintaining and enforcing high standards of conduct, and personally observe those standards so that the integrity and independence of the judiciary will be preserved;

b)     be faithful to the law and maintain professional competence in it;

c)      perform judicial duties without bias or prejudice against or in favor of any person. A judge in the performance of judicial duties shall not, by words or conduct, manifest bias or prejudice, including but not limited to bias or prejudice based upon age, race, creed, color, sex, sexual orientation, religion, national origin, disability, marital status or socioeconomic status;

d)      not disclose or use, for any purpose unrelated to judicial duties, nonpublic information acquired in a judicial capacity;

e)      take appropriate action when a judge receives information indicating a substantial likelihood that another judge has committed a substantial violation of this Part;

f)      take appropriate action when a judge who receives information indicating a substantial likelihood that a lawyer has committed a substantial violation of the Code of Professional Responsibility;

g)      With regard to a judge's discharge of disciplinary responsibilities to attorneys, act as a judge in the following judicial duties, ensure that a lawyer does not:

i)      violate a Disciplinary Rule of the New York Lawyer's Code of Professional Responsibility;

ii)      circumvent a Disciplinary Rule through actions of another;

iii)      engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.

iv)      engage in conduct that is prejudicial to the administration of justice.

5)      Pursuant to a recently enacted law, New York State Session Law 2942-A, "the Act"), the State of State of New York requires government contractors to certify that they are not engaged in boycotts of Israel or territories controlled by Israel. Although I am not actively involved in boycotting consumer goods and services offered by businesses supporting Israel's occupation of the Palestinian territories, I am involved in publicizing what I allege New York

State's relationship, not with Israel, but Babylonian Talmud-adherent, Ashkenazi Jewish leaders who have an organic predisposition to pedophilia, and who are ensconced in positions of power in both the United States and Israel. I maintain a website, https://www.thecrimesofsenatoruzamere.net that outlines the sexual excesses of Israel's Ashkenazi Jew-controlled government.

6)    I am the sole owner of an unsuccessful home-based business, Uzamere Word Processing & More. I allege for me to do business within New York State, I would have to certify that neither I nor my home-based business participates in a boycott of Israel nor affiliates with entities engaged in a boycott of Israel. Having not engaged in lucrative employment for other companies or for myself, I am in a state of political, economic and social disenfranchisement caused by the Defendants. The Act's certification requirement violates the First and Fourteenth Amendments by requiring me to disavow my participation in political boycotts and based on the Defendants' promulgation of the Act.

## JURISDICTION AND VENUE

7)    I bring this action pursuant to 42 U.S.C. § 1983 for violations of my civil rights under the First and Fourteenth Amendments to the United States Constitution.

8)    The case presents a federal question within this Court's jurisdiction under Article III, § 2 of the United States Constitution and 28 USC §§1331 and 1343.

9)    Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202.

10)    Venue is proper in this Court under 28 U.S.C. § 1391 because the parties reside in this District, and a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

11)    I reside at 1209 Loring Avenue, Apt. 6B, Brooklyn, New York, 11208. I am the sole owner of an unsuccessful home-based typing services.

12)   For the past 10 years, the Defendants have engaged in preventing me from filing my divorce action my husband, and prevented me and from receiving social security benefits based on my long-term marriage to my husband, Ehigie Edobor Uzamere so that Babylonian Talmud-adherent Ashkenazi Jewish leadership ensconced in positions of great power with the Social Security Administration, New York State's government and New York City's government can continue to prevent me from engaging my right to free speech and to petition the government for a redress of grievances concerning tortious and criminal offenses involving the goal of the Defendants' acceptance of the identification-lacking marriage affidavit: to remove my husband as a protector of my family; and to mold my entire family in the image of Baylonian Talmudic doctrines regarding the illegitimacy of black children, especially boys to engage them in the type of deprived sex congress for which sex-crazed Ashkenazi Jews like Eric Schneiderman, Elliot Spitzer, Andrew Weiner, Harvey Weinstein, Jeffrey Epstein and Edward Bernard Peter Buckmelter (Ed Buck) stand accused.

13)   Although the Defendants' positions span across federal, New York State and municipal lines, the Defendant-leaders are virtually all Babylonian Talmud-adherent Ashkenazi Jews ensconced in positions of unbridled power that I allege rises to the level of sexually sadistic domestic terrorism that, not only suppresses free speech to silence me and my children, but suppresses free speech to render me and my children nonconsenting individuals as a substitute for the the gang anal rape of children, especially boys, based on an organic predisposition for pedophilia and pedophilic gang rape that Israel's scientific community, Israel's community health community, the National Institutes for Health and the Israel movie *Conventional Sins/Yedid Nephesh* has recognized for over 40 years to be Ashkenazi Jew's organic predisposition for pedophilia.

# STATEMENT OF FACTS

## The Act

14)     On January 13, 2017, the New York State Legislature enacted 2942—A, an act to amend the state finance law and the retirement and social security law, in relation to purchasing restrictions ("the Act").

15)     The Act provides, in relevant part:

"Boycott" shall mean to engage in any activity, or to promote or Encourage others to engage in any activity, that will result in any Person abstaining from commercial, social or political relations, with Any allied nation, or companies based in an allied nation or in territories controlled by an allied nation, with the intent to penalize, inflict, or cause harm to, or otherwise promote or cast disrepute upon, Such allied nation, its people or its commercial products.

"Person" shall mean any natural person, corporation, limited Liability company, unincorporated association or any other nongovernmental entity, organization, or group, or any successor, subunit, parent, or subsidiary of the same.

Any person that is identified on a list created pursuant to Paragraph (b) of this subdivision as a person that boycotts, as defined in paragraph (b) of subdivision one of this section, any allied nation, as defined in paragraph (a) of subdivision one of this section, shall not be deemed a responsive bidder or offeror, pursuant to section one Hundred sixty-three of this article.

Not later than ninety days after the effective date of this Section, and then annually thereafter, the Commissioner shall develop and publish, using credible information available to the public, a list of persons determined by the Commissioner, that have engaged in the boycotting of any allied nation. The Commissioner shall not include any Person on the list required to be so developed and published if the Commissioner determines that such person engaging in boycotting an Allied nation, engaged in such boycotting in order to comply with a provision of law of an allied nation in which such person resides or conducts business operations. Such list, when developed and published, Shall be posted on the website of the office of general services.

In the event a person included by the commissioner on the list to Be developed and published in accordance with paragraph (b) of this Subdivision, demonstrates to the Commissioner that such person has permanently ceased their boycotting of any allied nation, or obtains a Court order from a supreme court that such person shall be removed from Such list due to the court's determination that such person has permanently ceased their boycotting of any allied nation, then the Commissioner shall remove such person from such list so developed and published in accordance with paragraph (b) of this subdivision.

16)    I allege that the Act, superficially seeks to suppress participation in political boycott campaigns aimed at Israel and/or territories controlled by Israel, particularly Boycott, Divestment, and Sanctions ("BDS") campaigns. These campaigns seek to apply economic pressure on Israel to protest the Israeli government's treatment of Palestinians and occupation of the Palestinian territories.

17)    I allege that the real purpose of the Act is to facilitate what the Israeli scientific and public health sectors, and the Israel movie entitled "Conventional Sins/Yedid Nephesh identify as a disproportionately high percentage of Ashkenazi Jews, predominately men, who have an organic predisposition for pedophilia. I allege that, based on historical records: a) from the completion of the writing of the Babylonian Talmud; b) to the Babylonian Talmud's promulgation of the inferiority of people of African descent; c) to Babylonian Talmud-adherent, Ashkenazi Jewish leadership's monopolization of the African slave trade where Africans, including their children were anally sodomized; d) to Ashkenazi Jew-controlled Israel's murder of over 100,000 Arab-Jewish and Palestinian children during the Ringworm Experiment; e) to Israel's Knesset's acknowledgment of the Ashkenazi Jew-controlled kidnapping, torturous experimentation and murder of thousands of Yemeni Jewish children; f) to the Franklin Scandal where children, predominately European boys were removed from foster homes to be anally raped; g) to the disproportionately high percentage of Ashkenazi Jewish children who are fellated after circumcision, some of who contract herpes and die; h) to Jeffrey Epstein's numerous international forays for the purpose of raping European children; i) to New York State's warehousing of boys of African descent in distantly located group homes where boys like my son, David Paul Walker are anally sodomized; j) to Electric Intifada's description of Ashkenazi Jew-controlled weaponized rape of Palestinians; k) to Ashkenazi Jew-controlled immigration of individuals from South Asia and the Middle East's who engaged in the rape of hundreds of women

and children in Northern and Western Europe; l) to New York State's immigration policy that disproportionately admits individuals from South Asia and the Middle East, parts of the world where rape of children is normal; m) to Israel's citizenry's desperate attempts to stop the flow of Ashkenazi Jewish pedophiles from using Aliyah to escape prosecution in countries where they have raped children, (i.e., Avrohom Mondrowitz) just to escape to Israel to rape children there; the State of New York has exhibited, not just a glaring refusal to protect children, but an even more glaring ability to create impoverished children who are trafficked and anally raped throughout its foster care system. I allege that the Defendant leaders are violent, pedophilic sodomites, and the BDS issue is a cover to deflect attention from Ashkenazi Jewish' leadership's organic predisposition for raping children.

## PLAINTIFF'S ALLEGATIONS/ASSERTIONS

### Precipitating Event

18)     I allege that with malice aforethought, my husband, Ehigie Edobor Uzamere engaged in a criminal enterprise with immigration attorneys Allen E. Kaye, Harvey Shapiro and with Kings County Supreme Court Clerk Joseph Visceglia to present our marriage affidavit without corroborating identification for the sole purpose of disfranchising and impoverishing, not just me, but to disfranchise and impoverish my children, David Paul Walker and Tara A. Uzamere by eliminating my husband's services as a financial protector by allowing the illegal filing of the falsified marriage affidavit.

19)     I allege that my husband maliciously allowed his immigration attorneys Allen E. Kaye, Harvey Shapiro, along with other members of the Babylonian Talmud-adherent, Ashkenazi Jewish community to prevent governmental agencies charged with locating putative parents from finding and securing my husband's assets to keep me and my children in a constant state of poverty and terror to enforce the Babylonian Talmudic right of Ashkenazi Jewish men to rape

children, as in the case of Jeffrey Epstein, who is alleged to have raped several children from poverty-stricken backgrounds with impunity while receiving protection from governmental agencies.

### K-26332-2007
### First Divorce Attempt (Ended by Voluntary Discontinuance August 2, 2019)

20)    On January 12, 2009, in response to an unauthenticated, unnotarized, fraudulent counter-affidavit emanating from Nigeria, Respondent the Honorable Jeffrey S. Sunshine rendered a decision and order identifying me as a slut/promiscuous woman by stating that Senator Ehigie Edobor Uzamere might have fathered Tara A. Uzamere, and that she may not be the child of the marriage between me and the fictitious "Godwin Uzamere."

21)    During the dates in question, I was never provided reasonable accommodations by way of guardian ad litem who is trained to act, not just as an attorney, but as a protector of my legal rights as a disabled litigant and the mother of children, who are the victims of sexual assault.

22)    During May 2009 and March 2010, the Honorable Jeffrey S. Sunshine and the Honorable Matthew D'Emic adjudged that Senator Ehigie Edobor Uzamere is my husband and the father of the Tara A. Uzamere, the child of the marriage, based on irrefutable evidence that I provided to the Court.

23)    On or around October 28, 2009, my husband's attorneys Allen E. Kaye, Harvey Shapiro and Jack Gladstein, in order to engage their sexual perversion to simulate the shame, terror and humiliation associated with the gang rape of a child, knowingly, fraudulently and with malice aforethought notarized affirmations that fraudulently identified my husband as "Godwin Uzamere" which were accepted and filed at the behest of New York State Supreme Court Justice Arthur Schack in violation of New York State Penal Law §175.

24)     Between November 3, 2009, at the behest of New York State Supreme Court Justice Jeffrey S. Sunshine and Brooklyn Criminal Court Judge Michael Gerstein, and to engage their sexual perversion to simulate the gang rape of a child, I was maliciously prosecuted, subjected to sexualized torture, physically bound and gagged, charged with crimes that I did not commit, placed in jail by officers of the 84th Precinct and subsequently kidnapped, placed in a holding cell, and later Rikers Island, Elmhurst Hospital and Kingsboro Psychiatric Facility, where I was unlawfully imprisoned for criminal offenses that Justice Jeffrey S. Sunshine later withdrew.

25)     On November 5, 2009, Brooklyn Criminal Court Judge Michael Gerstein and New York State Supreme Court Justice Jeffrey S. Sunshine engaged their sexual perversion to simulate the shame, humiliation and terror associated with the gang rape of a child by enlisting Daily News staff writer Scott Shifrel to knowingly, fraudulently and with malice aforethought, publish a newspaper article that illegally disclosed my nonpublic information that was acquired by Justice Jeffrey S. Sunshine during their adjudication of my failed divorce action including my photo; my name; my age; my (mis)perceived psychiatric diagnosis; actions for which I was falsely alleged to have engaged while in holding; alleged prior court actions; the area where I live and the name of the hospital where I was initially kidnapped.

26)     On November 5, 2009, Brooklyn Criminal Court Judge Michael Gerstein and New York State Supreme Court Justice Jeffrey S. Sunshine engaged their sexual perversion to simulate the shame, humiliation and terror associated with the gang rape of a child by enlisting Daily News staff writer Scott Shifrel to knowingly, fraudulently and with malice aforethought, published a newspaper article charging me with the halachic/Jewish religious crime of anti-Semitism by saying "Cheryl Uzamere, 50, known around courthouse circles for her anti-Semitic screeds, was declared mentally unfit and taken to Bellevue Hospital for observation"; and, that "...she's a smart person and she really know how to use the system, said one courthouse source...she comes in here

and files all these papers and threatens people. Uzamere was in a Criminal Court holding cell when she started stripping and screaming about her "senator" husband in Nigeria loud enough to be heard in the courtroom. The senator, however, is a cousin of her actual ex-husband, Godwin Uzamere, according to an affidavit he filed in Supreme Court...."; and that "the senator, however, is a cousin of her actual ex-husband, Godwin Uzamere, according to affidavit filed in Supreme Court";  and "Her obsession with his destruction has taken her mental ailment to a new level which should not be encouraged, Godwin Uzamere said."

## K-53738-2019
### Second Divorce Attempt (Ended by Denial Based on Existence of First Divorce Attempt)

27)    On July 26, 2019, New York State Justice Jeffrey S. Sunshine conspired with his wife, Clerk of Court Nancy Sunshine to trick me into not filing exhibits that I attached to my 2nd action for divorce that detailed Justice Sunshine's interference in my divorce action.

28)    When I returned to ascertain whether the court had responded to my request to proceed as a poor person, the clerk told me that my request was rejected because I had a pending action. The clerk then presented the last page of the decision that adjudicated Ehigie Edobor Uzamere to be my husband; that he had defaulted; and to give me time to engage in discovery for marital assets.

29)    On August 2, 2019 I submitted a notice to voluntarily discontinue the action and commenced a third attempt to divorce my husband.

## K-53850-2019
### Third Divorce Attempt (Ended by Denial Based on Existence of First Divorce Attempt)

30)    On August 2, 2019, when I went to court to refile my divorce papers (which make refer to the same newspaper article) at the same court where a court employee leaked information about my divorce action and my disability to the Daily News, racist Ashkenazi Jews Elliot

Deutsche and a Ms. Simmons, at the behest of racist Ashkenazi Jewish judges Jeffrey S. Sunshine and Lawrence Knipel bullied only black employees to not help me. They refused to allow me to work with the Haitian-American employee with whom I was more comfortable based on my being of African descent and comfortable speaking Haitian Creole; instead, they forced themselves on me knowing that their religion teaches that black people are inferior and meant to be demeaned and humiliated by Jews. They also did not respect my ADA-protected rights as a person with bipolar disorder to avoid emotionally explosive environments that can cause me to become manic. Instead, racist Ashkenazi Jews Elliot Deutsche and Ms. Simmons fomented an atmosphere of hatred so that they could rely on the past experiences of racist Ashkenazi Jewish judge Jeffrey S. Sunshine and other members of Babylonian Talmud-adherent, Ashkenazi Jewish leadership to falsely charge me with a crime and engage New York State or New York City law enforcement to forcibly hospitalize or have me legally murdered, not just to retaliate, but to become sexually aroused.

## Recent Events

31)     From December 2017 until the present, I allege that the Defendants engaged in embezzling my SSDI funds (which I detailed on my website at https://www.thecrimesofsenatoruzamere.net/affinityfcu_and_metavante_exhibits.html; warrantless attempt to trick me into opening my apartment door to kill me in my apartment and remove my computer after their failed attempt to take my website down (recorded on my security camera and uploaded to https://www.youtube.com/watch?v=jeFbWolohmU&t=2s; maliciously prosecuting my by falsely accusing me of violating 41 CFR §390(a) and 41 CFR §385, contacting U.S. Department of Homeland Security law enforcement to include the Social Security Administration's District Office closed-circuit cameras as evidence to their false allegations, and

then withholding the closed-circuit camera and other demands for discovery I made during the malicious U.S. District Court Violation #6185448.

32)     The most recent event includes the Social Security Administration's refusal to accept my SSI application for the PASS program based on lie that I do not want to file a claim for PASS/SSI, although I hand-submitted the SSI form with exhibits and the SSA disability form with exhibits; I uploaded the documents to my website at https://www.thecrimesofsenatoruzamere.net/pdf_exhibits_files/SSI%20Application%20for%20PASS%20Program.pdf and https://www.thecrimesofsenatoruzamere.net/pdf_exhibits_files/SSA%20Disability%20Report%20-%20Completed.pdf as downloadable .pdf documents; and finally e-mailed several employees of the Social Security Administration via electronic certified mail, return receipt accepted, many of whom acknowledged receipt of my the e-mail.

**Analysis**

33)     The following is the petition that I sent to the United Nations Office of the High Commission for Human Rights regarding the use of Babylonian Talmudic Judaism to facilitate the sex trade of children, with the goal of the anal rape of boys of African descent. I also sent this petition to several U.S. attorneys, including Sarah Normand, Assistant U.S. Attorney for the U.S. Attorney for the Southern District of New York and William Campos, Assistant for the Eastern District of New York, and United Nation delegates. I sent my petition to all fifty-one (51) members of the New York City Counsel. I uploaded my petition to my website as a .pdf document: https://www.thecrimesofsenatoruzamere.net/pdf_exhibits_files/pleadings/exhibits_for_verified_complaint/exhibit_b_petitions_to_the_united_nations/Exhibit%20B%20-%20Petition%20to%20the%20United%20Nations%20Office%20of%20the%20High%20Commission%20for%20Human%20Rights.pdf

## PETITION TO THE UNITED NATIONS OFFICE OF THE HIGH COMMISSION FOR HUMAN RIGHTS

**Demand for African Reparations Based on the U.S./U.S. State Government's Use of Babylonian Talmudic Judaism to Facilitate Sex Trade of Children, with the Goal of the Anal Rape of African Boys**

To Whom It May Concern:

I am Cheryl D. Uzamere, the Plaintiff in the above entitled action, am a citizen of the United States, a practicing Christian, a member of the Jehovah's Witness sect, a servant of Jehovah the Most-High God, God of Abraham, Isaac, Jacob and Jesus Christ. I am disabled, pursuant to the Americans with Disabilities Act.

I am the mother of David Paul Walker, age 40, and Tara Ann Uzamere, age 38, children who were victims of sexualized terrorism by Defendants New York State and New York City's Babylonian Talmud-based foster care system, and who were trafficked by Defendants State of New York and City of New York for purposes of the Babylonian Talmud-fomented trafficking of humans for the sex trade.

I am now a victim of the extrajudicial sentence of death pursuant to Babylonian Talmudic law regarding the practice of Christianity and the religious crime of meshira/mesira (whistleblowing).

I allege that the United State violated the following international covenants:

1.  International Convention on the Elimination of All Forms of Racial Discrimination (ICERD);

2.  International Covenant on Civil and Political Rights (ICCPR);

3.  Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT);

4.  Optional Protocol to the Convention on the Rights of the Child on the sale of Children, Child Prostitution and Child Pornography (OP-CRC-SC);

I allege that my son, like so many boys, was sodomized by Jewish men, and that the foster care system is a part of Judeo-pagan religion that was melded with Canaanite religious culture and introduced to the writings of the Babylonian-Talmud. Among other disgusting doctrines that are espoused by the Babylonian Talmud is the worship of Molech, the God of child sacrifice. This includes the right of Babylonian Talmud-adherent Ashkenazi Jewish leaders to rape children, with the goal of analy penetrating boys. In my revised website, The Crimes of Senator Uzamere, I describe the worldwide, sexual excesses of Babylonian-Talmud-controlled Israel on every page of my website.

While the rape of boys is an obvious sexual dysfunction, it is also the primary goal of a sexual dysfunction that has been forced on humanity by the sexual excesses associated with the enforcement of the Babylonian Talmud that is less obvious to most individuals. The Diagnostic and Statistical Manual of Mental Illnesses, Volume V, 302.84 describes this dysfunction as sexual sadism disorder.

| Cheryl D. Uzamere v. New York State Unified Court System | | Page 27 |

This version of Judaism is addictive because of its association with the sex act and the physical sensations associated with the release of the neuro-transmitters serotonin and dopamine during sex. It is highly sexual, violent and because of its preoccupation with the anal rape of boys, like other forms of sexual dysfunction, it forces the extinction/genocide of the ethic group on which such behavior is practiced:

The Diagnostic and Statistical Sexual Sadism Disorder, (Merck Professional Manual)

Sexual sadism is infliction of physical or psychologic suffering (eg, humiliation, terror) on another person to stimulate sexual excitement and orgasm. Sexual sadism disorder is sexual sadism that causes significant distress or significant functional impairment or is acted on with a nonconsenting person. (See also Overview of Paraphilic Disorders.)

People with sexual sadism disorder have either acted on the intense urges or have debilitating or distressing fantasies with sexually sadistic themes. The condition must also have been present for 6 mo.

Most sexual sadists have persistent fantasies in which sexual excitement results from suffering inflicted on the partner, consenting or not. When practiced with nonconsenting partners, sexual sadism constitutes criminal activity and is likely to continue until the sadist is apprehended. However, sexual sadism is not synonymous with rape, a complex amalgam of sex and power over the victim. Sexual sadism is diagnosed in < 10% of rapists but is present in 37 to 75% of people who have committed sexually motivated homicides.

Sexual sadism is particularly dangerous when associated with antisocial personality disorder. This combination of disorders is particularly recalcitrant to any form of psychiatric treatment.

Diagnosis of sexual sadism disorder is based on specific clinical criteria from the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5).

Patients have been repeatedly and intensely aroused by the physical or psychologic suffering of another person; arousal is expressed in fantasies, intense urges, or behaviors.

Patients have acted on their urges with a nonconsenting person, or these fantasies or urges cause significant distress or impair functioning at work, in social situations, or other important areas.

The condition has been present for 6 mo.

Sexual sadism disorder may be diagnosed in patients who deny that they have fantasies or urges related to sexually arousal triggered by the pain or suffering of others if these patients report multiple sexual episodes of inflicting pain or suffering on a nonconsenting person.

Treatment of sexual sadism disorder is usually ineffective.

The main goal of Ashkenazi Jews' use of the Babylonian Talmud is to facilitate the sexual enslavement of children – especially boys. See https://youtu.be/oplqSX4xxrU to listen to foster care rape victim Paul Bonacci describes how he was forced to participate in the rape

of another foster care child, then forced to watch as the boy was raped until his anus bled, kicked in the face repeatedly and then shot in the head.

More horrifying stories regarding sexual excesses associated with the Babylonian Talmud's promulgation and enforcement of sexual savagery against Jews and Gentiles:

1. Morty Borger Commits Suicide on Wedding Night After Reporting Child Sexual Abuse by rabbi, Case of Rabbi Baruch Lebovitz in the death of Motty Borger, the son of Shmuel Borger (PIX News), https://www.youtube.com/watch?v=lGAJDtsjN5I;

2. Child Sex Abuse in Orthodox Jewish Bathhouses, https://www.youtube.com/watch?v=vFeK8LIP6EM;

3. SPEAK UP! 7 Orthodox Abuse Survivors Break the Silence, https://www.youtube.com/watch?v=Asza6pEQVfQ;

4. Nechemya Weberman Guilty of Abuse Gets 103 Years in Prison; https://www.youtube.com/watch?v=YHeiPaE8TR8;

5. http://friendlyatheist.patheos.com/2013/11/13/can-this-number-be-credible-jewish-anti-abuse-activists-say-half-of-hasidic-boys-are-raped-by-elders;

6. Cops Bust Global Child Sex Slave Ring Run by Israeli Crime Network; https://www.youtube.com/watch?v=8JF24XkqJMU;

7. Prominent Israeli journalist incites rape of Palestinian women, https://www.youtube.com/watch?v=33RVmIFmYoY;

8. Israeli Deposit Law and forced prostitution of Eritrean Women, https://www.youtube.com/watch?v=GI-AmR08bzc&t=70s;

9. IDF Soldier dancing around blindfolded and handcuffed Palestinian woman, https://abcnews.go.com/International/israeli-soldier-belly-dances-palestinian-woman/story?id=11802427;

10. The US-Israel Special Relationship Timeline That AIPAC Doesn't Want You To See, https://alethonews.com/2014/11/02/the-us-israel-special-relationship-timeline-that-aipac-doesnt-want-you-to-see/

11. Sex Slaves Hidden in Walls in Israel, https://www.youtube.com/watch?v=1PFvTW23Oi0&t=74s;

12. Fast Facts about (Child) Prostitution in Israel, https://www.youtube.com/watch?v=ZExQiJlZmNI;

13. Underage victims of sex tourists in the Dominican Republic, Unreported World; https://www.youtube.com/watch?v=2ZyppB5xTn4; https://www.youtube.com/watch?v=EVj7801R17M;

14. Sex trafficking in the Caribbean, https://www.youtube.com/watch?v=HoLqQ6W5eC8&t=96s;

15. Jews Dominate Porn, https://www.youtube.com/watch?v=WFAvlxSZMBQ; https://www.youtube.com/watch?v=bmjp6tC6oK0;

16. Jews in the American Porn Industry, by Nathan Abrams, http://www.fpp.co.uk/BoD/origins/porn_industry.html;

17. Governor Eliot Spitzer Resigns After Being Connected to Prostitution Ring, https://www.youtube.com/watch?v=zPdT_qB92Pg;

18. A Timeline of Harvey Weinstein's Sexual Harassment Allegations, https://www.youtube.com/watch?v=50nysL24aKY;

19. NYC Mayor DiBlasio employee Jacob Schwartz, 29, was busted for allegedly keeping more than 3,000 disgusting images and 89 videos on a laptop after downloading the filth from the internet, https://www.nydailynews.com/new-york/city-worker-democratic-organizer-busted-child-porn-article-1.3198559;

20. The Outcast, https://www.newyorker.com/magazine/2014/11/10/outcast-3;

21. Rabbi Sentenced to 32 Years for Molesting Teen, https://www.youtube.com/watch?v=GvyB5ZzntAQ;

22. Sima Yarmush publicly telling her story of child abuse, https://www.youtube.com/watch?v=wffN3mYWCCw&pbjreload=10.

23. Israel Prime Minister's son Yair Netanyahu's Night of Debauchery Revealed in Bombshell Recordings: Younger Netanyahu heard asking his friend, a gas tycoon's son, for NIS 400 for strippers, saying he owed him for $20 billion deal advanced by PM (click on photo to hear Yair audiotape), https://www.mako.co.il/news-military/politics-q1 2018/Article-4e5b170e007d061004.htm?sCh=3d385dd2dd5d4110&pId=1898243326;

24. Antisemitism used as a trick, https://www.youtube.com/watch?v=uW3a1bw5XlE; https://www.youtube.com/watch?v=9GTJAMqAMS8; https://www.youtube.com/watch?v=9pfzHRwlCEQ&t=750s (advance to 12:15 minutes);

25. Israel murder of 100,000 Jewish Children during the ringworm affair, https://www.youtube.com/watch?v=KBtCCpOcbDY&t=28s;

26. Ashkenazi Israel Theft of Yemeni Jewish Children, https://www.youtube.com/watch?v=lJFmpmSNbKM;

27. Reuven Abargel and Black Panthers in Israel, https://www.youtube.com/watch?v=CdSWT06ERRY;

28. Ethiopian-Israelis rally against racism, https://www.youtube.com/watch?v=cYjuxifYxIc;

29. Israel Admits Forcing Birth Control on Ethiopians, https://www.youtube.com/watch?v=1W5J25MvSp0&t=10s;

30. More stories of Jews who were sexually abused by other Jews, https://www.youtube.com/results?search query=I+am+an+orthodox+jew+and+i+was+sexually+abused;

31. I am an Orthodox Jew and I was sexually abused as a child, https://www.youtube.com/watch?v=NrrYdsLPUSc&t=8s;

32. Nachlaot Pedophile Crisis: At Least 100 Victims (Updated November, 2012), http://www.amotherinisrael.com/knesset-nachlaot-pedophile, https://www.youtube.com/watch?v=vcRUZ9ARp5g&t=165s;

33. New York Post, May 7, 2018:  Schneiderman called me "brown slave," slapped me until I called him "Master",  https://nypost.com/2018/05/07/ex-schneiderman-called-me-his-brown-slave-would-slap-me-until-i-called-him-master/;

34. Cold Case of Pedophile Fake Rabbi Avrohom Mondrowitz Protected by Mesira, http://alaskandreams.net/ekklesia/The%20Cold%20Case%20of%20a%20Pedophile%20Rabbi.htm, (also, please refer to http://www.come-and-hear.com/editor/moser-broyde/index.html, and https://www.youtube.com/watch?v=zdH6vRcN7qE&t=129s;

35. Mafia-style Bribery Charges for Ultra-Orthodox Williamsburg Jews, https://www.youtube.com/watch?v=FioXUEmHwJY;

New York State's Israel Anti-Boycott Law – a law that the American Civil Liberties Union has successfully challenged in Arizona as unconstitutional because it violates the First Amendment, makes it illegal for my son or any rape victim to boycott a country and its citizenry who advocate a way of life that contributed to their being sodomized. The end effect of this horrible law is to make it easier for Ashkenazi Jews who are pedophiles to rape more children and get away with it.

I allege that humiliating me and other people of color is part of a larger plan by New York State's Babylonian Talmud-adherent, Ashkenazi Jewish leadership to maintain a hostile environment against people of African descent to ensure that the mob hatred associated with the Babylonian Talmud's hatred of people of African descent facilitates the sodomy of children who are trafficked through its foster care system:

Come and Hear, Sex with Children by Talmud Rules (http://www.come-and-hear.com/editor/america_2.html):

*Again, there is no prohibition of a sexual practice that would almost certainly cause physical damage to a young girl due to the mismatched sizes of genitals between an adult's penis and a child's vagina or anus.*

*We have seen in Numbers 31:12-18 that Moses permitted grown men to use little girls as concubines. In the Talmud, grown men are permitted to have sexual intercourse with female babies and children, and homosexual relations with boys younger than nine.*

Based on my son David P. Walker's Facebook post and my son's bulimia nervosa that caused him to binge and purge until all his teeth are gone, I believe New York State's Babylonian Talmud-fomented government purposely created and now maintain a weaponized hatred of me and other people of African descent to separate our sons from our protection, place them too far for us to reach them, and then drug them so that sex-crazed members of the Babylonian Talmud-adherent Ashkenazi Jewish community and

willing non-Jews can anally rape them at their leisure. My son, now 40 years old and toothless, works as a bus driver with hatred toward me because I unwittingly placed him in foster care to be brutally raped and rendered effeminate and infertile by sex-crazed, Ashkenazi Jewish dogs. Asians and other ethnic groups whose cultures have a hatred for people of African descent are now used by New York State's racist, Babylonian Talmud-adherent government to maintain a status quo that ensures that parents of African descent are always in a defenseless position so that sex-crazed Ashkenazi Jews can use their penises as battering rams against the anuses of innocent, defenseless children of African descent.

For this reason, and in sorrow for the hurt I caused to my children David P. Walker and Tara A. Uzamere by abandoning them in New York State's foster care system I beg the United Nations to help me get justice for myself and my children. Also, I respectfully plead that your agency place my complaint in abeyance until such time that I have exhausted all legal avenues for redress in the United States.

The end of organized, government-controlled pedophile rings begins with the destruction of organized religions' use of social constructs like race, gender and religion, and by making the rape of children an act of treason. Babylonian Talmud-adherent Ashkenazi Jewish leaders who are pedophiles and their non-Jewish counterparts will continue to subject nonconsenting adults to sexual terror to recreate and simulate the rape of children unless the U.S. government admits that its longstanding history of the enslavement of others is based in its addiction to tearing open children's anuses.

In New York City, Mayor de Blasio is still in a quandary regarding Orthodox Ashkenazi Jewish rabbis' "right" to practice the religious perversion of fellating Jewish baby boys after circumcision, when the tip of the child's penis is in its most sensitive state. This is nothing more than fattening the little Jewish "frog" to feed an Ashkenazi man's "snake."

Until the lives of precious children are protected from the sexual excesses of the Babylonian Talmud no one is safe.

34)   I assert that hatred of people of African descent, in great part due to the Babylonian Talmud's dissemination of fighting words of hatred against people of African descent is internationally used to facilitate the rape of children, with the primary goal of anally sodomizing boys:

1.  Nigerian     Man     Brutally     Beaten     in     India, https://www.youtube.com/watch?v=dhKZyZncwh4;

2.  Siddis – India's Descendants of African Slaves Face Discrimination; http://www.thecrimesofsenatoruzamere.net/video_exhibits_files/Siddis%20%20In%20It%20For%20The%20Long%20Run%20%20%20Unique%20Stories%20from%20India.mp4

3.  Racist     Laundry     Detergent     Commercial     in     China, http://www.thecrimesofsenatoruzamere.net/video_exhibits_files/Racism

%20in%20a%20Chinese%20laundry%20detergent%20advertisement.we
bm;

4. Racism Against Africans During Chinese Lunar Year Celebration,
http://www.thecrimesofsenatoruzamere.net/video_exhibits_files/Racism
%20on%20China%E2%80%99s%20biggest%20Lunar%20New%20Year
%20television%20show.mp4;

5. Asians (Indians/Pakistani) in Great Britain won't rent to black people,
http://www.thecrimesofsenatoruzamere.net/video_exhibits_files/89%25%
20of%20pakistani%20and%20indian%20British%20muslims%20are%20
racist%20to%20Black%20people..mp4;

6. Blackface        –        Koreans        Again!,
http://www.thecrimesofsenatoruzamere.net/video_exhibits_files/Blackfac
e%20On%20Korean%20TV...Again!%20-%20SBS%20'People%20Searc
hing%20For%20Laughter'%20Fans%20Don't%20Find%20Racism%20F
unny!.mp4;

7. African        Victim        of        Dominque        Strauss;
https://www.thecrimesofsenatoruzamere.net/video_exhibits_files/Domini
que%20Strauss-
Kahn's%20Accuser,%20Nafissatou%20Diallo,%20Speaks%20Out%20to
%20'GMA's%20Robin%20Roberts%20(07.25.11).mp4ackface in Japan;

8. Saudi        Prince        Raped        and        Killed        African        Servant,
https://www.thecrimesofsenatoruzamere.net/video_exhibits_files/Court%
20hears%20Saudi%20prince%20killed%20servant%20at%20London%2
0hotel2.mp4;

9. Black                Doll/White                Doll,
https://www.thecrimesofsenatoruzamere.net/video_exhibits_files/Black%
20and%20White%20Doll.mp4;

10. Ester Vorknach – Sick and Tired of Racism in Israel,
http://www.thecrimesofsenatoruzamere.net/video_exhibits_files/Ester%2
0Vorknach%20%20Sick%20%20%20tired%20of%20racism%20in%20Is
rael.mp4;

11. Crimes        Against        Ethiopians        in        Israel,
http://www.thecrimesofsenatoruzamere.net/video_exhibits_files/Israel's%
20crimes%20against%20Ethiopians.mp4.

33)    From the date of the birth of my children until now, they have never engaged in

acts that warranted or now warrant being labeled "antisemitic."

35)    From the time that I was duped into presenting the falsified, identification-lacking marriage affidavit until the present time, my children were citizens of the United States of America.

36)    From the time that I married my husband, I had the right, as his wife, to receive financial support from him, and as his wife, I continue to have that right.

37)    From the time that I married my husband, my son David Paul Walker, as his stepson, and our daughter Tara A. Uzamere, as a biological product of my sexual relationship with my husband, and as helpless minors, had the right to be loved and protected by my husband and to be part of a loving family.

38)    From the time that I placed my children in New York State's foster care system, my children had a right to receive taxpayer-funded services, including a search for my husband to establish him as a financial protector of my family.

39)    At the time that my son was forced to eat feces at the group home where he was a resident; where he was drugged and where I allege that my son's anus was pummeled while he as a client in New York State's foster care system, the only "crime" for which my son was guilty was being a poor defenseless "schvartze" in a hostile politico-religious climate that continues to use anti-schvartze hatred to fuel the sex trade of black boys for anal sodomy.

40)    At the time that my daughter was being sexually molested by other children while she was a resident client of the New York State foster care system, and at the time that my daughter was given anesthesia in Kings County Supreme Court Hospital to remove foreign matter from her vagina, the only "crime" for which my daughter was guilty was being a poor defenseless "schvartze" in a hostile politico-religious climate that continues to use anti-schvartze hatred to fuel the sex trade of black children for anal sodomy.

41)     That I have a right, as an abused spouse in a nearly 40-year marriage, pursuant to New York State Domestic Relations Laws Section 236 to receive an equitable distribution of the marital property.

42)     That I have a right as an abused spouse, pursuant to the Violence to Women Act to receive assistance for acts of economic violence that were and continue to be perpetrated by my husband and exacerbated by the Defendants.

43)     I allege that The Act's certification requirement curtails speech. The certification requirement forces me to keep secret tortious and criminal offenses associated with my and my children's unlawful imprisonment in New York State's foster care system based on the enforcement of the Defendants' Israel Anti-Boycott law, which I allege to be a politicized embodiment of the Babylonian Talmudic Law of Moser.

44)     I allege that The Acts certification requirement is being used by the Defendants to prevent the New York State Unified Court System judiciary from adjudicating my divorce action.

45)     I allege that the Defendants are themselves in violation of The Act's requirement to notify me of prohibitive conduct that warrants the Defendants' legal right to refuse to provide judicial and other federally-funded services, including the filing and adjudication of my divorce action. The Act's requirement permitting the Defendants' to withhold services includes placing my name of a list of individuals who have are prevented from doing business with the Defendants.

46)     I allege that The Act is racist on its face because adherents of the Babylonian Talmud/Ashkenazi Judaism have, for over 1,000 years politicized its religious mandate to deny simple human rights to individuals of African descent, and to leave them in a state of terrorized disenfranchisement and poverty for the primary purpose of creating and maintaining a group of helpless individuals who can be abused with impunity. I allege that The Act solidifies conduct

that the First, Fifth, Thirteenth and Fourteenth Amendment hold as illegal, and that is, as history shows, is both murderous and genocidal.

47)     The Defendants' unlawful acts are intentional.

48)     The Defendants' unlawful acts are taken either with malice or with reckless indifference to my clearly established constitutional rights.

49)     By reason of the foregoing irrefutable allegations, I assert that there exists a justiciable controversy with respect to which I am entitled to the relief prayed for herein.

50)     I respectfully inform this Court that I borrowed, in great length, the format and verbiage of the complaint associated with *Jordahl v. Brnovich*.

## CAUSE OF ACTION
## VIOLATION OF FIRST AND FOURTEENTH AMENDMENT RIGHTS
## 42 U.S.C. § 1983

51)     Plaintiffs restate and incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

52)     In the following paragraphs, references to the First Amendment include the First Amendment as applied to the states through the Fourteenth Amendment.

53)     My non-malicious reporting of the Defendants' tortious and criminal offenses against me and my children is speech and expressive activity related to a matter of public concern. It is therefore protected by the First Amendment.

54)     Even if the Defendants misinterpret my actions as participation in any boycott of Israel, together with others who use boycott, divestment, and sanctions tactics, is protected association under the First Amendment.

55)     Speech related to what I allege to be the Ashkenazi Jewish Defendants' organic predisposition to pedophilia, an issue that is a matter of public concern, and for which Israel has addressed this concern by prescribing Decapeptyl to its disproportionately high percentage of

Ashkenazi Jews who are pedophiles since 1978 is speech on a matter of public concern. It is therefore protected by the First Amendment.

### Restriction on Political Expression

56)     The certification requirement violates the First Amendment, both on its face and as applied, because it unduly restricts my ability to file my divorce action.

### Content and Viewpoint Discrimination

57)     The certification requirement violates the First Amendment, both on its face and as applied, because it discriminates against protected expression based on the expression's content and viewpoint.

### Overinclusiveness/Substantial Overbreadth

58)     The certification requirement violates the First Amendment because it is overinclusive and substantially overbroad.

### Ideological Litmus Test and Compelled Speech

59)     The certification requirement violates the First Amendment and the Fourteenth, both on its face and as applied, because it imposes an ideological litmus test and compels speech.

### Discrimination Based on Political Beliefs and Associations

60)     The certification requirement violates the First and Fourteenth Amendment, both on its face and as applied, because the Defendants is using it to bar judicial and other services, including reasonable accommodation via guardian ad litem based on their protected political beliefs and associations.

### REQUEST FOR RELIEF

61)     I respectfully request that the Court enters judgment in my favor and against Defendants and awards the following relief:

A.     Declare that the certification requirement contained in New York State's Sessions Law 2942-A 393.01 violates the First and Fourteenth Amendments of the United States Constitution, both on its face and as applied to Plaintiffs;

B.     Preliminarily and permanently enjoin Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the injunction, from requiring me to certify that I am not currently engaged in boycotts of Israel;

C.     Preliminarily and permanently enjoin the Defendants from misusing the certification to prevent me from filing my divorce action;

D.     Preliminaryy and permanently enjoin the Defendants from maintaining the falsified marriage affidavit that is still preventing from receiving the financial benefits from the my long-marriage victim of an abuse marriage.

E.     Alternatively, preliminarily and permanently enjoin Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the injunction, from enforcing the Defendant's nearly 40-year disenfranchisement and impoverishment of my family by preventing the equitable distribution of my husband's assets based on the Defendants' misuse of the certification requirement associated with New York State Sessions Law 2942-A.

F.      Award Plaintiffs their costs and reasonable attorneys' fees in this action;

**WHEREFORE**, I, Cheryl D. Uzamere respectfully pray that this Court renders judgment against the Defendants that, as to this Court is just and proper.

Dated this 14th day of August 2019.

*Cheryl D. Uzamere*

_____

**CHERYL D. UZAMERE**
**APPEARING PRO SE**
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (347) 255-3922
Fax: (347) 204-9281
E-mail: cuzamere@netzero.net

## STATEMENT OF VERIFICATION AND GOOD FAITH CERTIFICATION

I, Cheryl D. Uzamere, certify that I have read the above Complaint and it is true and correct to the best of my knowledge. I certify that I have provided tangible, irrefutable proof of my allegations before this Court; that I researched both facts and relevant law to the best of my ability to ensure accuracy so that my Verified Complaint is presented to this Court in good faith. I certify before this Court that I do not present this Verified Complaint to embarrass, annoy or defame the Defendants.

I certify the foregoing pursuant to the laws for perjury.

*Cheryl D. Uzamere*

_____

**CHERYL D. UZAMERE**
**APPEARING PRO SE**
1209 Loring Avenue,
Apt. 6B
Brooklyn, NY 11208
Tel.: (347) 255-3922
Cell Phone: (347) 204-9281
E-mail: cuzamere@netzero.net

| Cheryl D. Uzamere v. New York State Unified Court System | Page 39 |

F.    Award Plaintiffs their costs and reasonable attorneys' fees in this action;

**WHEREFORE**, I, Cheryl D. Uzamere respectfully pray that this Court renders judgment against the Defendants that, as to this Court is just and proper.

Dated this 27th day of September 2019.

*Cheryl D. Uzamere*

**CHERYL D. UZAMERE**
**APPEARING PRO SE**
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (347) 255-3922
Fax: (347) 204-9281
E-mail: cuzamere@netzero.net

## STATEMENT OF VERIFICATION AND GOOD FAITH CERTIFICATION

I, Cheryl D. Uzamere, certify that I have read the above Complaint and it is true and correct to the best of my knowledge. I certify that I have provided tangible, irrefutable proof of my allegations before this Court; that I researched both facts and relevant law to the best of my ability to ensure accuracy so that my Verified Complaint is presented to this Court in good faith. I certify before this Court that I do not present this Verified Complaint to embarrass, annoy or defame the Defendants.

I certify the foregoing pursuant to the laws for perjury.

*Cheryl D. Uzamere*

**CHERYL D. UZAMERE**
**APPEARING PRO SE**
1209 Loring Avenue,
Apt. 6B
Brooklyn, NY 11208
Tel.: (347) 255-3922
Cell Phone: (347) 204-9281
E-mail: cuzamere@netzero.net

# NON-IDENIFICATION BEARING, FALSIFIED MARRIAGE AFFIDAVIT
# FILED AND MAINTAINED BY KINGS COUN TY CLERK J. VISCEGLIA

Form 16 (Rev. 7/76). 95M-829036(80) ⬢ 346

**11/21**

**BROOKLYN AFFIDAVIT**

THE CITY OF NEW YORK — THE STATE OF NEW YORK
OFFICE OF THE CITY CLERK — MARRIAGE LICENSE BUREAU

Index No. _____

**AFFIDAVIT AND APPLICATION FOR LICENSE TO MARRY**

*You must PRINT all answers clearly in blue or black ink only*

| GROOM (Man) | *(First Name)* GODWIN | *(Middle Name)* | *(Last Name)* UZAMERE |
|---|---|---|---|

| BRIDE (Woman) | *(First Name)* Cheryl | *(Middle Name)* Deane | *(Last Name)* |

OFFICE USE: Date and Time of Issuance

Applicants for a license for marriage, being severally sworn, depose and say, to the best of their knowledge and belief the following statement respectively signed by them is true.

## FROM THE GROOM

| | *(First Name)* | *(Middle Name)* | *(Last Name)* |
|---|---|---|---|
| Full Name | GODWIN | *Fake Name* | UZAMERE |

Place of residence *(House & Street Address)* 2449 Hopkinson — Apartment No. 14-F — Borough or County BROOKLYN

City BROOKLYN   State N.Y.   Zip Code 11233   Usual Occupation or type of work (If Student, so State) STUDENT

| Age Now 24 | Date of Birth (mo.) 06 (day) 01 (year) 55 | Place of Birth *(city)* BENIN CITY *(state)* BENDEL STATE *(country)* NIGERIA |
|---|---|---|

Full Name of Father *(First Name)* JOSEPH   *(Last Name)* UZAMERE   State and Country of birth of father BENDEL NIGERIA

Full Maiden Name of Mother *(First Name)* LUCY (SAME)   *(Last Name)* UZAMERE   State and Country of birth of mother BENDEL, NIGERIA

## FROM THE BRIDE

| | *(First Name)* | *(Middle Name)* | *(Last Name)* |
|---|---|---|---|
| Full Name | Cheryl | Deane | Duncan |

Place of residence *(House & Street Address)* 330 Dumont Avenue   Apartment No. 1A   Borough or County Brooklyn

City New York City   State N.Y.   Zip Code 11212   Usual Occupation or type of work (If Student, so State) Keypunch Operator

| Age Now 20 | Date of Birth (mo.) 05 (day) 31 (year) 59 | Place of Birth *(city)* Manhattan N.Y. *(country)* USA |
|---|---|---|

Full Name of Father *(First Name)* Harry Leo Duncan   *(Last Name)*   State and Country of birth of father South Carolina USA

Full Maiden Name of Mother *(First Name)* Essie Duncan   *(Last Name)* AUSTIN   State and Country of birth of mother Alabama USA

## FROM THE GROOM

Have you been married before: Check X   ☐ Yes or ☑ No

How many times were you previously married: _____

Full maiden name of Former Wife or Wives   1st _____  2nd _____  3rd _____

Are they living or dead 1st _____  2nd _____
(so state) - If deceased give date   3rd _____

Was your previous marriage(s) terminated by: (write 1st - 2nd - 3rd)
divorce: _____ annulment: _____ Dissolution: _____

| DATE ISSUED | PLACE (CITY-STATE-COUNTRY) | DEFENDANT (AGAINST WHOM) |
|---|---|---|
| 1st | | |
| 2nd | | |
| 3rd | | |

## FROM THE BRIDE

Have you been married before: Check X   ☐ Yes or ☑ No

How many times were you previously married: _____

Full name of former husband or husbands   1st _____  2nd _____  3rd _____

Are they living or dead 1st _____  2nd _____
(So State) - If deceased give date   3rd _____

Was your previous marriage(s) terminated by: (write 1st - 2nd - 3rd)
divorce: _____ annulment: _____ Dissolution: _____

| DATE ISSUED | PLACE (CITY-STATE-COUNTRY) | DEFENDANT (AGAINST WHOM) |
|---|---|---|
| 1st | | |
| 2nd | | |
| 3rd | | |

**Note** " . . . The license will be issued solely upon the sworn statements of the applicants with no liability for the validity of the marriage assumed by the City of New York or the City Clerk." **Note**

I declare that no legal impediment exists as to my right to enter into the marriage state   *I declare that no legal impediment exists as to my right to enter into the marriage state*

X _____ [L.S.]   *Legal Signature of Groom (Do Not Print)*   **✗ REAL NAME**

X _____ [L.S.]   *Legal Signature of Bride (Do Not Print)*

Subscribed and severally sworn to before me the _____ day of NOV 3 0 1979   197_

**OFFICE USE ONLY**

X _____ [L.S.]   *Legal Signature of Issuing Clerk*

---

Cheryl D. Uzamere v. New York State Unified Court System | Page 40

| THIS SPACE FOR OFFICE USE ONLY | | Groom | | Bride | |
|---|---|---|---|---|---|
| | | ☐ | Birth Record | ☐ | |
| | | ☐ | Baptismal Certificate | ☐ | X _____ [L.S.] |
| | | ☐ | Passport | ☐ | *Proof of Age verified by* |
| | | ☐ | Driver's License | ☐ | *City Clerk, Staff Member,* |
| | | ☐ | School Record | ☐ | *or Issuing Clerk* |
| | | ☐ | Military I.D. | ☐ | |
| | | ☐ | Immigration Card | ☐ | |
| | | ☐ | Other | ☐ | |

Provided no ID →

## GROOM'S PARENTS CONSENT

Date _____ 197___

A.   This is to certify that  we—I  who have hereto  subscribed  our—my  names,  do hereby  consent  that

_____ who is   our—my  son   our—my  ward and who is
*Print Groom's Name Clearly*

under the age of 18 years, having been born _____ 19 _____ , shall be united in marriage to
*month*   *day*   *year*

_____ by any clergyman or other person authorized by law to
*Print Bride's Name Clearly*

solemnize marriages.

B.   Subscribed and severally sworn to          X _____ [L.S.]
before me on _____ day of                      *(Signature of Father or Guardian)*

_____ 197___

X _____ [L.S.]
_____                                   *(Signature of Mother or Guardian)*
*Issuing Clerk*

| OFFICE USE |
|---|
| |
| |
| |

## BRIDE'S PARENTS CONSENT

Date _____ 197___

A.   This is  to certify that  we—I  who have hereto  subscribed  our—my  names,  do hereby  consent  that

_____ who is   our—my  daughter   our—my  ward and who
*Print Bride's Name Clearly*

is under  the age of 18 years, having been born _____ 19 _____ , shall be united in marriage to
*month*   *day*   *year*

_____ by any clergyman or other person authorized by law to
*Print Groom's Name Clearly*

solemnize marriages.

B.   Subscribed and severally sworn to          X _____ [L.S.]
before me on _____ day of                     *(Signature of Father or Guardian)*

_____ 197___

X _____ [L.S.]
_____                                   *(Signature of Mother or Guardian)*
*Issuing Clerk*

| OFFICE USE |
|---|
| |
| |
| |

| **Cheryl D. Uzamere v. New York State Unified Court System** | | **Page 41** |
|---|---|---|



THE CITY OF NEW YORK
OFFICE OF THE CITY CLERK
MARRIAGE LICENSE BUREAU

License Number
B-1979-10625

B-2012-8

### Certificate of Marriage Registration

This is To Certify That   GODWIN E. UZAMERE

residing at   249 HOPKINSON Apartment # 14F, BROOKLYN, NY 11233, United States

born on   08/01/1955   at   BENIN  Nigeria

and   CHERYL DENISE DUNCAN   New Surname · UZAMERE

residing at   330 DUMONT AVENUE Apartment # 1A, BROOKLYN, NY 11212, United States

born on   05/31/1959   at   MANHATTAN New York  United States

### Were Married

on   11/21/1979   at   MUNICIPAL BUILDING

By ANIELLO M. DEMAIO

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE
Brooklyn                                    February 06,   12
N.Y.                                                             20

PLEASE NOTE: Facsimile Signature
and seal are printed pursuant
to Section 11-A, Domestic
Relations Law of New York.

Michael McSweeney
City Clerk of the City of New York

CCT-F

M 0013357

THE CITY OF NEW YORK
VITAL RECORDS CERTIFICATE

### CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records  Department of Health,
City of New York.

JULY 07, 1980

BROOKLYN   07-10-80   06-18-01

NAME:   TARA ANN UZAMERE

SEX:   FEMALE

MOTHER'S MAIDEN NAME:   CHERYL DENISE DUNCAN

FATHER'S NAME:   GODWIN E. UZAMERE

Steven P. Schwartz, PhD
City Registrar

Do not accept this transcript unless it bears the security features listed on back.
Reproduction or alteration of this transcript is prohibited by §3.21 of the New York
City Health Code if the purpose is the evasion or violation of any provision of the
Health Code or any other law.



David Paul Walker

From Brooklyn, New York

Joined November 2016

**David Paul Walker**
February 24

Please Mr. Don't touch me there, I'm only six........love you not, hate you a lot. Shall we commence to crucifix???....

When I was a little boy, teenage boy masturbate in front of me, then politely ask me to lick???....."if you come near me, I'll scream!", First time seeing someone else's dick...

So easy to pass judgement, tell everybody else what to do..... Say stranger, my advise but your ass, shall we suffer together for a spell or two???

Disturbed by the vacant lifeless expression in my eyes yes???..... Systematic rape of my soul, prolonged torture of my mind, please my darling, I whole heartedly invite you to try your best.....

Grant me a label if you please, most likely profoundly mentally sick.... Unpleasant me??? Incurable STD??? May I politely request to plead the fifth???

Make me yours and I shall commence to doing the same..... Let us compare our stories of torture and those who we want to mame....

Can we the pain??? Spreading your hateful lies frequently..... So what I'm a loser, so what I flirted with myself, not quite ready for beastiality.......

Mom, why's your boyfriend looking at me like that??? I'm scared..... We're alone now, just a child, can't defend myself, oh heavens, I wasn't prepared....

So now let us the Hell, send me to jail for some bullshit..... Have your way with me, kindly teach me the lovely art of terror, just as long as you do it to the fullest.....

Can we ruthlessness please??? I'm quite dangerous if you tease.... Indulge me your baseless optimism, your irrational desperate hope....perhaps decades of abuse has turned me into a vengeful hate filled dope....

Unofficial uncrowned king of the profoundly disturbed although not my aim.... Call me a worthless piece of shit that'll never amount to anything???..... Good luck finding someone else who feels more lame....

How dare you try to seduce me with your wicked ways, want me to beg for it first???..... French kiss your unwashed vagina??? Eat your ass??? Oh cum now, have to pay me first....

Highly disturbing??? Me??? You wouldn't happen to say??? Kick you in the face, slit your throat, have my way with you... Pardon me if you will, didn't mean to cause you dismay....

1 Share

Photos

Friends   8

Julia Fisher Kopyn

Lindsay Karpoff

Sean Cooper

JD Stillwater

Rachel Duncan

Carol Crossley

Like          Comment          Share

TT5GM   11-13-08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------X

Cheryl D. Uzamere

                    Plaintiff,                    Index No. 26332-07

        -against-                                 **AFFIDAVIT**

~~Senator~~ Ehigie Edobor Uzamere also known as
"Godwin" Uzamere

                    Defendant.

-------------------------------

No. 780207

STATE OF NEW YORK,
COUNTY OF KINGS, SS:
I, NANCY T. SUNSHINE,
COUNTY CLERK & CLERK
OF THE SUPREME COURT,
KINGS COUNTY, DO
HEREBY CERTIFY ON
**11/05/2010**
THAT I HAVE COMPARED THIS
COPY WITH THE ORIGINAL
FILED IN MY OFFICE ON
**10-28-09**
AND THAT THE SAME IS A
CORRECT TRANSCRIPT
THEREFROM AND OF
THE WHOLE OF SUCH
ORIGINAL
BY FAX IN 205 PAGE NO 10,
PLEASE SEE US UNTO SE 1
BY HAND AND AFFIXED
MY SEAL NOW SEAL
[signature]
COUNTY CLERK AND CLERK OF THE
SUPREME COURT, KINGS COUNTY

FACSIMILE SIGNATURE USED
PURSUANT TO SEC. 180
COUNTY LAW

FEE PAID

STATE OF NEW YORK        )
COUNTY OF KINGS          )   ss:

        I, Tara A. Uzamere, being duly sworn, depose and say that:

        1)      I am the daughter of the Plaintiff and the Defendant in the above entitled action.

        2)      I make this Affidavit based on the following facts:

        3)      That the Plaintiff has always told me that Defendant is my father ever since I was a child.

        4)      That I met the Defendant for the first time at JFK Airport in Jamaica, New York around the year 2004 to the best of my recollection.

        5)      That I took a photograph of the Defendant during the aforesaid visit; photograph taken at JFK Airport is hereby attached as **Exhibit A.**

        6)      That on the day that I first met the Defendant at JFK Airport, I called my friend Eusi Patterson on the cell phone that I used to take a photograph of the Defendant.

        7)      That on the aforesaid day the Defendant openly and notoriously introduced himself to Eusi as my father.

        8)      That I met and visited the Defendant's late brother, John Uzamere at 476 Amboy Street.

        9)      That the Defendant and his brother George Uzamere openly and notoriously visited me when I lived at 489 Ray Street, Freeport, New York.

        10)     That while I was a resident in Freeport, New York, I experienced a car accident; and that George Uzamere and the Defendant openly and notoriously sent checks to pay the rest of my car note to Drive Financial, a financing company based in Dallas, Texas.

11)    That the Defendant openly and notoriously visited me when I lived at Nichols Road in Wyandanch, New York.

12)    That the Defendant met my landlord, Martin Marta when the Defendant visited me while I was living at the aforesaid address.

13)    That during the aforesaid meeting the Defendant openly and notoriously identified himself to my landlord as my father.

14)    That I spoke with Wellington Uzamere on the telephone several times before and after I first met the Defendant.

15)    That Wellington Uzamere referred to the Defendant as "Ehigie."

16)    That based on information received from members of the Edo/Bini community as well as my own belief, my facial structure resembles that of the Defendant as evidenced in my photograph hereby attached as **Exhibit B.**

17)    That while I spend three or four pleasant occasions with the Defendant and received monetary gifts during those occasions, the Defendant has never been a consistent part of my life as I explained in the report I provided to Nigerian newspaper Huhu Online.  See aforesaid report hereby attached as **Exhibit C.**

18)    That based on what I learned at Long Island College School of Nursing regarding psychiatric nursing and psychiatric illnesses, as well as personal day-to-day observation of the Plaintiff, that while the Plaintiff's predominate affect is consistent with what I believe to be hypomania, the Plaintiff is not psychotic and does not require hospitalization, as untruthfully implied by Eugene Uzamere's defamatory characterization of the Plaintiff as "certifiably insane" to Nigerian newspaper Point Blank News Online, hereby attached as **Exhibit D.**

19)    That before 2004 the Defendant never visited me; never celebrated a birthday with me; never kissed me; never told me he loved me; never wiped away my tears; never talked to me about God; never attended a house of God with me; never read me a Bible story; never talked to me about how to comport myself around men or the importance of being a chaste woman; never let other men know that I was precious to him; never let other men know that they would be responsible to him if they hurt me; never held my hand, never walked with me; never sat me on his lap; never played games with me; never took me to the movies; never picked me up; never gave me a hug; never attended a school meeting with my teachers; never visited me in the hospital; never told me he was proud of me; never accompanied me to a father-daughter dance, never attended a graduation; never invited other members of the Edo/Bini community to a naming ceremony in honor of my birth; never told me that he was glad I was born and never treated me like he loved me and wanted to protect me from the dangers of the world the way normal fathers do with their daughters, and especially in the manner that Nigerian men are known to treat their children.

20)    That the falsely concocted "counter-affidavit" and the falsely concocted affirmation by Eugene Uzamere makes me feel heartsick because I have always been made to believe by the Plaintiff, the Defendant and members of the Defendant's family that the Defendant

is my father and that being a blood member of the Uzamere clan, a blood member of the proud and ancient Edo/Bini nation and culture and being a native Nigerian based on consanguinity are my birthrights and a part of who I am; that the aforesaid "counter-affidavit" and attorney's affirmation are emotionally and psychologically abusive as they suggest that I am a bastard child while the Defendant is not willing to end the question of paternity by taking a simple DNA test.

21)   That I now experience financial difficulties such that I do not have money to return to college to continue studying nursing, and that because of the Plaintiff's advanced age and disability, it is very difficult for her to obtain employment to help me pay for college; PELL grant rejection information is attached at **Exhibit E.**

22)   That I am willing to submit myself for honest DNA testing to confirm that the Defendant is my father if conditions can be controlled so that the Defendant does not know and cannot access the location of the laboratory where said DNA test is performed so that the Defendant does not unduly influence anyone to lie about the results of the DNA test as it seems the Defendant was able to do on the marriage affidavit where the municipal clerk signed his/her name to indicate that he/she verified the Defendant's age, but that on inspection of said page, did not mark off any box to indicate the type of identification the municipal clerk used to verify the Defendant's age and date of birth and identity; see Plaintiff's Affidavit and Application for License to Marry, top of back page hereby attached as **Exhibit F.**

**WHEREFORE,** as the Defendant has forced the Plaintiff and I to suffer domestic violence as identified by the U.S. Justice Department's Office of Violence Against Women, I respectfully ask that this Court considers that the Plaintiff is not just pleading for herself but for our entire family; that this Court grant the Plaintiff's lawful and just request to dismiss attorney Eugene Uzamere's falsified affirmation in its entirety, and to grant the Plaintiff's motion for default judgment and money judgment in its entirety.

Sworn to before me this _27_th day
day of October, 2008

_Tara A. Uzamere_
Tara A. Uzamere

_Notary Public_

_____
Notary Public

TONYU HECKSTALL
Notary Public - State of New York
NO. 01HE6189576
Qualified in Kings County
My Commission Expires _1-22-11_



This is the photo I took of my father at JFK.      The man on the left is my father.



**DAILY NEWS** NY Daily News '0?

# Hate-spewing wacko goes into fit in court

## Starts screaming, ripping off clothes

### BY SCOTT SHIFREL
DAILY NEWS STAFF WRITER

A WOMAN suing her Nigerian husband for millions started screaming and ripping off her clothes before her arraignment yesterday on charges of threatening to kill a Brooklyn judge.

Cheryl Uzamere, 50, known around courthouse circles for her anti-Semitic screeds against judges and others, was declared mentally unfit and taken to Bellevue Hospital for observation.

"You're going to pay for taking food out of my daughter's mouth," said a twisted message Uzamere left on the answering machine of Justice Jeffrey Sunshine, who is hearing her child support case, according to court documents.

She also told the state inspector general she would "put on a disguise and shoot the judge in the head," a source said.

Uzamere, of East New York, is accused of threatening Sunshine since



**Cheryl Uzamere**

March, sending faxes that call him a "stupid son-of-a-bitch and a racist" who should be "jailed and raped."

Uzamere, who represents herself, has already gotten four Brooklyn judges removed from her case since it was filed in 2007.

"Oh, she's a smart person and she really knows how to use the system," said one courthouse source. "She comes in here and files all these papers and threatens people."

Uzamere was in a Criminal Court holding cell when she started stripping and screaming about her "senator" husband in Nigeria loud enough to be heard in the courtroom.

The senator, however, is a cousin of her actual ex-husband, Godwin Uzamere, according to an affidavit he filed in Supreme Court.

"Her obsession with his destruction has taken her mental ailment to a new level which should not be encouraged," Godwin Uzamere's affidavit said.

Cheryl Uzamere was arrested on Tuesday on charges of aggravated harassment and faces a year in jail.

sunshrel@nydailynews.com

---

PART 202. Uniform Civil Rules For The Supreme Court And The County Court (https://ww2.nycourts.gov/rules/trialcourts/202.shtml#16f)

Section 202.16 Matrimonial actions; calendar control of financial disclosure in actions and proceedings involving alimony, maintenance, child support and equitable distribution; motions for alimony, counsel fees pendente lite, and child support; special rules.

Both parties personally must be present in court at the time of the conference, and the judge personally shall address the parties at some time during the conference.

## "Justices" Sunshine's and D'Emic's Decision

defendant in such an action who fails to file a timely answer but nevertheless opposes the plaintiff's motions, interposes his or her own cross motions, and participates in a preliminary conference will not be found in default (*id.*).

Here, although defendant has failed to interpose an answer, he has submitted opposition to plaintiff's motion for spousal and child support, has filed his own motion to dismiss, and has participated (through his attorney) in a preliminary conference. As noted above, such actions weigh against a finding of default in matrimonial actions. Moreover, the opposition submitted by defendant raises a genuine issue as to whether or not plaintiff and defendant were married in the first instance. In the court's view, the existence of such a threshold issue further weighs against awarding a default judgment in divorce action. Under the circumstances, plaintiff's motion for a default judgment is denied.

Turning next to plaintiff's motion for, among other things, retroactive spousal and child support, a temporary or permanent order of support, and certain financial discovery information, the court initially notes that plaintiff's daughter Tara Uzamere was 27 years-old at the time plaintiff commenced this action, and was 28 years-old when plaintiff first applied for child support. It is well-settled that "a parent is not liable for the support of a child who has reached the age of 21 unless there is an express agreement to pay such support" (*Matter of Winokur v Winokur*, 31 AD3d 653, 654 [2006], citing Family Ct Act § 413). Furthermore, in accordance with Domestic

9

# M E M O R A N D U M

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
CRIMINAL TERM, 4 CV

PRESENT:   HONORABLE MATTHEW J. D'EMIC

- - - - - - - - - - - - - - - - - - - - - - -

CHERYL D. UZAMERE,                         _DECISION & ORDER_
                         Plaintiff,

     - against -                           INDEX #   26332/07

SENATOR EHIGIE EDOBOR UZAMERE
     aka "GODWIN" UZAMERE,                 March 15, 2010
                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - -

In this matrimonial action the plaintiff seeks a judgment of divorce as well as child support for her daughter, equitable distribution and maintenance.  The defendant has defaulted in this action and an inquest was held on February 18, 2010.

### FINDINGS OF FACT

The parties were married in New York State on November 21, 1979, and the child of the marriage was born on July 7, 1980. At some point between the wedding and birth the defendant abandoned his family and moved to Nigeria.

By filing a summons with notice, plaintiff commenced this proceeding on July 18, 2007, and service was affected on defendant in Nigeria in the manner directed by Justice Prus of this court.

Uzamere v Uzamere
INDEX #26332/07 Page 2

No answer has been interposed. An attorney did appear on defendant's behalf before Justice Prus at a preliminary conference, but that representation has since ceased and by decision and order dated May 12, 2009, Justice Sunshine of this court declared that the defendant was in default and that "[t]he defendant is the husband in conformity with the parties marriage on November 21, 1979."

### CONCLUSIONS OF LAW

The plaintiff is granted a judgment of divorce against the defendant on the ground of abandonment (DRL §170 [2]), on default.

### Child Support

The issue of child support was decided in the order of Justice Sunshine of this court dated January 12, 2009. In that order it was held that plaintiff is not entitled to child support because of her failure to seek that relief prior to the child reaching the age of 21. This decision has been affirmed by the Appellate Division, Second Department and constitutes the law of the case (*Uzamere v Uzamere*, 68 AD3d 855).

### Maintenance and Equitable Distribution

The plaintiff seeks equitable distribution of property alleged to be owned by the defendant and has submitted several internet articles in support of her request.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Uzamere v Uzamere
INDEX #26332/07 Page 3

In this case the parties have been physically, although not
legally, separated for approximately thirty years and have had no
contact in all of that time, with the exception of the defendant
meeting with his daughter in 2004. Without a legal separation,
statutorily, no cut-off date to equitable distribution and
maintenance occurred until the filing of the summons by plaintiff
on July 18, 2007, and defendant's property is not, then, separate
property (DRL §236 B [c]). The court cannot, however, under the
circumstances of this case, grant either maintenance or a
distributive award to the plaintiff.

At the inquest, plaintiff testified that her husband owned
several companies and properties in Nigeria, and posited, without
opposition, that he was a very wealthy man. That alone, without
any reason for the thirty year delay in seeking money or property
from him, is insufficient to warrant an award of the requested
relief. In addition, since the parties have had no contact in
decades, it is clear, that whatever wealth defendant enjoys, it
did not result from the direct or indirect contributions of the
plaintiff (DRL §236 B [5][d][7]).

In this case, although neither party sought a divorce or
legal separation until recently, the parties' partnership was
brief. The seeds of the assets alleged to be owned by the
defendant were planted in Nigeria, a great time and distance from

Uzamere v Uzamere
INDEX #26332/07 Page 4

the plaintiff and the parties' period of co-habitation. The

entire relationship was short and after their separation they

maintained no economic or social ties. Thus, the economic

partnership of the parties ended three decades ago and to make

any award of money or property to plaintiff in view of these

facts would be inequitable. (DRL §236 B [5][d][14]);

DRL B[6]: *Mark-Weiner v Mark*, 1 AD3d 158; *Francis v Francis*, 289

AD2d 749).

For the reasons stated, the plaintiffs requests for child

support, maintenance and a distributive award are denied.

Settle judgment with Findings of Fact and Conclusions of

Law.

This is the decision and order of the court.

HON. MATTHEW J. D'EMIC

_____
Matthew J. D'Emic
J.S.C.

**Federal Rules of Civil Procedure, Rule 44. Proving an Official Record**

Foreign Record.

General. Each of the following evidences a foreign official record—or an entry in it—that is otherwise admissible:

an official publication of the record; or

the record—or a copy—that is attested by an authorized person and is accompanied either by a final certification of genuineness or by a certification under a treaty or convention to which the United States and the country where the record is located are parties.

Final Certification of Genuineness. A final certification must certify the genuineness of the signature and official position of the attester or of any foreign official whose certificate of genuineness relates to the attestation or is in a chain of certificates of genuineness relating to the attestation. A final certification may be made by a secretary of a United States embassy or legation; by a consul general, vice consul, or consular agent of the United States; or by a diplomatic or consular official of the foreign country assigned or accredited to the United States.

**22 CFR § 92.39 - Authenticating foreign public documents (Federal procedures).**

Authenticating foreign public documents (Federal procedures).

A copy of a foreign public document intended to be used as evidence within the jurisdiction of the Federal Government of the United States must be authenticated in accordance with the provisions of section 1 of the act of June 25, 1948, as amended (sec. 1, 62 Stat. 948, sec. 92(b), 63 Stat. 103; 28 U.S.C. 1741). This provision of Federal law provides that a copy of any foreign document of record, or on file in a public office of a foreign country or political subdivision thereof, if certified, by the lawful custodian thereof, may be admitted in evidence when authenticated by a certificate of a United States consular officer resident in the foreign country, under the seal of his office.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------X      Index No.   26302/07
CHERYL D. UZAMERE,

                              Plaintiff,

-against-                                    AFFIRMATION


SENATOR EHIGIE EDOBOR UZAMERE

                              Defendants.

-------------------------------------------X

Eugene C. Uzamere, an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms to the following under penalties of perjury:

1.      I am an attorney at the law office of Uzamere & Associates, PLLC., and appear on behalf of the respondent, Senator, Ehigie Uzamere. I am fully familiar with the facts and circumstances herein contained. My knowledge and information is based on the records maintained by my office and communications with my client.

2.      The affirmation is submitted in reply to the plaintiff's order to show cause and in support of the defendant's motion to dismiss this case.

3.      The facts of this case as presented by the plaintiff are misguided, inaccurate, malicious and fraudulent.

4.      Although the plaintiff claims that she was married to Senator Ehigie Edobor Uzamere, on November 21 1979, She was in fact married to the defendant's Cousin, Godwin C. Uzamere who is also known as Godwin Ehigie Uzamere. *(See Affidavit of Godwin Uzamere, attached hereto as Exhibit "A")*.

5. At the time of the purported marriage, the defendant was not present in the United States. A fact, that is confirmed by the plaintiff's own investigation when she asserts in one of her subsequently dismissed Federal Court complaints that she was informed by the United States Immigration and Naturalization Service that, "Ehigie Edobor Uzamere entered the port of New York, New York on January 26, 1980 as a lawful permanent resident." *A copy of the plaintiff's Federal Court Complaint and subsequent determination are attached as Exhibit "B"*.

6. Godwin Uzamere, never resided with the plaintiff as husband and wife and had in fact severed their relationship because of the plaintiff's unprovoked, incessant and irrational behavior. *See Godwin Affidavit EXHIBIT "A"*

7. Godwin in his affidavit asserts that he has remained ambivalent as to the paternity of the plaintiff's Adult child, Tara Uzamere.

9. The plaintiff who has openly professed her mental illness is also delusional and unrealistic in her claims. The following are a few examples of her unrealistic claims.

a. That the defendant is a fugitive from justice as a result of his acts of immigration and identity fraud. (A fact that only exists in *the plaintiff's imagination as the defendant, who is a Nigerian Senator, is frequently in and out of the United States and has had no trouble with the law.*

b. That Judge Prus made decisions on the case based on her bias and corruption. *See plaintiff's motion to Recuse Judge Prus, attached as Exhibit "C".*

c. That during the preliminary conference held on September 2nd 2008, I forced the plaintiff to execute a preliminary conference stipulation stating that the issues of custody visitation and child support where resolved. She has since filed a Family Offense Petition in Family court based on these facts. Attached as Exhibit "D" is a copy *of the signed preliminary conference order and Exhibit "E" is a copy of the Family offense Petition filed in family court.*

However, the court records will show that Judge Prus conducted an allocution of the parties as to the terms of our settlement and the *plaintiff raised any concerns she had about the stipulation before she signed it.*

d. That plaintiff's frivolous federal complaints where she has made numerous outlandish claims that were subsequently dismissed. *See EXHIBIT "B"*

f. The plaintiff whose primary motivation appears to be her lavishing of the lawyers and her desire to get rich should address her child and spousal support claims to the proper defendant.

11. The plaintiff appears to be motivated by her desire to get money from Senator Uzamere

Wherefore, it is respectfully submitted that the Court dismisses this case in its entirety, and for such other and further relief as the court deems just and proper.

Dated: Bronx, New York
        October 9th 2008


Eugene Uzamere

2461 Watson Avenue,
Bronx, New York 10472
718-409-3480
718-904-2666



**IN THE HIGH COURT OF JUSTICE
EDO STATE OF NIGERIA
IN THE BENIN JUDICIAL DIVISION
HOLDEN IN BENIN**

INDEX NO. 26332/07

CHERYL D. UZAMERE           -      -      -      PLAINTIFF
          V
SENATOR EHIGIE EDOBOR UZAMERE -      -      -      DEFENDANT

#### FURTHER COUNTER AFFIDAVIT

I, Godwin. E. Uzamere, male, farmer, Christian, Nigerian citizen of 18, Eweka, Street, Benin City, do hereby make Oath and state in further response to the Plaintiff's Motion as follows:

1.  That the Defendant in this action Senator Ehigie Edobor Uzamere is my cousin.

2.  That the Plaintiff's claim that she married my cousin in November 1979 is an outrageous and heinous lie. I was the one who married and ran away from her.

3.  When I married the Plaintiff, my intention was to settle in the United States and raise our children including the Plaintiff's child from her previous relationship with a Jamaican. Her unprovoked and incessant irrational outburst prompted me to question her mental stability I left her to protect and preserve my own sanity. I have never regretted that decision.

4.  I have always been ambivalent as regards the paternity of Tara Uzamere who the Plaintiff claims she was two weeks pregnant for when I left her. Children are considered a blessing from God in my family and I have carefully avoided raising issues that would humiliate Tara as far as the circumstances of her birth or paternity is concerned. The Plaintiff is aware that from the time I left her she was at liberty to divorce me. I emphasise that I shall never contest any divorce proceeding she may wish to institute against me.

5.  The Plaintiff riles me as "a broke ass" but has clung to my name after more than 27 years of our separation. She has often threatened to hit my family where it would hurt the most. This action shows I clearly underestimated the limits of her bitterness against me

6. I have before now, ignored the Plaintiff's outburst but her claim to be married to my cousin who was not in the United States at the time of our marriage is a new twist to this sad ugly tale.

7. As indicated by my Application for social security number, and my social security number 129 – 64 – 1205 Godwin E. Uzamere and Ehigie Edobor Uzamere are not the same person. The documents are attached as Exhibits "G$_1$" and "G$_2$".

8. To the Plaintiff's knowledge, I am disabled from re-entering the United States as indicated in the entry on my passport. A photocopy of which is attached as Exhibit "G$_3$" and she is intent on punishing the Defendant and reaping where she has not sown as a way of paying me back for fleeing the relationship.

9. The Uzamere family have been supportive of me and also Tara who I have tried not to embarrass over the years on account of the Plaintiff's frail mental health.

10. The Plaintiffs new found obsession with destroying the Defendant is borne out of the fact we are exceptionally close and she mocks us as two sides of the same coin. To her knowledge the Defendant has always treated me with affection and respect. Her obsession with his destruction has taken her mental ailment to a new level which should not be encouraged.

11. It is respectfully submitted that the court should dismiss this action and make such further order as it deems fit in the perculiar circumstance of this case

12. That I depose to this Affidavit bonafide.

*Ehigie Uhamere*

**Godwin  Uzamere**

**SWORN TO AT THE
HIGH COURT REGISTRY,
BENIN CITY. THIS ............. DAY
OF ...................... 2008**

**BEFORE ME**

**COMMISSIONER FOR OATH.**



THIS IS THE DOCUMENT REFERRED
TO AS EXHIBIT GU-5 IN MY
AFFIDAVIT OF GODWIN UZAMERE

KATE EZOMO (Mrs)
PRINCIPAL REGISTRAR
COMMISSIONER FOR OATHS







PubMed

Format  Abstract

Isr J Psychiatry Relat Sci. 2012;49(4):262-9.

# History of abuse and organic difficulties in a convenience sample of 46 ultra-orthodox males with pedophilia.

Witztum E[1], Dor N, Dor-Gubai A, Reis A A.

Author information

Abstract

**BACKGROUND:** Evidence has started to accumulate that relates pedophilia to a history of being a victim of sexual abuse as well as to comorbidity with organic vulnerabilities. During a naturalistic study regarding treatment of pedophilia, the authors had access to clinical and psychodiagnostic evaluations of Israeli Jewish ultraorthodox male pedophiles outside the forensic system. Using psychiatric examination as well as a battery of psychological tests, presence of history of trauma as well as comorbidity with organic vulnerabilities among this unique sub-group was examined.

**METHOD:** This survey was part of a larger scale research on the effectiveness of Decapeptyl injections as treatment for pedophilia. All participants in the original research underwent comprehensive psychological assessment including an extensive clinical interview as well as psychological tests (Bender, Rorschach and TAT). Of the patients participating in the research, this survey focused on the group of 46 ultra-orthodox male pedophiles. Cross-tabs analyses were conducted in order to examine prevalence of history of trauma and organic vulnerabilities in this specific group.

**RESULTS:** Based on self reports combined with corroborating reports (obtained from parents, educators and medical staff), together with indications in psychological tests, we found that 82.6% of participants were victims of sexual trauma as children and 87% suffer from some kind of organic vulnerability (learning disabilities, disinhibitions, etc.).

**LIMITATIONS:** LIMITATIONS of this small convenience sample that influence ability to generalize are discussed.

**CONCLUSIONS:** The current survey indicates that in this sample, the ultra-orthodox male pedophile was frequently a victim of childhood sexual trauma, and exhibited indications of organic vulnerabilities. This is more pronounced than findings in previous studies, and calls for further research in order to understand the underlying causes.

PMID: 23407992

[Indexed for MEDLINE]



VIDEO REPORT: ISRAEL A SAFE HAVEN FOR PEDOPHILES

## VIDEO REPORT: ISRAEL A SAFE HAVEN FOR PEDOPHILES

Posted on February 27, 2018

In this chilling documentary, JCW and Channel 10 track a serial sex offender who fled to Israel and then abused children there.

This report also explores the disturbing phenomenon of Jews from around the world *immigrating anonymously* to Israel where they are free to abuse again.

# Friendly Atheist

Can This Number Be Cred He? Jewish Anti-Abuse Activists Say Half of Hasidic Boys Are Raped By Elders November 13, 2014 Terry Firma

## patheos

Patheos Friendly Atheist — Want more from the Friendly Atheist? Get our FREE Newsletters and special offers!

## Can This Number Be Credible? Jewish Anti-Abuse Activists Say Half of Hasidic Boys Are Raped By Elders



Nuchem Rosenberg (Paul Martinka via New York Post)

The alleged abusers are schoolteachers, rabbis, fathers, uncles — figures of male authority. The victims, like those of Catholic priests, are mostly boys. Rabbi Rosenberg believes **around half of young males in Brooklyn's Hasidic community** — the largest in the United States and one of the largest in the world — **have been victims of sexual assault perpetrated by their elders**. Ben Hirsch, director of Survivors for Justice, a Brooklyn organization that advocates for Orthodox sex abuse victims, thinks the real number is higher: "I sense anecdotal evidence, we're looking at over **50 percent**."

I had to read that twice. The number surely exceeds even the bleakest calculations of how widespread this crime is. In the absence of facts it's — impossible to come by — it's hard to know what to make of it at all. Take a walk through Brooklyn's conservative Jewish neighborhoods. Do you believe that every second orthodox boy you see is a victim of sexual assault? Can this really be that huge?

Nuchem Rosenberg and Ben Hirsch have presumably studied the issue longer and more carefully than any of us have, and should be given a modicum of authority on the subject. On the other hand, due to possible factors like confirmation bias and/or an activist's zeal, it could be that they're well-enough — that they see abuse everywhere, even where none occurred.

With that caveat, here's what Rosenberg found, and how he became perhaps the most hated man in Brooklyn.

On a visit to Jerusalem in 2005, Rabbi Rosenberg entered into a mikvah [sacred ritual bath] in one of the holiest neighborhoods in the city. Mea Shearim. "I opened a door and entered into a schvitz," he told me. "Vapors everywhere, I can hardly see. My eyes adjust, and I see an old man, my age, long white beard, a holy-looking man, sitting in the vapors. **On his lap, facing away from him, is a boy, maybe seven years old. And the old man is having anal sex with this boy.**"

"This boy was speared on the man like an animal, like a pig, and the boy was saying nothing. But on his face — fear. The old man [looked at me] without any fear, **as if this was common practice. He didn't stop**. I was so angry, I confronted him. He removed the boy from his penis, and I took the boy aside. I told the man, 'It's a sin before God, a miserable crime. What are you doing to this boy's soul? You're destroying this boy!' He had a sponge on a stick to clean his back, and he hit me across the face with it. **'How dare you interrupt me!'** he said."

After that, Rosenberg started blogging about Hasidic sex assaults. He also opened a hotline and became a source for local and national media covering sex abuse trials. That "betrayal" made him a pariah in his own community.

Leaflets distributed in Williamsburg and Borough Park, the centers of ultra-Orthodoxy in Brooklyn, display his bearded face over the body of a writhing snake. "Corrupt Informer," reads one of the leaflets, followed by the declaration that Rabbi Rosenberg's name **should rot in hell forever**. They should cut him off from all four corners of the earth.

**Accused fugitive pedophile from Brooklyn attacked in Jerusalem**

**Video shows wanted child molester Avrohom Mondrowitz accosted, hit, and knocked to the ground by vigilante.**

By Daniel K. Lansford
July 30, 2023 22:09



Avrohom Mondrowitz assaulted (CCTV photo credit: YouTube Screenshot)



As law enforcement worldwide attempts to apprehend the wanted child molester New York's own Cheryl Uzamere brings accused to justice while authorities stand around doing nothing.

The accused pedophile, Avrohom Mondrowitz 76, of Brooklyn is wanted in connection in New York on charges of sexual abuse against boys as young as age 8.

Taylor & Francis Online

Journal of Child Sexual Abuse ›

Volume 26, 2017 - Issue 4

240 1          17
Views    CrossRef citations    Altmetric

Public Perception and the Assessment of Sentencing of the Act of Abuse

# Pedophiles in the Ultra-Orthodox Haredi Sector in Israel: Thought Processes Regarding their Actions

Gil Hamo & Yael Idisis

Pages 467-427 | Received 02 Nov 2016, Accepted 09 Jan 2017, Published online: 28 Mar 2017

66 Download citation   https://doi.org/10.1080/10538712.2017.1285841

## ABSTRACT

This study explores thought patterns of Jewish Ashkenazi Ultra-Orthodox pedophiles in Israel and how they resolve the contradiction between their commitment to Jewish Law and having committed sexual offenses against minors. Ten adult men participated in this study. Using open semistructured interviews, their cognitive distortions before, during, and after the abuse were examined. Content analysis revealed that participants used cognitive distortions based on their own world of Jewish Law and social-cultural values. The insular nature of Ultra-Orthodox society and its many prohibitions, especially regarding sexuality, tempted offenders to test boundaries. When sexual drive was high, internal control mechanisms were ineffective even in presence of external control mechanisms. Some participants recognized the contradiction between their behaviors and being Ultra-Orthodox Jews, and others did

# ⊗ HAARETZ

Search

Netanyahu deserves to win the election. And we Israelis deserve him

Meet the real King Da

Trending Now





**Netanyahu, Trump, annexation**
Special project


Home > Opinion

# A Nation of Pedophiles

Both groups are pedophiles: those who wish to cover young girls up in the name of God; and those who expose girls before viewers in the name of profit.

Kobi Niv  |  Send me email alerts

May 26, 2017 4:34 AM

• Israel Police nab 17 pedophiles in countrywide sweep

Now and then, the demon of pedophilia - that dark sexual taboo - rears its ugly head. This time it was because someone said something like "7-year-old girls do it for me." Immediately, the knives were out and calls were made to behead the pedophile. An impassioned discussion over his identity started, until it reached the point where one wonders whether it is even possible to discuss the issue at all. Only one matter isn't up for discussion: The question of whether we as a society - not just a few individuals here and there, be they real or imagined - suffer from pedophilia. And the answer is yes. Frighteningly so.

5 - Subscribe for just $1 now

Let's start with the religions and the ultra-Orthodox, who mostly all ensure that children are modestly dressed. That is to say, gangs of men, rabbis, scholars of the Torah and interpreters of God and the Holy Scriptures - from the Haredi yeshivas to the Jewish homes - are teaching their daughters, not their sons, to cover themselves up completely. Because of what? Not from the scorching sun or the wrath of an angry God, but from men, so that, God forbid, they should not have what they call the "evil urge."

Therefore, those same rabbis of a nation, teachers of a generation and shepherds of the flock, hold a grave pedophilic outlook on life and on the world. This outlook sees young girls and adolescent females - every young girl and every adolescent female - as sexual objects in the eyes of grown men. This is pure pedophilia.

## צות מנציחה
## ללי צה"ל
## חייהם עבורנו

### משפחתכם יונצח?
### מסרד התסואות α

And that's not all. Instead of taking responsibility for their pedophilia, those faithful pedophiles are projecting their own pedophilia upon the young girls and teenagers who are the objects of their desire, forcing them to cover their bodies because they - the grown men - see every girl's lock of hair as a lewd object, and every milk tooth as something that arouses lust.

Those who believe and teach this pedophilia are not a fringe group. They are among us - they are rabbis, they are in our Knesset, they are some of our ministers and leaders. But their religions and institutionalized pedophilia is hardly discussed.

Pedophilia is also rampant among the other, secular side that sees itself as enlightened. And by reviewing the Holy Scriptures of the secular community - the advertisements on television - you can see young girls and women regularly presented as sexual objects.

A baby girl who stands wiggling her diapered bottom on a diaper advert is portrayed as a sexual object - a prostitute, even. Strapping, grown men undress female dolls or flirt with underage models in adverts for clothing and cosmetics. Young girls and teenagers are portrayed as taking pleasure in consuming soft drinks, orally fixating on them and splashing them around. Even if they are pedophilia-lite, a substantial number of TV commercials encourage hard-core pedophilia.

The outcome of the religious male pedophilia is to cover up - in the name of God, of course - every exposed inch of young girls' flesh, in order to spread the strength of the Torah. The outcome of the secular male pedophilia, which also serves a faith - faith in the God of capitalism and the spirit of profit - is the public exposure of every inch of young girls' bodies for the sake of increasing sales per quarter.

Both are pedophilia. Both groups are pedophiles: those who wish to cover young girls up in the name of God; and those who expose girls before viewers in the name of profit. This social, cultural and institutionalized pedophilia must be eliminated.

**Kobi Niv**
Haaretz Contributor

 Netanyahu deserves to win the election. And we Israelis deserve him

 Meet the real King D.

Trending Now

 Netanyahu, Trump, annexation
Special project



Home > Israel News

# Israel Becoming a 'Refuge for Pedophiles,' Warns Advocate for Child Sex Abuse Victims

At a Knesset pre-hearing, groups working to prevent the abuse suggested there may be a 'significantly higher proportion' of cases in the ultra-Orthodox community.

Judy Maltz | ⊘ Send me email alerts

Mar 22, 2016 5:11 AM



MK Yifat Shasha-Biton (Kulanu) and Manny Waks at a Knesset pre-hearing on child sex abuse in Jewish communities, Jerusalem, March 21, 2016.

- Number of Israeli children sexually abused by their brothers doubles
- Jewish community worker is charged with child rape in St. Louis
- Fleeing abuse in Israel, non-Jewish women fear violence and deportation
- Israeli man accused of raping stepdaughter for 15 years, siring boy

Israel has become a safe haven for Jewish pedophiles from around the world, a leading advocate for child sexual abuse victims warned Monday at a Knesset committee pre-hearing on pedophilia in the ultra-Orthodox community.

"It seems to us Israel is increasingly becoming a refuge for pedophiles and alleged pedophiles," said Waks. "It's an easy get-out-of-jail card for them." Waks, who is married with three children, recently moved back to Israel, where he was born and served in the army.

According to research data he cited, one in five children in Israel experience sexual abuse.

"There's a range of factors that suggest there may be a significantly higher proportion within the ultra-Orthodox community," said Waks. "I think any closed community would have increased cases, because these cases are silenced. They're swept under the carpet. Not only that, but in the Haredi community, they don't even talk about sex, so how can they talk about sexual abuse?"

His new organization, he said, will be lobbying the Knesset to change the statute of limitations so that victims of sexual crimes can have more time to file complaints.

Also present at the meeting with Shasha-Biton were the heads of a new Israeli group called "Lo Tishtok" (Thou Shall Not Be Silent) that aims to give voice to ultra-Orthodox victims of sexual abuse. Launched as a Facebook page five months ago, the group already

---

Yitzhak Kadman, the executive director of the National Council for the Child, said he had noticed signs of "the beginnings of a revolution" in attitudes toward child sex offenders in the Haredi world. "I was actually astonished by the amount of openness I've seen recently," he said at the meeting.

Israel may be a preferred destination for Jewish sex offenders, said Kadman, but it has also become a place of refuge for their victims. "We are seeing many of them leave their home countries and come to Israel, perhaps because they are looking for a way to get a fresh start," he said.



**Judy Maltz**
Haaretz Correspondent

---

court copy

**Exhibit A – 50H Hearing**

ORIGINAL

50-H HEARING

- - - - - - - - - - - - - - - - - -x

In the Matter of the Claim of
CHERYL D. UZAMERE

                    Claimant,
        -against-

CITY OF NEW YORK; NEW YORK CITY
HOUSING AUTHORITY; NEW YORK CITY
POLICE DEPARTMENT; NEW YORK CITY
DEPARTMENT OF CORRECTIONS; NEW
YORK CITY COMMISSION ON HUMAN
RIGHTS; NEW YORK CITY PUBLIC
ADVOCATE'S OFFICE; NEW YORK CITY
DEPARTMENT OF INFORMATION TECHNOLOGY
AND TELECOMMUNICATIONS; CITY
UNIVERSITY OF NEW YORK,

                    Respondents.

- - - - - - - - - - - - - - - - - -x

BLA #2019PI009586

                        188 Montague Street
                        Brooklyn, New York

                        July 15, 2019
                        12:43 p.m.


        **EXAMINATION** of **CHERYL D. UZAMERE**,

held at the above time and place, pursuant

to Notice, taken before Linda Avery, a

Notary Public within and for the State of

New York.

                    LEX #147827



**LEX**

**REPORTING SERVICE, INC.**

PROFESSIONAL REPORTING SINCE 1980

TOLL FREE 800.608.6085

2

A p p e a r a n c e s:


CHERYL D. UZAMERE, Pro Se
        For the Claimant **CHERYL D. UZAMERE**
        1209 Loring Avenue, Apt. 6B
        Brooklyn, New York 11208


JANE N. BARRETT & ASSOCIATES.
        Attorneys for Respondent
        188 Montague Street, Suite 402
        Brooklyn, New York 11201
BY:     JANE N. BARRETT, ESQ.

3

1

2      C H E R Y L    D.    U Z A M E R E, the

3              witness herein, having first been

4              duly sworn by a Notary Public of the

5              State of New York, was examined

6              and testified as follows:

7      EXAMINATION BY

8      MS. BARRETT:

9          Q      State your name for the

10     record, please.

11         A      Cheryl D. Uzamere, C-H-E-R-Y-L,

12     middle initial D., Uzamere, U, as in

13     Umbrella, Z, as in Zebra, A, as in Apple, M

14     as in Mary, E as in Edward, R, as in Richard,

15     E, as in Edward.

16         Q      State your address for the

17     record, please.

18         A      1209 Loring Avenue, apartment 6B,

19     as in Boy, Brooklyn, New York 11208.

20         Q      Miss Uzamere, I am Jane Barrett.

21     I am the attorney for the City for the

22     purpose of your hearing here, and I am going

23     to ask you questions concerning the matters

24     you have recited in your Notice of Claim.

25              Before I start asking you

C. Uzamere                    4

2    questions, let me just give you some

3    instructions that we give to all witnesses at

4    these hearings, to help us get back from

5    Linda's company a transcript that reflects

6    exactly what I asked you and exactly what you

7    said.  So here they are:

8              One, if you don't hear me clearly

9    or you don't understand any part of the

10    question tell me right way and I will clear

11    it up.

12              Okay?

13              And don't hesitate to say I'm not

14    sure what you mean.

15       A      All right.

16       Q      If you don't say something like

17    that I will assume you understood that

18    particular question.

19       A      All right.

20       Q      Number 2, when you answer be sure

21    to speak a verbal answer because if you just

22    give us nonverbal answer --

23       A      She can't transcribe it.

24       Q      Right exactly, it will be blank,

25    right, exactly.

C. Uzamere                              5

1                        Number 3, let me state the

2          question in full and then state your answer.

3          It's very important that we get the full

4          question on the record.

5                        Okay?

6                        And the tendency of most

7          witnesses is to just jump in with their

8          answer, so try not to do that.

9                        Last, if you need to take a break

10         let me know, and I just ask if there is a

11         pending question you answer the question,

12         then we can take a break.

13                       Okay?

14    A       Yes.

15    Q       Great.

16                       So let me start with some

17         background information about you.  How long

18         have you lived at Loring Avenue?

19    A       Twelve -- since July 15 of 1998.

20                       Twenty-one years.

21    Q       Is anybody else in your

22         household?

23    A       No.  I live alone.

24                       MS. BARRETT:  Off the

25

C. Uzamere                          6

1
2          record.
3                  (There was an off-the-record
4          discussion.)
5                  MS. BARRETT:   And off the
6          record.
7                  (There was an off-the-record
8          discussion.)
9      Q      Are you self-employed?
10     A      I am not employed at all.
11     Q      So you don't have the business
12 anymore.
13     A      No, I still have the business.
14 It's just that I have never made any money
15 with it.
16     Q      So how do you support yourself?
17     A      I receive disability.
18     Q      What is the nature of your
19 disability?
20     A      Bipolar disorder.
21     Q      When did you start receiving the
22 disability benefits?
23     A      I believe July 1996 -- it was
24 retroactive to 1996, I became eligible for
25 Medicare retroactive to July 1998.

1                          C. Uzamere               7

2          Q      So at the present time do you

3     have both Medicare and Medicaid?

4          A      Yes.

5          Q      Can you tell me about your

6     educational background?

7          A      I am not understanding why I need

8     this information.   What's the point?

9          Q      It's just a general question

10    about your background.

11         A      I understand how the court works.

12    All right.   There is some questions, although

13    during -- because this is a deposition.

14         Q      So, this is a pre-litigation

15    hearing.

16         A      All right.

17         Q      Not a deposition.

18         A      All right.   I will answer them

19    insofar as I already have this information on

20    my website.   I have it on Facebook, but I

21    really don't see its relevance.

22                What was your question again?

23         Q      Please tell me your educational

24    background.

25         A      I went as far as college.   I

C. Uzamere                          8

2   didn't finish.  My major was legal, paralegal

3   studies.  I made the dean's list.

4         Q     Have you ever worked as a

5   paralegal?

6         A     No.

7         Q     What kind of work, if any, did

8   you do before you were declared disabled?

9         A     I worked for, the last job that I

10  had, or the last job that I have listed -- I

11  have jobs since 1996, but the last job that I

12  have listed on my resume' is Legal Clerk

13  Typist for Mallilo & Grossman.

14        Q     For what years did you work for

15  them?

16        A     January 1995 to January 1996.

17        Q     At the present time are you

18  taking any medications of any kind?

19        A     That's none of your business.

20        Q     None of my business?

21        A     None of your business.

22              MS. BARRETT:  For the

23              record, I will note that the

24              claimant is taking an obstructive

25              position with regard --

C. Uzamere                               9

THE WITNESS:  If you want to
tell the court that, that's not a
problem.

MS. BARRETT:  Okay.  I'll
just note --

THE WITNESS:  I am dragging
you all into federal court, and
if you want, you can subpoena
that information, but of course
in federal court you would have
to explain why.

Don't play the legal game
with me.  I can play the game
better than you can.

MS. BARRETT:  I am entitled
to know if you are taking --

THE WITNESS:  No, you are
not entitled to know because it
is covered by HIPAA.  I know the
law, and if you do not have a
specific legal reason to ask, it
is none of your business, and I
will challenge this in federal
court.  I know the law better

C. Uzamere                10

than you do, believe me.

          And if you try that stunt

again I will report you to the

United States Department of

Justice.

          MS. BARRETT:  You are free

to do that, of course, at any

time.

          THE WITNESS:  Absolutely.

          Health Insurance if you have

any problems with the rules, you

can contact the HIPAA website,

Health Insurance Portability and

Accountability Act of 1996.  1 am

a legal expert, even better than

you.

          MS. BARRETT:  I am going to

ask you just to answer the

question that I ask, otherwise

the hearing is going to take a

couple of days.

          Okay?

          THE WITNESS:  I don't have a

couple of days, but do not ask me

1              C. Uzamere              11

2      questions for which you do not

3      have a right.  If you try this

4      again I will report you to the

5      United States Department of

6      Justice.

7          MS. BARRETT:  Ms. Uzamere, I

8      am going to ask you questions

9      that are proper.  If you object,

10     just state on the record you

11     object.

12         THE WITNESS:  Then I object,

13     but I am going to ask that you

14     not try it.

15         MS. BARRETT:  You can't ask

16     me that.  I'm sorry.  I have a

17     job to do, and I will do it to

18     the best of my ability.

19         THE WITNESS:  Okay.  The job

20     you were supposed to do when you

21     sent the letter dated, envelope

22     dated June 11 that I got on the

23     13th, for an appointment that was

24     a day before, was that your job.

25         MS. BARRETT:  Object and

C. Uzamere                                    12

move to strike --

      THE WITNESS:   There you go.

      MS. BARRETT:   -- as

nonresponsive.

      THE WITNESS:   Okay.

  Q    So I am looking at the Notice of

Claim which we have marked as Exhibit A.

Just take a look at that and tell me if that

is the Notice of Claim you filed.

  A    Yeah, it is.

  Q    Now, as far as I know --

  A    Hold on, please, let me look at

it, please.

      Yeah.

      I want to also let federal court

know that I needed access to the internet,

you didn't all provide it.

  Q    As far as I know, this Notice of

Claim which we have marked as A was filed on

the Comptroller, is that correct?

  A    That's right.

  Q    Now, you have noticed several

other entities here, so I want to ask you if

you have served a Notice of Claim on the

C. Uzamere                          13

Housing Authority?

    A    Yes.

    Q    When was that?

    A    Same day.

    Q    Served?

    A    Right, all, they were all served on the same day, all of them.

    Q    Has the Housing Authority requested a hearing?

    A    You are an attorney.  You should be able to ask that.

    Q    I am asking you, has the Housing Authority asked you for a hearing?

    A    No.

    And I believe they have 90 days. That 90 days has passed.

    Q    Has the City University of New York requested a hearing of you?

    A    No, they haven't.

    Q    Has anybody other than the City of New York, through our office, requested a hearing of you?

    A    No, but they have, I served all those papers on the same day.

C. Uzamere                    14

 Q      So let's look at some of the
allegations made in the Notice of Claim.

        On page 2, you refer to a
telephone call from NY --

                THE WITNESS:  Excuse me.

                MS. BARRETT:  Yes.

                THE WITNESS:  I don't mean
to interrupt.

                That Notice of Claim came
with exhibits.  Where are they?

                MS. BARRETT:  We haven't
printed them out, they're too
lengthy.

                THE WITNESS:  Yeah, please.

                MS. BARRETT:  No, I can't
print them out.  There are too
many of them. It's like 800 pages
or something.

                THE WITNESS:  No, it's not
800 pages.  I know what I gave
you.

                MS. BARRETT:  We are going
to deal with what I have printed
out here.

C. Uzamere                    15

1
2          THE WITNESS:   That means you
3     are withholding the evidence that
4     I gave you.
5          MS. BARRETT:   I am not
6     withholding anything.   Those are
7     your documents.   In fact, in our
8     Notice of Hearing to you we asked
9     you to bring with you all the
10    relevant documents.
11         THE WITNESS:   All right, and
12    what I meant to do was bring them
13    here, and you do not have a wifi.
14         MS. BARRETT:   Well, I'm
15    sorry that the wifi is not
16    functioning.   We are not obliged
17    to provide you with wifi.
18         THE WITNESS:   Like I said,
19    if you are being obstructive I
20    will let the court know.
21         MS. BARRETT:   You are
22    perfectly welcome to do that.
23         THE WITNESS:   I would like
24    to see the documents.   Why don't
25    you provide documents, the ones I

C. Uzamere                    16

gave you have?

MS. BARRETT:  We don't have

time to print them out.  They are

too voluminous.

THE WITNESS:  All you have

to do is get the ones I gave you.

Just let me see your records.

MS. BARRETT:  I'm sorry, you

are not allowed to look at our

file.

THE WITNESS:  The records

that I am asking for are the ones

that I provide for you.

MS. BARRETT:  Then you

should have access to them.  I

don't have to produce them here.

THE WITNESS:  Of course you

do.  You are the attorney, and I

am acting as attorney; I am

asking you to produce what I gave

you.

You produced that

(indicating).

MS. BARRETT:  This is your

```
 1                    C. Uzamere              17
 2         Notice of Claim.
 3              THE WITNESS:  The Notice of
 4         Claim came with --
 5              MS. BARRETT:  Yeah, it has
 6         exhibits.
 7              THE WITNESS:  So I am asking
 8         you to come produce the exhibits.
 9              MS. BARRETT:  I'm not
10         going --
11              THE WITNESS:  This didn't
12         come by itself.
13              MS. BARRETT:  I am not going
14         to do that.
15              THE WITNESS:  All right,
16         well, then there is no more that
17         I can do.  You have records you
18         didn't produce, and that Notice
19         of Claim came with several
20         exhibits, and you did not produce
21         them.
22     Q    So I need to ask you questions
23   about the Notice of Claim.
24     A    You can't ask me anything with
25   regard to the exhibits that you are not
```

C. Uzamere                    18

1  willing to produce.  I gave you exhibits, you

2  should have them with you.

3           You produced that (indicating),

4  you can now not say you can produce this, but

5  not others.  That Notice of Claim came as a

6  package.  If you produce that, then you have

7  to produce the whole package.

8      Q      Can you tell me what the

9  telephone call was from the Housing Authority

10  to your daughter's place of residence?

11      A      Hold on.

12           That telephone call would be --

13           Hold on, hold on.  Let me cut

14  this off.

15           All of that would be in the

16  Notice of Claim.  All of that is in the

17  Notice of Claim that I gave you.

18           You have to get the records.  You

19  have them.  If you do not produce the

20  records, then there is no more that I can do.

21           I came, the reason I didn't bring

22  the paper is because I expected that you all

23  would have internet access.  You have decided

24  not to provide internet access, you have also

C. Uzamere                          19

2    decided not to provide the records.  I am

3    going to report you to the United States

4    Department of Justice.

5         Q      Okay, that's fine.

6                Now, do you have a recollection

7    regarding --

8         A      I don't have to -- everything is

9    in writing.  I do not have to remember

10   anything.  You get the records or you get

11   wifi.  If you don't, I will report you to the

12   Department of Justice.

13        Q      Well, okay.  I am asking you

14   whether you have any records.

15        A      Again, you have the records.

16        Q      Excuse me, Ms. Uzamere, I have to

17   put my question on the record, and then you

18   can make your objection.

19        A      Okay.  You have them.

20        Q      Do you have any recollection

21   about the fact --

22        A      I don't have to remember.

23        Q      Excuse me.

24        A      You have the records.

25        Q      I haven't had a chance to ask my

C. Uzamere                          20

1
2    question.  I have to do that on the record,
3    otherwise we can't hold a hearing.
4              Do you have any recollection of
5    the telephone call from the Housing Authority
6    to your daughter's residence or place of
7    business?
8         A    I have all of those are in the
9    records.
10        Q    Well, what was it about that
11   telephone call?
12        A    All of those are in the records;
13   the records that you have chosen not to
14   produce, and the records that I have on my
15   computer but I can't get to it because you
16   don't have wifi.
17        Q    What is the heart of your claim
18   against the City?
19        A    All of those are in the records.
20        Q    You are unable to tell me
21   yourself?
22        A    I am unable to say anything
23   because they are in the records.  You either
24   produce the records, and the records will
25   tell you what they are.

C. Uzamere                          21

I have no intention of speaking about anything when I have produced records. The records are in writing.  If you did not bring records, I will report you for obstruction, and on the federal level.

Q      Are you under the impression that I am not entitled to ask you about anything that's in writing?

A      You cannot ask me about anything verbally that I have provided in the records.

Q      And you have a legal basis for that objection?

A      Yes.  You are obstructing justice.  You are asking me questions that I have provided in the records.  You produced that, produce everything.  Everything that I produced is not 800 pages.  It's not even 200 pages.  Just produce the exhibits.  The exhibits answer everything.

I need to explain to you that this is not going to a state court.  This is going to federal court.

Q      Ms. Uzamere, you can send them any place you want.

C. Uzamere                                    22

A        And my federal lawsuit is almost finished.

And those records are also on my website, but you don't have wifi.  You have chosen not to have it.  There is nothing I can do about that.  You have chosen not to have wifi, and you have chosen not to produce the records.  That's obstruction to me. That's why I didn't bring in any, because I brought the computer in order to go to my website and pull the records.

If you produce wifi, I can show you the records right here, because they are here.  All of the exhibits are on my website. You have no wifi, and you are not producing the records.  That's obstruction.

MS. BARRETT:  Just a moment. We are off the record.

(There was an off-the-record discussion.)

Q        Are you claiming any impairment of your health and/or mental health?

A        All of those are in the records. I am not answering anything that I have put

C. Uzamere                              23

down in writing.  All of that information is

in the records.  Get the records, you don't

have to ask me.

          Q     Do you have that information

without reviewing the records?

          A     I don't have to.  They are in

writing.  The courts work by things that are

in writing.  Do not ask me to verbalize

anything for which that you don't have in the

record.  You will not make any attempts to

impeach me.  I will not answer anything

because everything that you are asking is in

the records.

               If you don't get them I will

charge you with obstruction, today.  Get the

records.  I gave them to you.  They are not

800 pages.  I produced the records, and I

know I didn't give you two reams of paper of

records.  I know I didn't.  You either get

the records or you turn on wifi.

          Q     Well, we have access to wifi.  I

don't know why it is not coming up on your

computer.

          A     No, it is not coming up on mine.

C. Uzamere                    24

Q       It's coming up on ours.
Something is wrong with your computer because
we have wifi access.

A       Then if you have wifi access give
me access to your computer then, or I will
tell you where to go to get them, because the
records are there.  I will tell you where to
go to get them.

There is several PDF documents,
and all of the documents that I gave you are
on the website.  You don't have to let me go
to them; I can tell her where to get them,
but for sure they're there.

It's not my job to try to
remember questions for --

I have attempted to sign in, and
it is not going through.

Q       Well, we have wifi access on
several different computers.  The issue in
not with wifi, it's with your computer.

A       No, there is nothing wrong with
my computer, ma'am.

You gave me your number, it says,
here it is right here.  I am not able to

C. Uzamere                        25

1  access it.  It says:  This site can't provide

2  a secure connection.

3         Okay, let me see Google.

4         THE WITNESS:  It seems like

5  you have a problem, ma'am.

6         Now it says Spectrum, now I

7  have to come in either as a

8  customer or a guest.

9         Okay, let me see if I can

10  get it in through my phone.  This

11  area should have free wifi.

12         I guarantee you there is

13  nothing wrong with my computer.

14         And even if there is

15  something with my computer, all

16  you need to do is get your

17  records.  It's not 800 pages.

18         MS. BARRETT:  I have asked

19  her for Exhibit A, so let's start

20  with that.

21         THE WITNESS:  Okay.

22         MS. BARRETT:  So while we

23  are waiting for Exhibit A let me

24  ask you some questions, and then

```
 1                    C. Uzamere              26
 2          when we get them we'll go back.
 3              THE WITNESS:  If it has
 4          anything to do with the records
 5          you will not get an answer from
 6          me.  Get the records.
 7      Q      Okay, so my first question is,
 8   when did the victimization based on
 9   intentional --
10      A      It's in the records, ma'am.
11      Q      Excuse me.  I haven't put my
12   question on the record.
13              Are you going to permit me to do
14   that?
15      A      Go ahead, ma'am.
16      Q      When did the victimization based
17   on intentional infliction of mental distress
18   occur?
19      A      It's in the records, ma'am.
20      Q      You can't tell me independent
21   of --
22      A      Ma'am, no, I don't have to.
23              No way in the world am I going to
24   answer independently without records.  If you
25   did not get them, that's on you.
```

C. Uzamere                    27

1

2    Q      When did the embezzlement begin

3    of your disability benefits?

4    A      Again, they are in the records.

5    Q      You are not going to answer that

6    question?

7    A      No.  They're in the records.

8    You're not going to produce the records?

9    Q      I am asking you for your

10   testimony.

11   A      I am asking you produce the

12   records.  I gave them to you.  Produce the

13   records.

14   Q      I am asking for your testimony.

15   A      Okay, I am asking you that

16   testimony, part of testimony are records.

17          Where are they?

18   Q      Testimony is different than

19   records.

20   A      No.  I am a legal-head.

21   Testimony includes records.

22   Q      I respectfully disagree with

23   that.

24   A      Ma'am, okay, well, you can, and

25   you can disagree in federal court because

C. Uzamere                              28

that's where I am going to take you.

     Q    Okay.

     A    Get the records.

     Q    When did the loss of honest

services occur?

     A    Again, get the records.

     Q    When were you blacklisted from

judicial process?

     A    Again, get the records.

     Q    When were you blacklisted --

     A    Get the records.

     Q    Excuse me.  If you don't permit

me to put my question upon the record, I will

terminate this hearing.

     A    You can do that because I am

going to report you.  Do that.

     Q    When did the blacklisting from

employment --

     A    Get the records.  Get the

records.

     Q    I am giving you one more warning.

If you don't permit me to put my questions on

the record, I will terminate this hearing.

          When did the blacklisting from

C. Uzamere                    29

2  educational opportunities occur?

3       A      Get the records.

4       Q      When did the extrajudicial

5  banning from public places occur?

6       A      Get the records.

7       Q      When did the violation of privacy

8  occur?

9       A      Get the records.

10      Q      When did the falsification or

11 concealment of government --

12      A      Get the records.  I gave them to

13 you.

14      Q      All right, I am not going to

15 continue with the hearing.  You are not going

16 to even let me put my questions on the

17 record, so this hearing is closed.

18      A      And I am going to report you to

19 the US Department of Justice.

20      Q      I am afraid those --

21      A      Because I gave you the records

22 you cannot ask me any questions without the

23 records.

24              MS. BARRETT:  This hearing

25          is now concluded.

C. Uzamere                          30

Thank you.

(Time noted:  1:06 p.m.)

MS. BARRETT:  You don't have to bother to print anything else out. Ms. Uzamere will be leaving.

THE WITNESS:  No, I'm not leaving; you are telling me to leave.

MS. BARRETT:  I'm telling you to leave, yeah.  The hearing is over.

THE WITNESS:  All right, let me call the police.

MS. BARRETT:  Well, let's stay on the record.

Ms. Uzamere, the hearing is over and I need you to leave.

THE WITNESS:  And I need you to tell the cop that.

MS. BARRETT:  Let the record reflect that Ms. Uzamere is calling the police.

THE WITNESS:  Yes.

Obstruction is a crime, and

C. Uzamere                    31

that's why I am calling the

police:

    *911 OPERATOR: 9-1-1 Police,*

*Fire?*

    *CHERYL UZAMERE: Police.*

    *911 OPERATOR: What's the*

*address you need the police to?*

    *CHERYL UZAMERE: 188 Montague*

*Street. I'm attending a*

*City-sponsored, something like an*

*EBT, it's a 50-h hearing. The*

*crime that I'm complaining about*

*is obstruction. A person that's*

*holding the hearing for the City,*

*she is withholding records.*

*Withholding records is a crime;*

*she is withholding them.*

    *911 OPERATOR:  Okay, So you*

*are meeting the police at this*

*location, 188 Montague?*

    *CHERYL UZAMERE: Yes.  On the*

*fourth floor, room 402.*

    *911 OPERATOR: 402.*

    *CHERYL UZAMERE: She is*

C. Uzamere                    32

withholding records.

        911 OPERATOR:  Fourth floor?

        CHERYL UZAMERE: Yes.

        911 OPERATOR: What's your

last name and phone number?

        CHERYL UZAMERE:  It's

Uzamere.  My last name is spelled

U-Z, as in Zebra, A-M, as in

Mary, E-R-E.

        My phone number is

(347)204-9281.

        And the crime of which I am

complaining is obstruction and

withholding of records,

concealing of records it is a

crime.

        911 OPERATOR:  Okay, so

assistance will be there as soon

as possible.

        Is this near Clinton?

        CHERYL UZAMERE:  Pardon?

        911 OPERATOR:  Is Clinton

over there?

        CHERYL UZAMERE:  No.  I am

C. Uzamere                    33

right next -- I'm in between, I'm

a few feet from Court and

Montague.  The building is on

Montague.  It's 188 Montague.

    911 OPERATOR:  Okay,

assistance will be there as soon

as possible.

    MS. BARRETT:  So I have

asked you to sit outside.

    THE WITNESS:  I will do

that.

    And I need you to show the

cop that this is the only record

you produced.  I gave you this.

When I gave this to the City I

gave them that and exhibits.  I

need to let the cops know that

you did not permit me wifi.

    MS. BARRETT:  Sit outside.

    THE WITNESS:  I will let the

cops know.

    MS. BARRETT:  You can sit

outside.

    THE WITNESS:  I will.

C. Uzamere                          34

MS. BARRETT:  Thank you.

THE WITNESS:  When the cops come, I am going to ask you for the entire record.  I need the cops to see you say no.

Obstruction, withholding records is a crime.  It's a crime on the state level, it's a crime on the city level.  I believe that on the state level the crime is Penal Law 175 point something.

For the federal --

MS. BARRETT:  Ms. Uzamere, I am going to ask you sit outside, please.

THE WITNESS:  I'm leaving, I'm leaving.

And for the federal government it's 1519, I believe (a).  You withheld records.  I don't have to answer any questions for which I have already provided records.

And I need to let the cops

C. Uzamere                    35

1
2    know that's what you did.   The
3    records are not 800 pages.
4         And I am letting you know,
5    for the federal lawsuit I am
6    calling you as a witness.
7         The reason I didn't bring
8    paper is because I figured you
9    would have wifi access.   You
10   didn't permit me to go on your
11   wifi, and you didn't bring
12   records.   That's obstruction.
13        MS. BARRETT:   Well, we
14   permitted you to go on your wifi,
15   but you had some problems.
16        THE WITNESS:   No, I didn't.
17   You blocked me.   I bet you when I
18   go outside I will have wifi
19   access.
20        MS. BARRETT:   That would be
21   interesting to find out.
22        THE WITNESS:   Yeah, it
23   would.   When I go outside I will
24   have wifi.   I didn't have it in
25   here.

C. Uzamere                      36

I build websites.  I

guarantee you I know more about

computers than you do.

MS. BARRETT:  Is that your

backpack?

(A recess was taken from

1:12 P.M. to 1:50 P.M.)

(Notice of Claim was marked

as Respondent's Exhibit A for

identification, as of this date.)

MS. BARRETT:  It is now

1:50.  We are back on the record.

Mrs. Uzamere has tried a

different room in our suite and

she has wifi access, so we are

going to proceed with the

hearing.

Right?

THE WITNESS:  Um-hmm.

MS. BARRETT:  We are going

to try.

BY MS. BARRETT:

Q    So I am going to remind you

that you are still under oath, and I want

C. Uzamere                    37

1

2    to remind you of the instructions that I

3    gave you a minute ago, because you are

4    still required to follow those.

5              So, if you can, tell me about the

6    telephone call from the Housing Authority to

7    your daughter's residence or place of

8    business.

9         A    That's the telephone call. (Audio

10   playing).

11                   MS. BARRETT:  I can't hear.

12             Can you put it over here?

13                   THE WITNESS:  Sure.

14                   That's why I need the

15             computer.

16                   Hold on. (Audio playing.)

17                   MS. BARRETT:  I still can't

18             hear.

19                   THE WITNESS:  What I am

20             going to do, because I hear it

21             and because it sounds kind of

22             cloudy, you are not hearing it,

23             so what I am going to do, so that

24             you can record it, when they say

25             it, I am going to repeat it --

1          C. Uzamere                    38

2              MS. BARRETT:  No, no, no.

3          We can't do that.  We can't do

4          that.

5              THE WITNESS:  Then I am not

6          going to explain the phone call.

7          I am just going to run it.

8              MS. BARRETT:  Okay.

9              THE WITNESS:  This is the

10         phone call.

11     Q      What is the date on the phone

12     call?

13     A      The date I have on the phone call

14     is, I recorded it on the same day that I did

15     it, and I recorded it on March 18, 2019.

16             MS. BARRETT:  So she is

17         going to play the recording, you

18         don't have to try to transcribe

19         it.

20             THE WITNESS:  Yeah, you

21         don't because you can get it off

22         of YouTube.  That's where it's

23         at.

24     Q      Go ahead.

25     A      It's called Telephone

C. Uzamere                    39

Conversation, NYCHA Social Worker Jesus

Lebron.

    Q    Jesus Lebron?

    A    Yes.

    And if you want to type down --

    Q    No, she is not going to.  Just

play the phone call, please.

    A    Starting it from the beginning.

(Audio playing.)

          MS. BARRETT:  Stop this.

        Stop the recording, please.

          THE WITNESS:  You don't want

        to hear any more?

          MS. BARRETT:  I don't need

        to hear any more.

          THE WITNESS:  No.

          MS. BARRETT:  So we just

        listened to an excerpt of the

        conversation in which a NYCHA

        representative recounted that

        they had received a complaint of

        the odor of marijuana coming from

        Ms. Uzamere's apartment.

    Q    What happened after that?

C. Uzamere                    40

1

2      A      I -- doesn't it make any sense

3   for me to I explain it?  Why don't you just

4   listen to the phone call.

5      Q      I don't want to listen to the

6   phone call.

7      A      I am not going to do that.

8             Do you want me to explain the

9   phone call or the actions?

10     Q      The aftermath.  What happened in

11  the aftermath?

12     A      Housing didn't do anything, and I

13  ended up being slandered.  And this person

14  slandered me.  I don't smoke or drink.

15     Q      So did the Housing Authority take

16  any steps to --

17     A      None.

18     Q      No, no, no.  Hold on.

19     A      I'm sorry.

20     Q      Did the Housing Authority take

21  any steps to terminate your tenancy?

22     A      Housing did that before.

23     Q      No.  After this phone call did

24  they?

25     A      (No verbal response.)

C. Uzamere

41

Q       You have to give us a verbal, a
No.

A       No, they didn't.

Q       So when this phone call was made
were there proceedings in place by the
Housing Authority to terminate your tenancy?

A       No.   There was a -- excuse me,
excuse me.

There was proceedings in place to
get me out of the building, but not via
termination of tenancy.

Q       What was the proceeding?

A       What they were trying to do --
and Housing has done this, when housing, in
2017 --

Q       No, no, we have to stick to this.

A       All right.

Q       Okay.

A       Housing was trying to move me out
of the building and into a place for people,
for old people, which for my case, I should
say, not old people, for senior citizens.
And for Housing's rules, senior citizens
start at 62.   Now, I'll admit I'm old, but 62

C. Uzamere                    42

is the cutoff.

Q      Right, right.

       But what happened with that
attempt to put you into senior housing?

A      They are still trying, and they
still trying to get me to go into senior
housing.  They have been trying to get me
into senior housing from the time I was 57
years old.

Q      But they never took any action to
follow up on the accusation of the odor of
marijuana, is that right?

A      No.

Q      Okay.

A      Well, actually they did, actually
they did.

       I got another phone call from one
of, from another person who didn't identify
themselves, and I recorded that phone call
and I uploaded it to YouTube.

       I got a phone call from someone
who works for Ukah Busgith, and I recorded
that phone call, and the person who called
for Ukah Busgith would not identify herself.

C. Uzamere                    43

Q      What does that have to do with
the Housing Authority?

A      She called --

THE WITNESS:  Hold on.  Let
me turn this off. I can't see.  I
am going to turn this off.  This
here.

Okay, that's off.

A      All right, it's a woman that
called me, a West Indian lady that called my
house on behalf of Ukah Busgith. Ukah Busgith
she is the director for, she directs a
program for seniors, for seniors and for
family partnership.

And what they looked to do,
instead of them calling the police regarding
this false call about marijuana, they wanted
to turn this from a criminal issue into an
issue for old people.

Q      I see.

A      That's a gigantic stretch.

Q      Okay, all right. Let's move on.

So the next item it says
something happened in the Public Advocate's

C. Uzamere                    44

Office.   When and what was that?

    A    Okay, Housing, they conspired with -- I had a, what do you call this, I had a, I had a, I have a website, I have a business, and my business has an EIN number. The name of my business is Uzamere Word Processing.

    Q    Just tell me what happened with the Public Advocate.

    A    I contacted them to tell them that my phone had been cut off, that Altice, Altice USA Inc. Cut off my phone.

    Q    Okay.

    A    New York City Housing, New York City Department -- New York City Information Technology and Telecommunications -- Department of Information Technology and Telecommunications, and the New York City Public Advocate's Office, they all worked together in order to address the digital divide.

    Q    Just tell me what happened with regard to the phone service, was it cut off?

    A    Was?  It still is.

C. Uzamere

45

Q     It still is?

A     Yes.

Q     Who cut it off?

A     Altice cut it off.

Q     And is Altice is the vendor?

A     Yes.   There is two vendors. Altice is one.  Verizon is one.

Altice cut my phone off two weeks after I paid the phone bill.  When I went to Housing, Housing wouldn't do anything to get the phone cut back on.

I have wireless internet --

Q     Hold on.  What is the Public Advocate's involvement here?

A     The Public Advocate and DOT -- in fact, just a second, let me go, let me go, because I have a, an exhibit with regard to this.

Yeah, I have an exhibit for this.

Yes, New York City Public Advocate regarding the digital divide, Exhibit E.

And the people who participated in this issue with regard to the digital

C. Uzamere                    46

1

2    divide is New York, is the Public Advocate

3    and I went to them looking for help, and they

4    did nothing.

5         Q     So let's move on to the next

6    thing, which is that --

7         A     Here is the exhibit.  You should

8    have it.

9               Here is the exhibit.

10        Q     I do have it, but let's go on to

11   the next thing.

12        A     Okay.

13        Q     New York City Tech, what happened

14   with them?

15        A     That's another opportunity that

16   -- that I had through, got through Housing.

17        Q     What do you mean an

18   "opportunity"?  A business opportunity?

19        A     Yes, through Housing for to learn

20   construction work.

21              I was found eligible based upon

22   my being a tenant in good standing; my rent

23   is paid, keep a clean apartment, don't cause

24   any problems, signed up through REES,

25   Resident Economic blah, blah, blah, blah,

C. Uzamere

47

blah, it's a program through Housing.

Q       Okay.

A       I signed up for it.   When I went
to the program -- the program was at New York
City --

Q       City Tech, right?

A       New York City Tech.

        That's also the college where I
went to study legal assistants studies.

Q       What happened when you went
there?

A       They were a bunch of people that
are a part of this workforce development
program.   They were interviewing prospective
clients, and they got to a young man, the
young man said that he wanted to rap.   And
for about 15 minutes the staff, the staff was
humiliating him.   They were humiliating him.

Q       What's that got to do with your
claim? I don't understand.

A       Ma'am, you asked me a question.
Just like you don't want me to interrupt you,
you have to let me finish.

Q       No, because we are never going to

C. Uzamere                                    48

1
2    finish your hearing.  I just want to know how
3    this impacted you.
4         A       I have to tell you what happened.
5         Q       I don't care about the guy who
6    was rapping.  I want to know you went for
7    this interview opportunity.
8         A       All right, well, then I'll cut it
9    short.
10                They called, someone from Carol
11   Sonenblick's office called the police and
12   banned me from the building.  I was not
13   accused of a crime.  I did not hit anybody, I
14   did not curse anybody.  I did not raise my
15   voice.  I didn't threaten anybody, but Carol
16   Sonenblick or somebody on her behalf called
17   the police.
18        Q       What was the date of that event,
19   just approximately?
20        A       I am not approximating anything,
21   ma'am.  I have it on, let me first find out.
22   Hold on.
23                Let me look at my, I am not
24   approximating.  Let me check the exhibit.
25                Malicious -- no, medical exams --

C. Uzamere

49

1    No, that's not it.

2    Let me go down.

3    Hold on.

4    Malicious -- that's not

5    malicious.

6    Here it is, let me check.

7    That's Exhibit M.

8    Here is one.  Here it is.  Hold

9    on.

10    The report is on February 14,

11    2019, and that would be exhibit, that's

12    Exhibit M.

13    Q    So that the next incident here is

14    D, something happened in your apartment.

15    This is after --

16    A    I'm sorry.  Could you please

17    specific that "something"?

18    Q    I am going through the

19    allegations in paragraph 6 here.

20    So the first one was the Housing

21    Authority phone call.

22    Then the public advocate's

23    involvement in the phone cutoff.

24    Then the City College residence

C. Uzamere

50

work training.

And then the next thing that's listed here is D:  At my apartment, 1209 Loring Avenue, but it doesn't say what happened.

A     Can I see it?

Q     That's my question.

A     That was the same thing that had to do with the phone call, the phone call that I first received to my, from my daughter; my daughter called to tell me that Housing called her to tell her that they smelled marijuana, a tenant reported to them that they smelled marijuana coming from or around my apartment, and whatever, and my daughter said that she explained to them, That's not my mother.

Q     What's your daughter's name and address?

A     Tara Uzamere.  I don't know her address.  I can tell you her phone number. That's how I --

Q     What's her phone number?

A     It's (631)949-6207.  T-A-R-A,

C. Uzamere

51

middle initial A, Uzamere.

    Q    So the next item here is E, at 1196 Liberty Avenue, within the 75th Precinct.  What happened there?

    A    I had on New Year's Day I went in there.  The name of the store is Premium.

    Q    Premio?

    A    Premium.

    Q    Premium?

    A    Yeah, Premium.

    And I went in there to buy food.  That was on New Year's Day.  The next day, $10 was taken out of my account.  I wasn't even there.

    Q    On what, an EBT card or credit?

    A    I don't know how they got it.  I used my EBT, I very carefully use my EBT to buy food, but on January 1st I went there and I used my EBT card.  There was a bit of a screw up, but we were able to fix it, and I spent $10 worth of food at the store.

    Q    So what happened in the 75th Precinct with regard to that?

    A    Seventh-fifth Precinct I got into

C. Uzamere                                      52

an argument with the store manager because

they stole $10 out of my account on a day

when I wasn't even in the store.

Q       What did the precinct do about

it?

A       They called the precinct, the

precinct came and banned me from the store

when I'm the one that got robbed.  And I

wasn't accused of a crime, and I didn't hit

anybody, I didn't threaten anybody.

Q       So the next item is at the New

York City Department of Information and

Technology, --

A       Again --

Q       -- Metro Tech.

A       Again, they called the police on

me.  I went down there, the reason that I went

down there -- and I think for all of those

incidents where the police were called, they

have body cameras, so they record, so they

can tell you I didn't do anything wrong.

Q       Why did you go to Metro Tech, was

it because of the phone service?

A       What had happened was my phone

C. Uzamere

53

1   service was cut off.  Altice cut my phone

2   service off, and this was not the home phone.

3   This was the phone for my business, and they

4   cut the phone off two weeks after I paid the

5   full bill.

6           Q       What happened when you went to

7   Metro Tech?

8           A       What had happened on that day,

9   the floor that I went to, I didn't know what

10  office to go to and the office that was at

11  the end of the hall, it did not look like a

12  public office.

13          And so I believe I opened the

14  door and I said to, there was a guy sitting

15  there, and I said to the guy, this doesn't

16  look like an office for the public, but I

17  want to talk to someone because my phone was

18  cut off by Altice, and I asked him can you

19  tell me where the reception place is, and he

20  asked me to come in.

21          Well, after he asked me to come

22  in, I did some explaining on my problem, with

23  regard to my problem, and a few minutes after

24  that security shows up and says that I am not

C. Uzamere

54

supposed to be there.  And I said I noticed that this was not a reception area.  I let the guy know that this doesn't look like a reception area, can you tell me where to go; can you tell me where the reception area is?

And so the guy said for me to come in, and the only reason I came in is because the guy told me to come in.

Q       When was this, do you remember the date?

A       Let me, I have that.  Hold on. It should be part of M.

Yes, this was January 1st.

Q       Okay.

A       Hold on.  No, no.  That's something else.  I am saying January 1st for another incident.

I'm sure that for whatever day it was, it was within the 90-day period of time that I have to file the appeal, but as of now I have to dig through the --

Q       That's all right.  I will leave a space in the transcript and you can fill it in.

C. Uzamere

55

1

2      A      Thank you.

3             (INSERT)

4      Q      So then there was a phone

5 call between you and the New York City

6 Department of Corrections.  What was

7 that?

8      A      All right.  Here that is.

9             That's also, this is about a

10 young man who, a foster child that spent all

11 his time in foster care and was later

12 imprisoned.  His name is James Polite.

13     Q      Polite?

14     A      His name is James Polite.

15     Q      Yeah.

16     A      That's also part of Exhibit M,

17 and I was blocked from seeing him.  They gave

18 no reason for blocking me.

19     Q      Was he ever your foster child or

20 something?

21     A      He was never in foster care.  He

22 is a black person.  The same way that Jews

23 complain about anti-Semitism and talk about

24 their group, I'm concerned about black people

25 and what happens to mine.

C. Uzamere

56

Q      Okay.

A      So I went to see him.

Q      In Rikers Island?

A      Yeah.  I went to see him.

And after the second day that I went, the second time that I went to see him, he said that they told, he said --

MS. BARRETT:  Excuse me. Hold on.

(An off-the-record discussion was held.)

Q      So you went to Rikers a second time and there was a problem?

A      Yes.  They told, the first time that I went to Rikers, I forgot the name of the officer, but the officer acted like there was an issue with regard to my visiting.

And I said to the officer, well, what I felt was that they were looking for an incident for me to get upset so that I could be arrested.

And I said to the officer, if you all tell me to leave, I am going to leave; I am not going to fight you, but I am going to

C. Uzamere                    57

report you to the Department of Justice.  And
after I said that they let me visit him.

When I went to visit him, James
Polite, he had two black eyes, he had two
black eyes, and indicated for me not to come
to see him.

Q      Why?  Did he say why?

A      No.

My belief was that he was being
coerced or he was being tortured, so I said,
well, my opinion was I am going to attempt to
see him any way.

He said there is a lady, her name
is Jenny Levine.  Jenny Levine was supposed
to be his foster parent and along with her
husband; his name is Daniel Waletsky.  I
don't believe that they are foster parents, I
believe that they sex trafficked him.

And that's what I said to her, I
made a phone call and recorded --

Q      Daniel Wolenski?

A      W-A-L-E-T-S-K-Y.

I said I believe they sex
trafficked him, and that's what I said to

C. Uzamere                    58

1
2   Jenny Levine.

3           While I was on the first visit he
4   said that Jenny Levine, James Polite said
5   that Jenny Levine told him that I was
6   anti-Semitic, whatever that means.  But the
7   second time I went to see him, they would
8   not, Rikers Island would not produce him, and
9   they told me that he said for me not to come
10  back.

11          Q    Then H is a message left by the
12  New York City Commission on Human Rights.

13          A    Yes.

14          Q    What was that?

15          A    I received a phone call, the
16  lady's name is Beth Miller, her name is Beth
17  Miller.  And what happened I contacted Jenny
18  Levine.

19          If you want to, I recorded what I
20  said to her.  I uploaded it to --

21          Q    No, that's okay.  Just recount it
22  to me.

23          A    I left a message with Jenny
24  Levine.  I get a phone call from Beth Miller
25  from, of the New York City Commission on

C. Uzamere                    59

1
2   Human Rights and she, what Beth Miller says
3   is -- and I also recorded that and uploaded
4   it to YouTube.
5         I have bipolar disorder, and I
6   have had the indignity of having people
7   question the voracity of my statements solely
8   based on the status of having a mental
9   illness, so now I record everything --
10       Q     Okay, so what did Beth Miller say
11   to you?
12       A     -- so they can't say I made it up
13   and I'm nuts.
14       Q     What did Beth Miller say to you?
15       A     She called and said somebody
16   called her about the phone call.  And this is
17   by far the dumbest, dumbest thing I have ever
18   heard from a person working for the City.
19   She is not calling -- I know that she
20   received, she received the call from, or I
21   believe she received the call from Jenny
22   Levine, and Jenny Levine --
23       Q     Accusing you of anti-Semitism, is
24   that the call?
25       A     I don't know, what her call was.

C. Uzamere

60

Q      All right.

A      I don't know what she said.  I
don't know what Jenny said.  All I know was
Beth Miller did not call me on official
business.

Q      Right.

A      She called me trying to play the
role of protector.  That ain't her job.

Q      What did she say to you?

A      Somebody called her and -- she
wasn't even specific, she wasn't even
specific.  And all I picked this up, is one
Jewish person trying to protect another
Jewish person, and I let her know I am going
after both of y'all.

Q      Meaning Beth Miller and Jenny
Levine?

A      That's right.  I have them now
listed, they are both defendants on my
federal lawsuit, and my federal lawsuit is on
my website.  I'm going after both of them.
Call me with that nonsense like you her
protector because you're Jewish, I will sue
the both of y'all.

C. Uzamere                61

Q    Okay.

A    But my point was the call was a harassment call, for sure a harassment call, because her job is to advance the cause of civil rights from city civil rights to state civil rights, to civil rights as they are enumerated by the US Constitution.  It is not her job to call me to tell me or to imply I'm here to protect Jews, not her job.

Q    Let me ask you this.  As a result of any or all of these events that we have discussed have you lost any money?

A    All right.  Now let me explain what this issue is.

There is a RICO, and this is a RICO, this RICO is 40 years old.  When I married my husband, two attorneys helped my husband falsify his identity and my husband --

Q    What was his real name?

A    My husband's name is Ehigie Edobor Uzamere.  That's his real name.

Q    What's the first name?

A    Ehigie, E-H-I-G-I-E.  His middle

C. Uzamere                    62

name is Edobor, E-D, as in David, O-B, as in

Boy, O-R, Uzamere.

        Q      Right.

               So some lawyers helped him

falsify his identify a long time ago, right?

        A      Yeah.  Excuse me, no, no, that's

not how it worked.

               My husband, when we presented

ourselves to the Kings County Clerk's Office

to get the license for marriage, my husband

submitted a falsified affidavit.  Now at the

time that my husband submitted the falsified

application the clerk that was there, his

name is Joseph Visceglia, V-I-S-C-E-G-L-I-A,

and Joseph Visceglia accepted from my husband

a document with the false name Godwin on it,

Godwin Ehigie.  But what made matters worse

is that Joseph Visceglia did not require him

to produce identification when he was

supposed to produce; I produced

identification.

        Q      What's that got to do with you

losing money?  That's what I want to know.

        A      Everything.

1                        C. Uzamere                    63

2          Q       Explain it to me.

3          A       Everything that's happened to me

4    is a bunch of Jews that are absolutely

5    determined for me not to report Joe

6    Visceglia's and the City's admission of that

7    false document.  The admission of a false

8    document for filing, it is a crime, and that

9    false document is still there.  This is a

10   40-year-RICO.

11         Q       How did that lose you money?

12   That's what I don't understand.

13         A       Excuse me.  There are some acts

14   that are so incredibly malicious, that are so

15   incredibly malicious.  First I have kept, I

16   have all of this on my website.  I can just

17   show it to you on my website, but everything

18   that happened, including what's happening

19   now, all of it has to do with the City

20   accepting this false document.

21              And up until now my daughter has

22   a fake name on her birth certificate, I have

23   a fake name on my marriage certificate.  The

24   divorce that I attempted to initiate with the

25   State of New York didn't even go through

C. Uzamere                    64

because individuals trying to hide the City's

acceptance of this false document, they have

been fighting me since November.

Q        What is your maiden name?

A        Duncan.

Q        D-U-N --

A        C-A-N.

Q        Have you ever used any other

surnames besides Duncan and Uzamere?

A        No.

Q        Because of that problem with the

phony identity of your husband, did you have

to get any mental health treatment any place

because of that?

A        Again, all of that is in your

records.

Q        Um-hmm.

A        The act snowballed.  What that

act did, and this is what I explained in my

petition to the United Nations, which is also

on my website, this country is run by the

Ashkenazi.  Their religion advocates two

things.  The religion -- and that's also on

my website -- the religion advocates hatred

C. Uzamere                      65

1

2   for blacks and enslavement for blacks, and

3   the religion advocates pedophilia.

4                The purpose for accepting the

5   false document was to disenfranchise me from

6   having a male protector by having me hooked

7   up with a person who does not exist on the

8   records.

9                What this did, so you can

10  understand my anger and the reason I am

11  getting ready to hit the City with a very

12  large multi-million dollar lawsuit.

13               My son was anally raped,

14  everything.

15       Q      What's your son's name?

16       A      Excuse me.

17       Q      I need to know his name.

18       A      His name is David Walker.

19               And he described it on his

20  Facebook page.  That's how I found out.

21       Q      I'm sorry to hear that.

22       A      It's on his Facebook page.

23       Q      I'm very sorry to hear that.

24               Who did that to him?

25       A      I don't know, but I think because

C. Uzamere                    66

the Jewish religion teaches them that their

religion is allowed to have sex with children

they put my son in foster care just to rape

him.   I found out about it on my son's

Facebook page.

          Q     How old is your son now?

          A     He is 40 years old.

          Q     Where does he live?

          A     Somewhere in Harrisburg,

Pennsylvania.

          My son binged and purged his

teeth out.  Binging and purging in males is a

sign of anal penetration.  All of this

happened because I took that fake ID.  I'm

going take every penny y'all got.  You think

I'm playing.  I have fought this for 40

years.

          Q     So what I'm trying to find out is

the elements of your damages, what you have

suffered.

          So you told me you have this

horrible incident with your son.  Okay.

          A     Every bit of that --

          Q     Okay.

C. Uzamere                    67

1

2        A        -- is all consequence based upon

3    my children not having a -- excuse me --

4    based upon we not having a male protector

5    from which to receive like child support was

6    never able to get it because the name

7    David -- because the name Godwin Uzamere

8    doesn't exist anywhere; it's a fake name.

9        Q        Okay.  So here is my question,

10   and I asked you this before, but I will ask

11   in a different way.

12               Did this issue with the false

13   identification of your husband cause you to

14   have to seek mental health care?

15       A        Yes.

16       Q        Where?

17       A        The state set it up so that -- I

18   mean it was set up in such a way that even

19   when I tried to address it, no one would

20   listen.  There is a lot of other issues

21   within that were discussed in my attempts to

22   seek therapy, but the underlying issue, the

23   crime associated with New York City's

24   acceptance of a falsified document without

25   requesting ID, up until now it has never been

C. Uzamere                          68

addressed.

         Q      When was that with Mr. Visceglia,
what year was that?

         A      1979.

                And still up until now the City
has that same fake document, and there is
nowhere in federal or state -- municipal,
state, or federal law that excuses or that
gives a statute of limitations for the
submission of a federal document.

                Excuse me.

         Q      I have a question.  Is
Mr. Uzamere still alive?

         A      As far as I know, yes.

         Q      Where?

         A      I know his house now is, he has a
house in Georgia.  It's a mansion, and I'm
trying to get it.  I ain't playin'.

         Q      Do you know the town in Georgia?

         A      Lost Lake -- hold on, hold on.

                I believe the address is 2813
Lost Lake Way, it's in Georgia.

         Q      Yeah, but what town?

         A      Let me see if I can find it.  I

1                    C. Uzamere              69

2    sued him for 20 million-dollars.  I'm still

3    trying to get that money.  I ain't playin',

4    my husband is rich.

5              When I tried to divorce him that

6    divorce never went through.  The state

7    screwed me around, did not provide me a

8    guardian ad litem.

9         Q     Did you ever get a divorce from

10   him?

11        A     I attempted it.

12        Q     In New York State?

13        A     Yes.

14              And there was so much corruption

15   in it, I reviewed the records and there is no

16   where in the records where the word

17   dissolution or dissolved, the divorce never

18   went through, never did.  And I should have

19   been assigned a guardian ad litem but was

20   never assigned.

21              And at the same time they did not

22   assigned me guardian ad litem they printed a

23   *Daily News* article calling me a wacko.

24        Q     Who did that?

25        A     The *Daily News* printed the

1                          C. Uzamere                    70

2    article.

3              Q       When was that?

4              A       I can show it to you, if you

5    want.

6              Q       Give me an approximate date.

7              A       The date is November 9 -- I mean

8    November 3rd, 2009.

9              Q       That article was about what?

10             A       They called me a wacko.

11             Q       Yeah, but that must be in

12   connection with some other claim.

13             A       And if you want to see, ma'am, I

14   can you show you the article, and then you

15   don't have to ask.

16             Q       Can you recall what it was?

17             A       No.  You are asking about

18   something that exists.  I can show you the

19   article.  I will not paraphrase it.  It is

20   evidence.  I am not paraphrasing evidence.  I

21   can show it to you, but you refuse.  No

22   problem.

23             Q       I can look at it on the website.

24             A       All right.

25             Q       Is there anything else that you

C. Uzamere                    71

want to tell me about the damages that you

have sustained?

    A     Miss, I am trying to hit the City

up for at least $100 million.

    Q     Okay, but I understand -- I am

not asking about the dollar amount, I am

asking you about the nature of the damages.

    A     Okay.

    Q     You told me you had, this

horrible thing with your son.

    A     I am 60 years old now, I am

entitled to get some sort of disability and

some sort of financial assistance from my

husband, to whom I am still married, because

there is, there is no divorce.  I went

through getting a divorce, but Judge Irving

Prus blocked it, Judge Sunshine blocked it,

Judge D'Emic blocked it.

          I appealed the decision and the

decision went as far as the Court of Appeals

for the federal government, for the Supreme

Court Appellate Division, and they heard it,

but no one said anything about dissolving the

marriage.

C. Uzamere                           72

Q     Let me ask you, are you getting
Social Security disability benefits?

A     But only based upon my
disability.

Q     I understand.

A     When my husband is concerned, I
am getting nothing.

And right now my daughter -- my
daughter is a registered nurse.  My daughter
now has carpal tunnel syndrome.  She is not
getting -- my daughter still has that fake
name on her birth certificate.  I still have
that fake name on my birth (sic.)
Certificate.

The only thing that the City has
ever done, the City's Jews, all they have
ever done was fought me every single time
that I have tried to present this issue.  So
now this issue, even though this thing
happened 40 years ago, the statute of
limitations does not apply because this was a
continual act under RICO.

Q     Okay, but let me see if I can get
some other types of damages that you have

C. Uzamere                    73

1

2    suffered.  I am not talking about the money

3    amount, but I am talking about the problems

4    that you have been having.

5         A      You are talking about psychic

6    damage --

7         Q      Well, that --

8         A      -- social damage, political

9    damage, everything.

10        Q      What's the psychic damage?

11        A      My son.  My son is somewhere in

12   Pennsylvania.  I don't know if he is

13   homeless.  My daughter took a picture of him.

14   He had binged and purged out all his teeth.

15   He had no shirt on and a raggedy pair of

16   short pants.  I think it maybe was God's will

17   for my daughter to keep that video because

18   she kept it, and she sent it to me and I

19   uploaded it, and it's on YouTube now.  My son

20   is in bad shape.

21        Q      Do you know where he is living?

22        A      Somewhere.

23        Q      Is he in a home?

24        A      I don't think so.  I think my son

25   is, he was raped.

C. Uzamere                                    74

1

2    Q        Homeless?

3    A        Yes.

4             If I knew my son was going to be

5    raped in foster care, if I had known I would

6    have never put him there.  I am trying to get

7    money to help my kids.  I am trying to get

8    money to help my kids.  My, my -- oh, God,

9    Jehovah, help me, I got to help my babies.  I

10   have to help my kids.  My daughter has a

11   picture of my son, she took a video.

12   Q        That's terrible.

13   A        My son is homeless.

14   Q        When was the last time you heard

15   from him?

16   A        He won't talk to me.  My son he

17   is so ashamed, he is trying to fight shame.

18   He, you have to go to Facebook.  He writes on

19   Facebook, but all my son's comments are dark,

20   all his comments are dark.  He don't have no

21   teeth in his mouth, and he is trying to be a

22   man, and the fact that he was butt-fucked and

23   nobody is helping my kids.  My daughter has

24   carpal tunnel syndrome.  My babies is outside

25   and nobody is helping them.  Oh, God.  Nobody

C. Uzamere

75

is helping my kids.

    Q    Well, they need some help.

    A    Yes, my kids need help.

    Q    Okay, let me ask you this.  You need some help too.  What kind of help are you getting?

    A    I can't help my kids, I can't help my kids.  I gotta help my kids.

    Q    What about helping you?

    A    I got to help my kids.  I wasn't a good mother.  If I had known my kids was going to be molested in foster care, I would have never put them there.  I got to get money to help my kids.

    Q    But what I want to know is what kind of help are you getting?

    A    I can't.  Every time I go to the City they try to put -- and try to talk about it, they try to hospitalize me.  I got to help my kids.

    Q    Do you have a therapist or a case worker?

    A    I need the help.  I don't need that.  The reason I am angry now is because I

C. Uzamere
                                                    76

have been sitting on this for a long time.

          Q      I am sure because it is extremely
upsetting?

          A      I got to help my kids.  My son is
homeless, he don't have any teeth in his
mouth because he was anally raped.

          Q      Let me ask you about teeth thing.
Does he have a drug problem because --

          A      No.

          Q      -- sometimes that --

          A      No.  He binges and purges, ma'am.

          Q      Oh, I see.

          A      He binges and purges.  I did the
research.  When I got my kids out of foster
care he was binging and purging.  I did
research on it.  Binging and purging is
something that females do, but when males do
it --

          Q      I know.

          A      When males do it, it is a sign of
anal penetration.

          Q      Well, it also can damage your
teeth?

          A      He did damage his teeth; he

C. Uzamere                    77

1    doesn't have any teeth in his mouth now.

2

3         Q      I have to ask you this, you need

4    help as well as the kids.

5         A      You can't get help in the State

6    of New York.  New York stinks.

7              New York State's the mental

8    health arena is controlled by the Ashkenazim,

9    and the Ashkenazim they have a problem with

10   pedophilia, big time.  Their leaders are

11   pedophiles.  That's why they run the foster

12   care agency.

13             I have the exhibits here.  In

14   Israel, one out of every five children in

15   Israel is a victim of sexual abuse.  Israel

16   has a big problem with pedophilia.  And in

17   the State of New York and necessarily around

18   the country, Ashkenazi leaders are amassing

19   wealth and power because what they are trying

20   to do is make pedophilia legal.

21             Excuse me.

22        Q      But, no, no, no.  I am more

23   concerned with the more specific issue of

24   what kind of help you can get.

25        A      You can't get that help.  In

C. Uzamere

78

order for me to get help, I cannot get it in
the State of New York.

Q        Why?

A        Number 1, in the City of New
York, where I am confined to get help, is run
by Jews.  They do not hire black Americans.
The reason, it's their hate group, and what
they do, everything that they do is in order
to further the cause of the sex trade,
because they are pedophile.  What they do,
the religion teaches that black people are
cursed.  The reason they do that is to create
a group of people that everybody hates so
much that they can rape the children who are
part of this group with impunity.  That's
what they do.

Q        Let's put that aside.  I know
that's a major issue for you, but I am more
concerned with what help you can get.

A        You can't get that in the City of
New York because the City of New York is run
by them, and they are pedophiles.  In the
City of New York, now it is, although it
hasn't been legal, it is illegal to sodomize

C. Uzamere                    79

a child, but in the City of New York the
Jewish community, they can circumcise their
boys, fellate them, they call it sucking the
blood out of their penis, but they can do it,
and so far 11 boys, 11 Jewish boys in the
City of New York have contracted herpes, two
of them have died.

    Q    I am familiar with that problem,
but what I am wondering is --

    A    You are asking, ma'am, you are
asking me, the system is set up if you go to
any place that offers therapy, any, in the
State of New York, and especially in the City
of New York, they are running it, and they
are a hate group because they are sex-crazed.

    Q    Let me ask you this.  Have you
been to CAMBA; do you know CAMBA?

    A    Again, CAMBA is run by them.  All
the not for profit organizations are run by
them, and they are, again, this group of
people, their leaders, not necessarily the
ordinary men, but their leaders are
pedophiles.  Their leaders are pedophiles.

    There is a website, and the name

C. Uzamere
80

1
2  of the website is Come and Hear, and you have
3  it in your exhibits, Come and Hear, Sex with
4  Children, by Talmud Rules.   They are
5  pedophiles.
6        Q       Okay.
7        A       Everything they do.
8                In order for you to get help --
9  firstly, where the law is concerned, where
10 federal law is concerned, the Americans with
11 Disabilities Act, I have a right not only to
12 receive treatment for my condition, but to
13 receive it in a manner that is culturally
14 sensitive.
15       Q       I agree.
16       A       Not just that you agree; that's
17 the law.
18               When you deal with the Ashkenazim
19 they are not culturally sensitive because
20 their religion teaches that black people are
21 meant to be enslaved.
22               The Midrash Rabbah teaches it.
23 Legend of the Jews teaches it.   Artsot
24 Ha-Hayyim teaches it.   All their religious
25 books teach that black people are meant to be

C. Uzamere

81

1  enslaved.

2          You can't ask me, or any other

3  black person, to get help from a group of

4  individuals whose religion teaches that they

5  are meant to be enslaved.  It would be asking

6  a Jewish person to try to get help from a

7  Nazi sympathizer.  You can't ask me that.

8  They are a hateful group of people.

9          Q      Is there anything else within the

10  scope of the Notice of Claim that you want to

11  add to the record?

12          A      Yes.

13          Q      Tell me what.

14          A      The notice where -- you are an

15  attorney, so you understand -- when equity is

16  concerned, that in order for you to ask for

17  justice, for anyone to ask for justice, they

18  have to come to the court with clean hands.

19  Your hands, the City's hands are not clean

20  because the City is still in possession of a

21  falsified document.  Not only are they in

22  possession of the falsified document, the

23  falsified marriage affidavit, that marriage

24  affidavit clearly indicates that the person

Case 1:19-cv-09064-CM   Document 2   Filed 09/27/19   Page 155 of 205

C. Uzamere

1   who filed it did not ask for identification.

2        Q     Let me ask you something.  Do you

3   have copies of this --

4        A     It's right here, and it's in your

5   records.

6        Q     Okay.

7        A     It's in your records.

8        Q     Okay.

9        A     You all can't coming to me asking

10  making any demands until you first fix that.

11  That's the law.  Your hands have to be clean,

12  and your hands are not clean because every

13  instance that I have asked the City to fix

14  that so that my daughter's father's proper

15  name is on her birth certificate and my

16  husband's proper name is on my birth (sic.)

17  Certificate you all have done everything,

18  including you, you sent me, how ever you did

19  it, you did it, but you sent me an envelope,

20  and that's also part of the exhibits, an

21  envelope dated --

22       Q     What is the proper name of the

23  husband?

24       A     Ehigie Edobor Uzamere.

C. Uzamere                        83

1              And for the record, the

2    immigration -- it used to be called

3    Immigration and Naturalization.  They are now

4    called --

5         Q     ICE?

6         A     No. ICE is Immigration and

7    Customs enforcement.  That's something

8    different.

9         Q     All right.

10        A     It's now called Citizenship and

11   Immigration Services.

12             I sent them a FOIA request, a

13   FOIA/Privacy Act Request, and they answered

14   it.  The answer verifies that Ehigie Uzamere

15   is my husband.  All of that is in your

16   records.  They answered it.  All of it is in

17   the records.

18        Q     Which is the false name, Godwin?

19        A     Godwin Ehigie Uzamere is the

20   false name.  And he filed two, he filed under

21   his real name, and he filed under the false

22   name.

23             Now what happened I got lucky.

24   When I filed the FOIA/Privacy Act Request,

C. Uzamere                          84

one thing that I learned is that if my

husband has records that don't have my name

on them, I am not entitled to them; but if my

husband has records and those records have my

name on them, I am entitled to them.  Because

my name was on both records, I was able to

get both immigration numbers.  I got the A24

number.  I got the A35 number.

       I have both of them and they are

both on my website.  If you were to go, my

website is www.thecrimesofsenatoruzamere.net.

       If you use --

Q    Why do you say "senator"?

A    My husband was a senator in

Nigeria.  He was a senator there, he was a

senator for Edo State south.  He was a

senator there at some point.

       If you go to Chapter 6 of my

website all of the paperwork is there,

including the record, the explanation from

Citizenship and Immigration --

Q    So I have another question.

A    Um-hmm.

Q    After the hearing is concluded

C. Uzamere                    85

1  today we will send you a transcript.  You can

2  make any changes on that that are in error,

3  or if you wanted to add something, you wanted

4  to correct something you make the changes and

5  you send it to the Comptroller's Office, not

6  to me.

7          A       Understood.

8          Q       Send it to the Comptroller's

9  Office, and then you have to start your

10 lawsuit.

11         A       My lawsuit all the information

12 that we have here, what I intended to do here

13 is I also filed a complaint with the city,

14 with New York State Human Rights, I filed one

15 a few days ago.

16                 And as the City always does, when

17 I filed the complaint with the City, there is

18 a person there his name is -- he is Jewish --

19 his name is John Peter Plajamas (ph).  He is

20 Jewish, but he is not Ashkenazi Jew; he is

21 Romaniote, he is Greek Jew.  And he became so

22 obstructive that he called security and tried

23 to ban me.  What I did, I called the police

24 and I told them, same story:  I haven't

C. Uzamere                    86

threatened nobody, haven't hit nobody,

haven't broken any laws, haven't done

anything threatening.  And I had to ask him

three times:  Are you refusing to notarize

and file my papers?  I had to ask him three

times before he came to his senses, and to

notarized them and filed them.

    Q       Which papers were those?

    A       They are --

    Q       Were they State Human Rights

Commission?

    A       That's right.

    Q       So we were getting back to your

lawsuit.  Are you going to have legal help

drafting your lawsuit?

    A       My lawsuit is drafted, drafted

and already on my website.

    Q       Okay.

    A       It was even before I filed this,

it was drafted.  I still have some work to do

on it, but the body is there.

    Q       And that's in Eastern District

Federal Court?

    A       I'm not even touching Eastern

C. Uzamere                                87

1       District.   They know not to even mess with
2       me.
3
4              Q       Where are you going to file your
5       lawsuit?
6              A       For right now, I am not going to
7       say anything, but if you go to the website at
8       Chapter 6 of the website is there.   Eastern
9       District can't even touch me at this point.
10             Q       Why is that?
11             A       If you want to know, then you go
12      to Chapter 5 of my website.   1 have
13      chronicled this for over ten years.
14             Q       Well, I have a question.   Have
15      they banned you from filing any pro se suits?
16             A       No, not at all.
17                     And even if they did, it wouldn't
18      matter because the next -- you can't ban pro
19      se, you can't ban a pro se litigant.   What
20      you can ban is a pro se who files in forma
21      pauperis.
22                     That are laws, specifically 28
23      USC 1915 as it pertains to the filing of pro
24      se litigants filing of papers.   If a judge
25      deems that the papers are frivolous, then the

C. Uzamere                    88

judge can, for the purpose of filing in forma
pauperis they can stop me.  That's never been
done.  But to avoid that, I am trying to find
a job so I can just pay the $400 and deal
with it.  I am not going to any more courts
and asking for in forma pauperis status.
Next time I file, I am paying the $400, and
then they will have to hear me.

        Q      So there is one other thing, and
that is that the City needs HIPAA
authorizations --

        A      Absolutely.

        Q      -- to get records.

        A      Absolutely.

               The City needs it, on top of
which the City is in, all the, all the
psychiatric records that I have, they were
paid for by Medicaid.  So the City is in
possession of its own records.

        Q      That may be, but we still need a
HIPAA authorization.

        A      Absolutely.

        Q      So will you provide those?

        A      If they ask me to sign, yes.

C. Uzamere                    89

1
2        Q      Well, we can execute them right

3    now.

4        A      Then I will sign them.   Then I

5    will sign them.

6               And the reason why I say that, if

7    you provide it I will sign it, because the

8    information that I am giving you, the HIPAA

9    authorization you are looking for -- I mean

10   the psychiatric information that you are

11   looking for, it's in the records I have

12   already provided.

13       Q      Okay.

14       A      They are in the records.   In fact

15   let me --

16       Q      Rather than execute more

17   authorizations today, I am just going to put

18   our request on the record for HIPAA

19   authorizations for any places that you have

20   gotten treatment in connection with these

21   events.

22       A      They're already in the records.

23       Q      Okay.

24       A      In fact, let me show you where

25   they are.

C. Uzamere                    90

Q      We need to get a new set of authorizations.

A      All right, you can do that, but I am just letting you know if you want to get a new set of authorizations you can do that, but I am just telling you that if you do it you are going to get the same records.

Q      That may be true, but we still have to have HIPAA authorizations.

A      All right, you are supposed to, the law requires you do it.

Q      Let me say this.  We would like you to give us fresh HIPAA authorizations.

A      I will sign them now.

Q      I am going to give you a blank form and you can make them out.

A      All right.

Q      And I will put the claim number down.  But you have to send these to the Comptroller before you start your lawsuit, and let me tell you why.

     If you don't, the City will reserve the right to assert an affirmative defense of noncompliance with the General

C. Uzamere                    91

1
2     Municipal Law.

3              So I don't know all the places

4     where you got services in connection with

5     this, but we need a HIPAA authorization for

6     each one.  So I am going to give you one

7     blank HIPAA form, and then you can run off as

8     many as you need and submit them to the

9     Comptroller.

10         A     Well, what I am going to do, if

11    you give me the blank form, what I am going

12    to do is just -- and I have done this before

13    and not been, and the state has not responded

14    to me.  If you make the request, then that

15    would even be better because I have been, I

16    have made a number of attempts to try to get

17    my psychiatric records.

18         Q     I see what you are saying.

19         A     And they have refused to, the

20    state has refused to give them to me.

21         Q     I will make out one master HIPAA

22    form and then you can run off as many as you

23    need.

24         A     And I will send them to the --

25         Q     To the Comptroller.

1                    C. Uzamere              92

2        A      Not to the Comptroller.  I am

3   going to send them to the New York State

4   Department of Health --

5        Q      You can do that.

6        A      -- to give me the records, and

7   then I will --

8        Q      That's a different HIPAA

9   authorization, but I will give you blanks.

10       A      I tried a number of times to get

11   the records from --

12       Q      It can be difficult, I know that.

13       A      And they won't give them to me.

14   They won't give them to me.

15              That's why when I submitted the

16   Notice of Claim I gave you some of the

17   records.  They were in Exhibit -- and I have

18   them up on the website.  They are in Exhibit

19   P, Malicious Medical and Psychiatric

20   Hospitalizations.

21              I know there was one

22   hospitalization with Brookdale.  Brookdale

23   has been screwing me a while.  I came in with

24   conjunctivitis and they would not treat me.

25   The conjunctivitis was burning my eyes so

C. Uzamere                    93

2  very badly that I could barely see.

3          Q      What reason did they give you?

4          A      They didn't give me, they just

5  wouldn't treat me.

6                 And what I did I was able to do a

7  selfie and it's on my website, my eyes are

8  green, they are disgustingly green; it's puss

9  coming out my eyes.

10                They did it with my foot too.  My

11 foot was swollen.  I took pictures of my foot

12 and put it up on my website.

13                That's why I kept the website.

14 These people turn around and say I'm crazy

15 and I'm lying.  That's why I created the

16 website.  I chronicle everything, everything.

17 Conversations, they going right up on

18 YouTube, so nobody can turn around and say

19 that I made it up.

20                They have been fighting me for 40

21 years, 40.  They started this when I was 20,

22 21.  I am 60.  And my children, my son is

23 outside, homeless, trying to be a man, but

24 not too ashamed to admit to others that he

25 has been BF'd.

C. Uzamere

94

Q       I hope he gets some help.

A       They going to pay me, and I am going to help my children.  That's what they going do.  We ain't playing no more.  I'm not going to die and leave my babies out they still my babies until the day I die.  Think are babies, I'm going do what I should have did a long time ago.  I am going to ask Jehovah the let me live long enough to win the case so I can help my children.

        MS. BARRETT:  Okay, I am giving you a HIPAA form.  This one will authorize release of records to the Comptroller, so you have to make out a separate one for each place you got treatment.

        And you have to sign these, and you have to initial over here where I have put the three check marks, and these should all go to the Comptroller, and I have got your claim number up here so they know what file to put it in into.

C. Uzamere                          95

1
2          Okay.

3                  You want me to run off some

4          of these so you can have a bunch

5          of them?

6                  THE WITNESS:  If you can

7          just give me a blank.  I am

8          somewhat of a stickler for --

9                  MS. BARRETT:  I will give

10         you another one.

11                 THE WITNESS:  -- a stickler

12         for typing, I don't like

13         handwriting anything.  I am a

14         stickler for --

15                 MS. BARRETT:  I don't have

16         any more questions at this time,

17         so we are going to close the

18         record.

19                 THE WITNESS:  Thank you.

20                 MS. BARRETT:  Thank you very

21         much?

22     A     Please understand it's not --

23     there is anger.

24     Q     I understand your anger.  It

25     sounds like you have been through a lot of

C. Uzamere                          96

2  pain.

3       A       Forty years they been screwing me

4  40 years; they been screwing my kids 40

5  years.

6       Q       Well, I hope you and your kids

7  get the help that you need.

8       A       Thank you.

9               If I hadn't recorded this, if I

10 hadn't kept records of this, if you, just

11 they did me, they did me and my kids dirty.

12              MS. BARRETT:   We can now

13              close the record.

14                   -oOo-

15              (The examination of Cheryl

16              D. Uzamere was concluded at 2:55

17              p.m.)

18

19      _____

20              CHERYL D. UZAMERE

21 Subscribed and sworn to

22 before me this _____ day

23 of _____, 20__.

24 _____

25 Notary Public

97

## C E R T I F I C A T E

I, Linda Avery, a reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness(es) whose testimony is hereinbefore set forth was duly sworn by me, and the foregoing transcript is a true record of the testimony given by such witness(es).

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

_Linda Avery_
LINDA AVERY

ERRATA SHEET

The following are my corrections to the
attached transcript:

PAGE     LINE     SHOULD READ

# Exhibit B – Social Security Documents

# Social Security Administration
## Supplemental Security Income
Important Information

SOCIAL SECURITY
4TH FLOOR
123 WILLIAM ST
NEW YORK, NY 100380000
Date:  September 17, 2019
Social Security Number:  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

637 115953 **AUTOMIXED AADC 296 R P1 T3 M5 PC1 190917
647
CHERYL D UZAMERE
1209 LORING AVENUE
APT 6B
BROOKLYN, NY 11208

Telephone Number:  (866) 335-1089

On September 13, 2019, we talked with you about your eligibility for Supplemental Security Income (SSI).  Based on that talk, we have made an informal decision that you are not eligible for SSI.  This informal decision is only about your eligibility for SSI.  This decision is not about eligibility for Social Security benefits or Medicare.

## Why You Are Not Eligible

We believe you are not eligible for SSI for the reason shown below:

- You told us you do not want to file a claim for SSI.

## Why You May Want To File A Claim

You may want to file a claim for SSI if:

- You want a formal decision about your eligibility, or

- You disagree with our decision, or

- You want to give us more facts about your case.

If you decide to file, you should do so right away.  The sooner you file, the sooner we will make a formal decision about your eligibility.  If we decide you are eligible, you could lose benefits if you file after December 2, 2019.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

Form SSA-L991(7/94)



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

Page  2 of  2    

## If You Have Questions

If you have any questions, you may call, write or visit any Social Security office.  If you call or visit our office, please have this letter with you and ask for any SSI Claims Representative.  The telephone number is shown at the top of this letter.

Also, if you plan to visit, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

Form SSA-L991(7/94)

# Social Security Administration
Important Information

**Ticket to Work**
P.O. Box 1433
Alexandria, VA 22313
Date:  September 12, 2019

CHERYL D UZAMERE
1209 LORING AVENUE
APT 6B
BROOKLYN NY 11208-5051

Congratulations on your decision to receive employment support from an Employment Network or State Vocational Rehabilitation (VR) agency service provider.  Our records show that effective September 11, 2019 you began using your Ticket with American Dream Employment Network.

## Report Changes That May Affect Your Ability to Participate in Your Employment Plan

If you are not able to continue participating in your employment plan with American Dream Employment Network or wish to change to another service provider, you should report this right away to the Ticket to Work Help Line. The telephone number is shown later in this letter.

## Continuing Disability Reviews

We usually conduct a medical review from time to time to see if you are still disabled under our rules.  As long as you are making the expected progress toward your work goals with your Employment Network or State VR agency, you will usually be protected from medical reviews.  However, if we started a medical review before you began using your Ticket with an Employment Network or your State VR, we will complete the medical review.  You may find more information about making progress toward your work goals in the attached fact sheet.

If you get a "Notice of Continuing Disability Review" or a "Disability Update Report" in the mail, please contact your local Social Security office.  When you call, please let them know that you are participating in the Ticket to Work program.

## If You Have Questions

The Ticket to Work Help Line will help answer any questions you may have about the Ticket to Work program or participation in a State VR program and how it affects your benefits.  If you need additional information, you may call the Ticket Help Line's toll free number at 1-866-968-7842 (TTY 1-866-833-2967). Or, you can visit our website, http://www.socialsecurity.gov/work.

See Next Page

## Other Help is Available

We have other work incentives that can protect your cash benefits and health care coverage while you work. You can find out how these other work incentives can help by calling the Work Incentives Planning and Assistance agency in your area. For the number of the organization that serves your area, contact the Ticket Help Line at 1-866-968-7842.

For more information about other work incentives, you may request a copy of Working While Disabled-How We Can Help (Publication No. 05-10095). You can get a copy by visiting our website, http://www.socialsecurity.gov, or calling our toll-free number, 1-800-772-1213 (TTY 1-800-325-0778). You can also use this contact information if you have questions about other Social Security matters not related to your Ticket to Work.

## Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

*Social Security Administration*

Enclosures:
Your Ticket to Work: What You Need To Know To Keep It Working For You
Timely Progress Review Chart

# Your Ticket to Work:

## What You Need To Know To Keep It Working For You

Congratulations on your participation in the Ticket to Work program.  We hope this publication is informative and helps you to be successful in the program.

## Will you review my disability while I am in the program?

We will not review your disability as long as you make progress in the Ticket to Work program.  (If we started a disability review before you began participating, we will finish the review.) If you have any questions about the Ticket to Work program, call the Ticket Help Line, toll-free, at 1-866-968-7842 (TTY 1-866-833-2967).

## How does Social Security determine my progress?

Your participation in the Ticket to Work program began when you signed an agreement with an Employment Network or State Vocational Rehabilitation agency.  With their help, you developed an employment plan.  While you are in the program, we will review your progress in achieving the goals of your employment plan.  The enclosed Timely Progress Review Chart page explains how we determine whether you are making timely progress.

The Timely Progress Review Chart on a following page explains how we determine whether you are making timely progress.

## What happens if I am not making progress?

If we find you are not making progress in the Ticket to Work program, we will no longer suspend future medical reviews.  You may continue in the Ticket program even if we find that you are not making progress.

## What if I start making progress again?

Whenever you think you are making progress again, you should contact the Ticket Help Line.  We will make a decision about your progress.  As long as you meet the disability rules for the Ticket to Work program, and start making progress as expected, we will not begin a medical review.

## What if I disagree with the decision?

If you disagree, you can ask Social Security to review the decision.  You have to ask for a review of the decision within 30 days of the date we send you the decision.  Once we make our decision, we will send you a letter explaining it.

**Working and Your Benefits**

How do my earnings affect my benefits?

If you work and over time have 9 months of earnings at or above the trial work level, and reach substantial earnings, we may stop your Social Security Disability Insurance (SSDI) benefits.  We can quickly start your benefits again if your income drops or you stop work and are still disabled.

Supplemental Security Income (SSI) payments are reduced until your earnings have reached a high enough level that you no longer receive your benefit payment.  We count less than one-half of your earnings when figuring your SSI payment amount.

For a complete explanation of how earnings affect your benefits, get a copy of Working While Disabled-How We Can Help (Publication No. 05-10095).  You can get a copy by visiting our website, http://www.socialsecurity.gov, or calling our toll-free number, 1-800-772-1213 (TTY 1-800-325-0778).

What happens to my health benefits?

If you are eligible for Medicare, your Medicare may continue for at least 8.5 years after you start to work if you are still disabled.  If you are eligible for Medicaid, your Medicaid also may continue, depending on the state where you live and the amount of your earnings.

Where can I get more information?

Contact your Work Incentives Planning and Assistance (WIPA) organization. These organizations are located across the country to answer the questions you have about working.  WIPA projects give information and assistance to people who are receiving SSDI or SSI disability benefits and attempt to work. Talking with one of their counselors will help you understand and use the work incentives available to you.  For more information about WIPA projects or the Ticket to Work program, call the Ticket Help Line, toll-free, at 1-866-968-7842 (TTY 1-866-833-2967).  Or, you can visit our website, http://www.socialsecurity.gov/work.

# Timely Progress Review Chart

**Review Period:  You must achieve at least one of the requirements listed for your particular review period before we find that you have made timely progress for that review period.**  The review period is at least twelve months long, and there is usually one review a year.  In the list below, the "Trial Work Level Amount" for 2019 is $880.  The "Substantial Gainful Activity Amount" for 2019 is $1,220.  These amounts can increase slightly each year.

## First Review
- 3 months of work at or above the trial work level amount; OR
- Complete at least 60% of a full-time course load for an academic year in a 2-year or 4-year college or a technical, trade, or vocational training program; OR
- Complete a combination* of the above work and education requirements; OR
- Obtain a GED or high school diploma.

## Second Review
- 6 months of work at or above the trial work level amount; OR
- Complete at least 75% of a full-time course load for an academic year in a 2-year or 4-year college or a technical, trade, or vocational training program; OR
- Complete a combination* of the above work and education requirements.

## Third Review
- 9 months of work at or above the substantial gainful activity amount; OR
- Complete a full-time academic year of study at a 4-year college; OR
- Complete a combination* of the above work and education requirements; OR
- Complete a 2-year college program and earn a degree or certificate; OR
- Complete a technical, trade, or vocational training program.

## Fourth Review
- 9 months of work at or above the substantial gainful activity amount; OR
- Complete a full-time academic year of study at a 4-year college; OR
- Complete a combination* of the above work and education requirements.

### Fifth Review
- 6 months of work and have earnings in each of those 6 months that prevent payment of Social Security Disability Insurance (SSDI) and Federal Supplemental Security Income (SSI) cash benefits; OR
- Complete a full-time academic year of study at a 4-year college; OR
- Complete a combination* of the above work and education requirements; OR
- Complete a 4-year college program and earn a degree or certificate.

### Sixth Review
- 6 months of work and have earnings in each of those 6 months that prevent payment of SSDI and Federal SSI cash benefits; OR
- Complete a 4-year college program and earn a degree or certificate.

### Seventh Review and Any Additional Reviews
- 6 months of work and have earnings in each of those 6 months that prevent payment of SSDI and Federal SSI cash benefits.

* A "combination" means you can complete part of the work and part of the education requirements.  We will count the parts you complete as percentages. Adding the two percentages together must equal 100% or more.

SOCIAL SECURITY ADMINISTRATION   ☐ TEL

Form Approved
OMB No. 0960-0229

## APPLICATION FOR SUPPLEMENTAL SECURITY INCOME (SSI)

Note: Social Security Administration staff or others who help people apply for SSI will fill out this form for you.

Do Not Write in This Space
DATE STAMP

**I AM REAPPLYING FOR SUPPLEMENTAL SECURITY**
~~I am/We are applying for Supplemental Security~~
**Income and any federally administered state supplementation under Title XVI of the Social Security Act, for benefits under the other programs administered by the Social Security Administration, and where applicable, for medical assistance under Title XIX of the Social Security Act.**

# I AM A MARRIED WOMAN.

Filing Date (month, day, year)

September 14, 2019

☐ Receipt    ☐ Protective

☐ FS-SSA/APP    ☐ FS-REFERRED

Preferred Language
Written:     Spoken:

| TYPE OF CLAIM | ~~XXXXXXXX~~ ☒ | ☒ Individual with Ineligible Spouse | ☐ Couple | ☐ Child | ☐ Child with Parents |

## PART I--BASIC ELIGIBILITY-- Answer the questions below beginning with the first moment of the filing date month.

1. (a) First Name, Middle Initial, Last Name
Cheryl D. Uzamere

Sex
☐ Male
☒ Female

Birthdate (month, day, year)
May 31, 1959

Social Security Number
062-56 -0915

(b) Did you ever use any other names (including maiden name) or any other Social Security Numbers?
☒ YES   Go to (c)      ☐ NO   Go to (d)

(c) Other Name(s)
Cheryl D. Duncan

Other Social Security Number(s) used
No other social security number used

(d) If you are also filing for Social Security Benefits, go to #2; otherwise complete the following:

Mother's
Maiden Name:

Father's
Name:          Go to #2

2. Applicant's Mailing Address (Number & Street, Apt. No. P.O. Box, Rural Route)
1209 Loring Avenue, Apt. 6B

City and State
Brooklyn, NY

ZIP Code
11208

County
Kings

3. Claimant's Residence Address (If different from applicant's mailing address)
Same as above

City and State

ZIP Code

County

4.      **DIRECT DEPOSIT PAYMENT ADDRESS (FINANCIAL INSTITUTION)**

Routing Transit Number
026013673

Account Number
4364568655

☒ Checking

☐ Savings

☒ Enroll in Direct Express

☐ Direct Deposit Refused

| 5. | (a) Are you married? | ☑ YES  Go to (b) | ☐ NO  Go to #6 |
|---|---|---|---|

**(b) Date of marriage:** (month, day, year)

November 21, 1979

| (c) Spouse's Name (First, middle initial, last)<br>Ehigie Edobor Uzamere | Birthdate<br>(month, day, year)<br><br>December 31, 1961 | Social Security Number<br>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 |
|---|---|---|

| (d) Did your spouse ever use any other names<br>(including maiden name) or Social Security Numbers? | ☑ YES  Go to (e) | ☐ NO  Go to (f) |
|---|---|---|

| (e) Other Name(s)<br>Godwin Ehigie Uzamere | Other Social Security Number(s) Used<br>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<br>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 |
|---|---|

| (f) Are you and your spouse living together? | ☐ YES  Go to #6 | ☑ NO  Go to (g) |
|---|---|---|

(g) Date you began living apart : (month, day, year) November 21, 1979. My husband's attorneys helped my husband use a false name to marry me to make it look like green card fraud and identity fraud. The real reason for my husband's and his attorneys' act of identity fraud was to traffic my children for sex.

(h) Address of spouse or name of someone who knows where spouse is.  (Complete only if spouse is age 65, blind or disabled.)

| 6. | (a) Have you had any other marriages? | | **You** | | **Your Spouse, if filing** | |
|---|---|---|---|---|---|---|
| | If never married, check this box ☐ | ☐ YES<br>Go to (b) | ☑ NO<br>Go to #7 | ☐ YES<br>Go to (b) | ☐ NO<br>Go to #7 | |

(b) Give the following information about your former spouse.  If there was more than one former marriage, show the remaining information in Remarks and go to #4.

| | YOU | YOUR SPOUSE |
|---|---|---|
| FORMER SPOUSE'S NAME<br>(including maiden name) | | |
| BIRTHDATE<br>(month, day, year) | | |
| SOCIAL SECURITY<br>NUMBER | | |
| DATE OF MARRIAGE<br>(month, day, year) | | |
| DATE MARRIAGE ENDED<br>(month, day, year) | | |
| HOW MARRIAGE ENDED | | |

| 7. | If you are filing for yourself, go to (a); if you are filing for a child, go to (e). |
|---|---|

| (a) Are you unable to work because of illnesses,<br>injuries or conditions? | **You** | | **Your Spouse** | |
|---|---|---|---|---|
| | ☐ YES<br>Go to (b) | ☑ NO<br>Go to #8 | ☐ YES<br>Go to (b) | ☐ NO<br>Go to #7 |

| (b) Enter the date you became unable to work. | (month, day, year) | (month, day, year) |
|---|---|---|

(c) What are your illnesses, injuries or conditions?

| You | Your Spouse |
|---|---|
| Go to (d) | Go to (d) |

**7.** **(d)** If you were unable to work because of illnesses, injuries, or conditions before you were age 22, do you have a parent who is age 62 or older, unable to work because of illnesses, injuries or conditions, or deceased?

☐ YES   Parent's Name: _____

Social Security Number: _____

Address: _____

_____

☐ NO

                                                        Go to #8

                        (month, day, year)

**(e)** When did the child become disabled?

                                                        Go to (f)

**(f)** What are the child's disabling illnesses, injuries or conditions?

                                                        Go to (g)

**(g)** Does the child have a parent(s) who is age 62 or older, unable to work because of illness, injuries, or conditions, or deceased?

☐ YES   Parent's Name: _____

Social Security Number: _____

Address: _____

_____

☐ NO

                                                        Go to #8

| 8. | Birthplace | City | State | Country (if other than the U.S.) |
|----|-----------|------|-------|----------------------------------|
| | **You** | Manhattan (New York City) | New York | |
| | **Your Spouse, if filing** | | | Go to #9 |

| | | You | | Your Spouse, if filing | |
|---|---|---|---|---|---|
| 9. | Are you a United States citizen by birth? | ☑ YES<br>Go to #15 | ☐ NO<br>Go to #10 | ☐ YES<br>Go to #15 | ☐ NO<br>Go to #10 |
| 10. | Are you a naturalized United States citizen? | ☐ YES<br>Go to #15 | ☐ NO<br>Go to #11 | ☐ YES<br>Go to #15 | ☐ NO<br>Go to #11 |
| 11. | **(a)** Are you an American Indian born outside the United States? | ☐ YES<br>Go to (b) | ☐ NO<br>Go to (c) | ☐ YES<br>Go to (b) | ☐ NO<br>Go to (c) |

**(b)** Check the block that shows your American Indian status.

| You | Your Spouse, if filing |
|-----|------------------------|
| ☐ American Indian born in Canada<br>                                    Go to #15 | ☐ American Indian born in Canada<br>                                    Go to #15 |
| ☐ Member of a Federally recognized Indian Tribe;<br><br>Name of Tribe                            Go to #15 | ☐ Member of a Federally recognized Indian Tribe;<br><br>Name of Tribe                            Go to #15 |
| ☐ Other American Indian<br>Explain in Remarks, then Go to (c) | ☐ Other American Indian<br>Explain in Remarks, then Go to (c) |

**11.** (c) Check the block below that shows your current immigration status

| You | | Your Spouse, if filing | |
|---|---|---|---|
| ☐ Amerasian Immigrant | Go to #12 | ☐ Amerasian Immigrant | Go to #12 |
| ☐ Lawful Permanent Resident | Go to #12 | ☐ Lawful Permanent Resident | Go to #12 |
| ☐ Refugee<br>Date of entry: | Go to #14 | ☐ Refugee<br>Date of entry: | Go to #14 |
| ☐ Asylee<br>Date status granted: | Go to #14 | ☐ Asylee<br>Date status granted: | Go to #14 |
| ☐ Conditional Entrant<br>Date status granted: | Go to #14 | ☐ Conditional Entrant<br>Date status granted: | Go to #14 |
| ☐ Parolee for One Year | Go to #14 | ☐ Parolee for One Year | Go to #14 |
| ☐ Cuban/Haitian Entrant | Go to #14 | ☐ Cuban/Haitian Entrant | Go to #14 |
| ☐ Deportation/Removal Withheld<br>Date: | Go to #14 | ☐ Deportation/Removal Withheld<br>Date: | Go to #14 |
| ☐ Other<br>Explain in Remarks, then Go to (d) | | ☐ Other<br>Explain in Remarks, then Go to (d) | |

**(d) If you have status, or have applied for status as the spouse, child, or parent of a child of a US citizen, or lawfully admitted permanent resident alien, Go to #13; otherwise Go to #15.**

**12.** If you are lawfully admitted for permanent residence:

| | You<br>(month, day, year) | Your Spouse<br>(month, day, year) |
|---|---|---|
| (a) Date of Admission | | |

| | You | Your Spouse |
|---|---|---|
| (b) Was your entry into the United States sponsored by any person or promoted by an institution or group? | ☐ YES<br>Go to (c)   ☐ NO<br>Go to (d) | ☐ YES<br>Go to (c)   ☐ NO<br>Go to (d) |

(c) Give the following information about the person, institution, or group, then Go to (d):

| Name | Address | Telephone Number |
|---|---|---|
| | | ( ) - |

| (d) What was your immigration status, if any, before adjustment to lawful permanent resident? | You | Your Spouse, if filing |
|---|---|---|
| | Status: | Status: |
| | (month, day, year)<br>From:<br>To: | (month, day, year)<br>From:<br>To:   Go to (e) |

| (e) If filing as an adult, did your parents ever work in the United States before you were age 18? | ☐ YES<br>Go to (f)   ☐ NO<br>Go to #14 | ☐ YES<br>Go to (f)   ☐ NO<br>Go to #14 |
|---|---|---|

(f) Name and Social Security Number of parent(s) who worked.

| Name | Social Security Number |
|---|---|
| Name | Social Security Number |

| | | You | | Your Spouse, if filing | |
|---|---|---|---|---|---|
| 13. | (a) Have you, your child or your parent, been subjected to battery or extreme cruelty while in the United States? | ☐ YES Go to (b) | ☐ NO Go to #15 | ☐ YES Go to (b) | ☐ NO Go to #15 |
| | (b) Have you, your child, or your parent filed a petition with the Department of Homeland Security for a change in immigration status because of being subjected to battery or extreme cruelty? | ☐ YES Go to #14 | ☐ NO Go to #15 | ☐ YES Go to #14 | ☐ NO Go to #15 |
| 14. | Are you, your spouse, or parent an active duty member or a veteran of the armed forces of the United States? | ☐ YES Explain in #60(b), then Go to #15 | ☐ NO Go to #15 | ☐ YES Explain in #60(b), then Go to #15 | ☐ NO Go to #15 |
| 15. | (a) When did you first make your home in the United States? | (month, day, year) **May 31, 1959** | | (month, day, year) | |
| | (b) Have you lived outside of the United States since then? | ☐ YES Go to (c) | ☒ NO Go to #16 | ☐ YES Go to (c) | ☐ NO Go to #16 |
| | (c) Give the dates of residence outside the United States. | (month, day, year) From: To: | | (month, day, year) From: To: | |
| 16. | (a) Have you been outside the United States (the 50 states, District of Columbia and Northern Mariana Islands) 30 consecutive days prior to the filing date? | ☐ YES Go to (b) | ☒ NO Go to #17 | ☐ YES Go to (b) | ☐ NO Go to #17 |
| | (b) Give the date (month, day, year) you left the United States and the date you returned to the United States. | Date Left: Date Returned: | | Date Left: Date Returned: | |

**IF YOU ARE FILING ON BEHALF OF YOUR CHILD, GO TO #17.**
**IF YOU ARE MARRIED AND YOUR SPOUSE IS NOT FILING FOR SUPPLEMENTAL SECURITY INCOME AND YOU LIVED TOGETHER AT ANY TIME SINCE THE FIRST MOMENT OF THE FILING DATE MONTH,  GO TO #17;  OTHERWISE GO TO #18.**

| | | | |
|---|---|---|---|
| 17. | (a) Is your spouse/parent the sponsor of an alien who is eligible for supplemental security income? | ☐ YES  Go to (b) | ☒ No  Go to #18 |
| | (b) Eligible Alien's Name | Eligible Alien's Social Security Number Go to #18 | |

| | | You | | Your Spouse, if filing | |
|---|---|---|---|---|---|
| 18. | (a) Do you have any unsatisfied felony warrants for your arrest? | ☐ YES Go to (b) | ☒ NO Go to #19 | ☐ YES Go to (b) | ☐ NO Go to #19 |
| | (b) In which state or country was this warrant issued? | Name of State/Country Go to (c) | | Name of State/Country Go to (c) | |
| | (c) Was the warrant satisfied? | ☐ YES Go to (d) | ☐ NO Go to #19 | ☐ YES Go to (d) | ☐ NO Go to #19 |
| | (d) Date warrant satisfied | (month, day, year) | | (month, day, year) | |

| | | You | | Your Spouse, if filing | |
|---|---|---|---|---|---|
| 19. | (a) Do you have any unsatisfied Federal or State warrants for violating the conditions of probation or parole? | ☐ YES Go to (b) | ☒ NO Go to #20 | ☐ YES Go to (b) | ☐ NO Go to #20 |

| 19. | (b) In which state or country was the warrant issued? | Name of State/Country | Name of State/Country |
|---|---|---|---|
| | | Go to (c) | Go to (c) |
| | (c) Was the warrant satisfied? | ☐ YES   ☐ NO | ☐ YES   ☐ NO |
| | | Go to (d)   Go to #20 | Go to (d)   Go to #20 |
| | (d) Date warrant satisfied | (month, day, year) | (month, day, year) |

## PART II - LIVING ARRANGEMENTS - The questions in this section refer to the signature date.

| 20. | Check the block which best describes your present living situation: | |
|---|---|---|
| | ☑ Household | Since (month, day, year) **October 15, 1993**  Go to #25 |
| | ☐ Non-Institutional Care | Since (month, day, year)  Go to #23 |
| | ☐ Institution | Since (month, day, year)  Go to #21 |
| | ☐ Transient or homeless | Since (month, day, year)  Go to #38 |

### INSTITUTION

| 21. | Check the block that identifies the type of institution where you currently reside, then Go to #22: | |
|---|---|---|
| | ☐ School | ☐ Rehabilitation Center |
| | ☐ Hospital | ☐ Jail |
| | ☐ Rest or Retirement Home | ☐ Other (Specify) |
| | ☐ Nursing Home | |

| 22. | Give the following information about the INSTITUTION: |
|---|---|
| | (a) Name of institution: |
| | (b) Date of admission: |
| | (c) Date you expect to be released from this institution: |
| | Go to #38 |

### NON-INSTITUTIONAL CARE

| 23. | Check the block that best describes your current residence, then Go to #24: |
|---|---|
| | ☐ Foster Home   ☐ Group Home   ☐ Other (Specify) |

| 24. | Give the following information about your Noninstitutional Care: |
|---|---|
| | (a) Name of facility where you live: |

| 24. | (b) Name of placing agency | Address | Telephone Number |
|---|---|---|---|
| | | | ( )    - |

(c) Does this agency pay for your room and board?

☐ YES   Go to #38    ☐ NO  If NO, who pays?

Go to #38

## HOUSEHOLD ARRANGEMENTS

| 25. | Check the block that describes your current residence, then Go to #26: |

☐ House                          ☐ Mobile Home

☑ Apartment                     ☐ Houseboat

☐ Room (private home)           ☐ Other (Specify)

☐ Room (commercial establishment)

| 26. | Do you live alone or only with your spouse? | ☑ YES   Go to #28 | ☐ NO   Go to #27 |

27. (a) Give the following information about everyone who lives with you:

| Name | Relationship | Public Assistance | | Sex | | Birthdate mm/dd/yy | Blind or Disabled | | If Under 22 | | | | Social Security Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | YES | NO | M | F | | YES | NO | Married | | Student | | |
| | | | | | | | | | YES | NO | YES | NO | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

If anyone listed is under age 22 and not married, Go to (b); otherwise, Go to #28.

**27.** (b) Does anyone listed in 27(a) who is under age 18, OR between ages 18-22 and a student, receive income?   ☐ YES   Go to (c)   ☐ NO   Go to #28

| (c) Child Receiving Income | Source and Type | Monthly Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**28.** (a) Do you (or does anyone who lives with you) own or rent the place where you live?   ☑ YES   Go to #29   ☐ No   Go to (b)

| (b) Name of person who owns or rents the place where you live | Address | Telephone Number |
|---|---|---|
| | | (     )     - |

(c) If you live alone or only with your spouse, and do not own or rent, Go to #38; otherwise, Go to #32.

**29.** (a) Are you (or your living with spouse) buying or do you own the place where you live?   ☐ YES Go to (c)   ☑ No

If you are a child living with your parent(s) Go to (b); otherwise Go to #30

(b) Are your parent(s) buying or do they own the place where you live?   ☐ YES   Go to (c)   ☑ NO   Go to #30

(c) What is the amount and frequency of the mortgage payment?

Amount: $              Frequency of Payment:                   Go to (d)

(d) If you are a child living only with your parents, or only with your parents and their other children who are subject to deeming, or with others in a public assistance household, or living alone or with your spouse, Go to #38; otherwise Go to #32.

**30.** (a) Do you (or your living with spouse) have rental liability for the place where you live?   ☑ YES   Go to (d)   ☐ NO

If you are a child living with your parent(s) Go to (b); otherwise Go to (c)

(b) Does your parent(s) have rental liability?   ☐ YES   Go to (d)   ☐ NO   Go to (c)

**30.** **(c)** Does anyone who lives with you have rental liability for the place where you live?

☐ YES  Give name of person with rental liability: _____ Go to #31

☐ NO  Give name of person with home ownership: _____ Go to #32

**(d)** What is the amount and frequency of the rent payment?

Amount: $ 253.00          Frequency of Payment:  **Monthly**

Go to #31

---

**31.** **(a)** Are you (or anyone who lives with you) the parent or child of the landlord or the landlord's spouse?  | ☐ YES  Go to (b)     ☑ NO  Go to (c)

| (b) Name of person related to landlord or landlord's spouse | Relationship | Name and address of landlord (include telephone number and area code, if known): |
|---|---|---|
|  |  |  |

**(c)** If you are a child living only with your parents, or only with your parents and their other children who are subject to deeming, or with others in a public assistance household, or living alone or with your spouse, Go to #38.

---

**32.** **(a)** Does anyone living with you contribute to the household expenses? (NOTE: See list of household expenses in #37)  | ☐ YES  Go to (b)     ☐ NO
                                                                                     Go to #33

**(b)** Amount others contribute:         $

Go to #33

---

**33.** **(a)** Do you eat all your meals out?  | ☐ YES  Go to #34     ☐ NO  Go to (b)

**(b)** Do you buy all your food separately from other household members:  | ☐ YES  Go to #34     ☐ NO  Go to #34

---

**34.** Do you contribute to household expenses?

☐ YES  Average Monthly Amount:  $ _____ Go to #35

☐ NO  Go to #35

---

**35.** **(a)** Do you have a loan agreement with anyone to repay the value of your share of the household expenses?  | ☐ YES  Go to (b)     ☐ NO  Go to #35(d)

**(b)** Give the name, address and telephone number of the person with whom you have a loan agreement :

**(c)** Will the amount of this loan cover your share of the household expenses?  | ☐ YES  Go to #38     ☐ NO  Go to (d)

**(d)** **If you contribute**  toward household expenses and you answered "NO" to both 33(a) & (b), Go To #36.  If you answered "YES" to either 33(a) or 33(b),  Go to #37.
  **If you do not contribute toward household expenses, go to #38.**

---

**36.** **(a)** Is part or all of the amount in #34 just for food?

☐ YES  Give Amount:  $ _____         Go to (b)     ☐ NO  Go to (b)

**(b)** Is part or all of the amount in #34 just for shelter?

☐ YES  Give Amount:  $ _____         Go to #37     ☐ NO  Go to #37

---

Form **SSA-8000-BK** (01-2012)       Page 9

37. What is the average monthly amount of the following household expenses:
(Show average over the past 12 months unless you have been residing at your present address less than 12 months. If so, show average for the months you have resided at your present address.)

| CASH EXPENSES | AVERAGE MONTHLY AMOUNT |
|---|---|
| Food (complete only if #33(a) & (b) are answered NO) | $ |
| Mortgage or Rent | $ |
| Property Insurance (if required by mortgage lender) | $ |
| Real Property Taxes | $ |
| Electricity | $ |
| Heating Fuel | $ |
| Gas | $ |
| Sewer | $ |
| Garbage Removal | $ |
| Water | $ |
| TOTAL | $                                        Go to #38 |

38. (a) Does anyone who does NOT LIVE with you pay for, or provide you or your household (if applicable), any of your food or shelter items?

☐ YES   Name of Provider (Person or Agency) _____

List of Items _____

Monthly Value: $ _____

☑ NO
Go to (b)

(b) Does anyone who does NOT LIVE with you give you, or your household (if applicable), money to pay for any of your or your household's food or shelter items?

☑ YES   Name of Provider (Person or Agency)   New York City Human Resources Administration
Supplemental Nutrition Assistance Program (SNAP)

List of Items _____

Monthly Value: $ $192.00

☐ NO
Go to #39

| 39. | (a) Has the information given in #20-38 been the same since the first moment of the filing date month? | ☑ YES  Go to (b) | ☐ NO Explain in Remarks, then Go to (b) |
|---|---|---|---|
| | (b) Do you expect any of this information to change? | ☐ YES Explain in Remarks, then Go to #40 | ☑ NO Go to #40 |

## PART III - RESOURCES - The questions in this section pertain to the first moment of the filing date month.

| 40. | (a) Do you own, or does your name appear (alone or with any other person's name) on the title of any vehicles (auto, truck, motorcycle, camper, boat, etc.)? | You | | Your Spouse | |
|---|---|---|---|---|---|
| | | ☐ YES  Go to (b) | ☑ NO  Go to #41 | ☐ YES  Go to (b) | ☐ NO  Go to #41 |

**40.**

| (b) Owner's Name | Description (Year, Make & Model) | Used For | Current Market Value | Amount Owed |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

**41.** (a) Do you own or are you buying any life insurance policies?

| | You | | Your Spouse | |
|---|---|---|---|---|
| | ☐ YES | ☑ NO | ☐ YES | ☐ NO |
| | Go to (b) | Go to #42 | Go to (b) | Go to #42 |

(b)

| | Owner's Name | Name of Insured | Name & Address of Insurance Company | Policy Number |
|---|---|---|---|---|
| Policy (#1) | | | | |
| Policy (#2) | | | | |
| Policy (#3) | | | | |

| | Face Value | Cash Surrender Value | Date of Purchase | Dividends | | Accumu-lations | |
|---|---|---|---|---|---|---|---|
| | | | | YES | NO | YES | NO |
| Policy (#1) | $ | $ | | | | | |
| Policy (#2) | $ | $ | | | | | |
| Policy (#3) | $ | $ | | | | | |

(c) Loans Against Policy? ☐ YES                                                    ☐ NO

Policy Number: _____

Amount: $_____                                    Go to #42

**42.** (a) Do you (either alone or jointly with any other person) own any:

| | You | | Your Spouse | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Life estates or ownership interest in an unprobated estate? | | X | | |
| Items acquired or held for their value as an investment? | ☐ | ☒ | ☐ | ☐ |

42. (b) Give the following information for any "Yes" answer in #42(a); otherwise, Go to #43.

| Owner's Name | Name of Item | Value | Amount Owed | Give Name & Address of Bank or Other Organization |
|---|---|---|---|---|
| | | $ | $ | |
| | | $ | $ | |
| | | $ | $ | |
| | | $ | $ | |

43. (a) Do you own, or does your name appear on (either alone or with any other person's name) any of the following items?

| | You | | Your Spouse | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Cash at home, with you, or anywhere else | | X | | |
| Financial Institution Accounts | | | | |
| Checking | X | X | | |
| Savings | | X | | |
| Credit Union | | X | | |
| Christmas Club | | X | | |
| Time Deposits/Certificates of Deposit | | X | | |
| Individual Indian Money Account | | X | | |
| Other (Including IRAs and Keough Accounts) | | X | | |

(b) If all the items in #43(a) are answered "NO", Go to #44. For any "YES" answer, give the following information:

| Owner's/Trustee's Name | Name of Item | Value | Name & Address of Bank or Other Organization | Identifying Number |
|---|---|---|---|---|
| Cheryl D. Uzamere | Checking Account | $  -203.00 | TD Bank | 4364568655 |
| Cheryl D. Uzamere | Checking Account | $  0 | JP Morgan Chase | 562089273 |
| | | $ | | |

| 44. | (a)  Do you give us permission to obtain any financial records from any financial institution? | **You** | | **Your Spouse, if filing** | |
|---|---|---|---|---|---|
| | | ☑ YES  Go to (b) | ☐ NO  Go to (b) | ☐ YES  Go to (b) | ☐ NO  Go to (b) |

| (b)  Do you own or does your name appear on any of the following items: | **You** | | **Your Spouse** | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Stocks or Mutual Funds | | X | | |
| Bonds (Including U.S. Savings Bonds) | | X | | |
| Promissory Notes | | X | | |
| Trusts | | X | | |
| Other items that can be turned into cash | | X | | |

(c) If all the items in #44(b) are answered "NO", Go to #45.  For any "YES" answer, give the following information:

| Owner's/Trustee's Name | Name of Item | Value | Name & Address of Bank or Other Organization | Identifying Number |
|---|---|---|---|---|
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |

| 45. | (a) Do you own, or does your name appear (alone or with any other person's name) on any land, houses, buildings, real property, property in foreign country, equipment, mineral rights, items in a safe deposit box, assets set aside for emergencies or heirs, or any other property of any kind that has not been shown anywhere else on the application | **You** | | **Your Spouse** | |
|---|---|---|---|---|---|
| | | ☐ YES  Go to (b) | ☑ NO  Go to #46 | ☐ YES  Go to (b) | ☐ NO  Go to #46 |

(b) Describe the property (including size, location, and how it is used.  If the property is not used now, when was it last used? Do you plan to use the property in the future?

Item #1


Item #2

| 45. | Owner's Name | Estimated Current Market Value | Tax Assessed Value | Mortgage | Owed on Item |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | $ | $ | $ | $ |
| | | $ | $ | $ | $ |

**46.** (a) Have you or your spouse acquired any assets since the first moment of the filing date month?  ☑ YES  Go to (b)   ☐ NO  Go to (c)

(b) Explain:

My husband's name appears on deeds or mortgage agreements for the following property: 1) 2813 Lost Lake Way, Powder Springs, GA; 2) 112 Whitlock Drive, Marietta, GA

(c) Has there been any increase or decrease in the value of you or your spouse's resources since the first moment of the filing date month?  ☐ YES  Go to (d)   ☑ NO  Go to #47

(d) Explain:

**47.**

| | | You | | Your Spouse | |
|---|---|---|---|---|---|
| (a) Have you or your spouse sold, transferred title, disposed of or given away, any money or other property, (including money or property in foreign countries), since the first moment of the filing date month or within the 36 months prior to the filing date month? | | ☐ YES  ☑ NO   Go to (b) | | ☐ YES  ☐ NO   Go to (b) | |
| (b) If you co-owned any money or property with another person(s), did you or any co-owner sell, transfer, or give away any co-owned money or property within the 36 months prior to the filing date month? | | ☐ YES  ☑ NO | | ☐ YES  ☐ NO | |

IF YOU ANSWERED "YES" TO (a) OR (b), GO TO (c).  IF "NO" TO BOTH, GO TO #48.

| (c) | OWNER'S/CO-OWNERS NAME | DESCRIPTION OF PROPERTY | DATE OF DISPOSAL |
|---|---|---|---|
| ITEM #1 | | | |
| ITEM #2 | | | |
| ITEM #3 | | | |
| | NAME AND ADDRESS OR PURCHASER OR RECIPIENT | RELATIONSHIP TO OWNER | VALUE OF PROPERTY AND/OR AMOUNT OF CASH GIFT |
| ITEM #1 | | | $ |

**47.**

| | | | $ |
|---|---|---|---|
| ITEM #2 | | | $ |
| ITEM #3 | | | $ |

| | SALES PRICE OR OTHER CONSIDERATION | ARE OTHER CONSIDERATION OR PROCEEDS EXPECTED? EXPLAIN. | DO YOU STILL OWN PART OF THE PROPERTY? |
|---|---|---|---|
| ITEM #1 | | | |
| ITEM #2 | | | |
| ITEM #3 | | | |

| | SOLD ON OPEN MARKET? | | GIVEN AWAY? | | TRADED FOR GOODS/SERVICES? | |
|---|---|---|---|---|---|---|
| ITEM #1 | ☐ YES | ☐ NO | ☐ YES | ☐ NO | ☐ YES | ☐ NO |
| ITEM #2 | ☐ YES | ☐ NO | ☐ YES | ☐ NO | ☐ YES | ☐ NO |
| ITEM #3 | ☐ YES | ☐ NO | ☐ YES | ☐ NO | ☐ YES | ☐ NO |

**48.**

| (a) Do you have any assets set aside for burial expenses such as burial contracts, trusts, agreements, or anything else you intend for your burial expenses? Include any items mentioned in #41 and #43-47. | You | | Your Spouse | |
|---|---|---|---|---|
| | ☐ YES Go to (b) | ☑ NO Go to #49 | ☐ YES Go to (b) | ☐ NO Go to #49 |

| (b) DESCRIPTION (Where appropriate, give name & address of organization and account/policy number.) | VALUE | WHEN SET ASIDE (month, day, year) | OWNER'S NAME |
|---|---|---|---|
| Item 1 | $ | | |
| Item 2 | $ | | |

| FOR WHOSE BURIAL | IS ITEM IRREVOCABLE? | WILL INTEREST EARNED OR APPRECIATION IN VALUE REMAIN IN THE BURIAL FUND? | |
|---|---|---|---|
| Item 1 | ☐ YES ☐ NO | ☐ YES Go to #49 | ☐ NO Explain in (c) |
| Item 1 | ☐ YES ☐ NO | ☐ YES Go to #49 | ☐ NO Explain in (c) |

(c) EXPLANATION

| 49. | (a) Do you own any cemetery lots, crypts, caskets, vaults, urns, mausoleums, or other repositories for burial or any headstones or markers? | | You | | Your Spouse | |
|---|---|---|---|---|---|---|
| | | | ☐ YES | ☑ NO | ☐ YES | ☐ NO |
| | | | Go to (b) | Go to #50 | Go to (b) | Go to #50 |

| (b) Owner's Name | Description | For Whose Burial | Relationship to You or Your Spouse | Current Market Value |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | Go to #50 |

## PART IV -- INCOME

| 50. (a) Since the first moment of the filing date month, have you (or your spouse) received or do you (or your spouse) expect to receive income in the next 14 months from any of the following sources? | You | | Your Spouse | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| State or Local Assistance Based on Need | | X | | |
| Refugee Cash Assistance | | X | | |
| Temporary Assistance for Needy Families | | X | | |
| General Assistance from the Bureau of Indian Affairs | | X | | |
| Disaster Relief | | X | | |
| Veteran Benefits Based on Need (Paid Directly or Indirectly as a Dependent) | | X | | |
| Veteran Payments Not Based on Need (Paid Directly or Indirectly as a Dependent) | | X | | |
| Other Income Based on Need | | X | | |
| Social Security | | X | | |
| Black Lung | | X | | |
| Railroad Retirement Board Benefits | | X | | |
| Office of Personnel Management (Civil Service) | | X | | |
| Pension (Foreign Military, State, Local, Private, Union, Retirement or Disability) | | X | | |
| Military Special Pay or Allowance | | X | | |
| Unemployment Compensation | | X | | |

Form **SSA-8000-BK** (01-2012)                    Page 16

| 50. | | | | |
|---|---|---|---|---|
| Workers' Compensation | | | X | |
| State Disability | | X | | |
| Insurance or Annuity Payments | | | X | |
| Dividends/Royalties | | | X | |
| Rental/Lease Income Not from a Trade or Business | | | X | |
| Alimony | | | X | |
| Child Support | | | X | |
| Other Bureau of Indian Affairs Income | | | X | |
| Gambling/Lottery Winnings | | | X | |
| Other Income or Support | | | X | |

(b) Give the following information for any block checked YES in #50(a); otherwise, Go to #51

| Person Receiving Income | Type of Income | Amount Received | Frequency of Payment | Date Expected or Received | Source (Name, Address of Person, Bank, Organization or Company) | Identifying Number |
|---|---|---|---|---|---|---|
| Cheryl D. Uzamere | State Disability | $    $20.00 | Monthly | Sept. 28, 2019 | NYS OTDA State Supplement Prog. | 1010-0022 |
| | | $ | | | | |
| | | $ | | | | |

IF YOU EVER RECEIVED SSI BEFORE, GO TO #51; OTHERWISE GO TO #52

| 51. | Are any overpayments being collected from benefits you receive from the Social Security Administration, Railroad Retirement Board, Office of Personnel Management, Veterans' Affairs, Military Pensions, Military Special Pay Allowances, Black Lung, Workers' Compensation, or State Disability or Unemployment Benefits? | You | | Your Spouse | |
|---|---|---|---|---|---|
| | | ☐ YES  Explain in Remarks, then Go to #52 | ☑ NO  Go to #52 | ☐ YES  Explain in Remarks, then Go to #52 | ☐ NO  Go to #52 |
| 52. | Since the first moment of the filing date month, have you received or do you expect to receive any meals or other gifts which are not cash? | ☐ YES  Explain in Remarks, then Go to #53 | ☑ NO  Go to #53 | ☐ YES  Explain in Remarks, then Go to #53 | ☐ NO  Go to #53 |
| 53. | (a) Have you (or your spouse) received wages or sick pay since the first moment of the filing date month through the current month? | ☐ YES  Go to (b) | ☑ NO  Go to (e) | ☐ YES  Go to (b) | ☐ NO  Go to (e) |

(b) Name and Address of Employer (include telephone number and area code, if known)

| You | Your Spouse |
|---|---|
| Go to (c) | Go to (c) |

**53.** **(c)**

| | Date last worked (month, day, year) | Date last paid (month, day, year) | Date next paid (month, day, year) |
|---|---|---|---|
| **You** | | | |
| **Your Spouse** | | | |

| (d) Total monthly wages received (before any deductions) | Your Amount $ | Your Spouse's Amount $ |
|---|---|---|

| (e) Do you (or your spouse) expect to receive any wages in the next 14 months? | **You** ☐ YES  ☑ NO  Go to (f)   Go to #54 | **Your Spouse** ☐ YES  ☐ NO  Go to (f)   Go to #54 |
|---|---|---|

(f) Name and address of employer if different from #53(b) (include telephone number, if known)

| You | Your Spouse |
|---|---|
| | |

(g) Give the following information:

| | RATE OF PAY | AMOUNT WORKED PER PAY PERIOD | HOW OFTEN PAID | PAY DAY OR DATE PAID | DATE LAST PAID (month, day, year) |
|---|---|---|---|---|---|
| **You** | $ | | | | |
| **Your Spouse** | $ | | | | |

| (h) Do you expect any change in wage information provided in #53(g) | **You** ☐ YES  ☐ NO  Go to (i)   Go to #54 | **Your Spouse** ☐ YES  ☐ NO  Go to (i)   Go to #54 |
|---|---|---|

(i) Explain Change:

| You | Your Spouse |
|---|---|
| | |

**54.** **(a)** Have you been self-employed at any time since the beginning of the taxable year in which the filing date month occurs or do you expect to be self-employed in the current taxable year?

| **You** ☐ YES  ☑ NO  Go to (b)   Go to #55 | **Your Spouse** ☐ YES  ☐ NO  Go to (b)   Go to #55 |
|---|---|

(b) Give the following information; then Go to #55

| Date(s) Self-Employed | Type of Business | Last Year's: Gross Income $ | Last Year's: Net Profit $ | Last Year's: Net Loss $ |
|---|---|---|---|---|
| Date(s) Self-Employed | Type of Business | This Year's: Gross Income $ | This Year's: Net Profit $ | This Year's: Net Loss $ |

| 55. | If you or your spouse are blind or disabled, do you have any special expenses that you paid which are necessary for you to work? | **You** | | **Your Spouse** | |
|---|---|---|---|---|---|
| | | ☐ YES<br>Explain in Remarks; then Go to #56 | ☑ NO<br>Go to #56 | ☐ YES<br>Explain in Remarks; then Go to #56 | ☐ NO<br>Go to #56 |

| 56. | (a) Does your spouse/parent who lives with you have to pay court-ordered support? | ☐ YES  Go to (b) | ☑ NO  Go to NOTE |
|---|---|---|---|
| | (b) Give amount and frequency of court-ordered support payment. | Amount:<br>$ | Frequency:<br><br>Go to (c) |
| | (c) Give the following information about the person who receives these payments: | Name: | Address: |

**NOTE:** IF YOU ARE FILING AS A CHILD AND YOU ARE EMPLOYED OR AGE 18 - 22 (WHETHER EMPLOYED OR NOT), GO TO #57; OTHERWISE, GO TO #58.

| 57. | (a) Have you attended school regularly since the filing date month? | ☐ YES  Go to (d) | ☐ NO  Go to (b) |
|---|---|---|---|
| | (b) Have you been out of school for more than 4 calendar months? | ☐ YES  Go to (c) | ☐ NO  Go to (c) |
| | (c) Do you plan to attend school regularly during the next 4 months? | ☐ YES  Explain absence in Remarks and Go to (d) | ☐ NO  Go to #58 |

| (d) Name of School | Name of School Contact | Dates of Attendance From | To | Course of Study |
|---|---|---|---|---|
| | Phone Number | Hours Attending or Planning to Attend | | |

## PART V - POTENTIAL ELIGIBILITY FOR FOOD STAMPS/MEDICAL ASSISTANCE/OTHER BENEFITS - If a California resident, Skip to #59

| 58. | | **You** | | **Your Spouse, if filing** | |
|---|---|---|---|---|---|
| | (a) Are you currently receiving food stamps? | ☑ YES<br>Go to (b) | ☐ NO<br>Go to (c) | ☐ YES<br>Go to (b) | ☐ NO<br>Go to (c) |
| | (b) Have you received a recertification notice within the past 30 days? | ☐ YES<br>Go to (e) | ☑ NO<br>Go to #59 | ☐ YES<br>Go to (e) | ☐ NO<br>Go to #59 |
| | (c) Have you filed for food stamps in the last 60 days? | ☐ YES<br>Go to (d) | ☐ NO<br>Go to (e) | ☐ YES<br>Go to (d) | ☐ NO<br>Go to (e) |
| | (d) Have you received an unfavorable decision? | ☐ YES<br>Go to (e) | ☐ NO<br>Go to #59 | ☐ YES<br>Go to (e) | ☐ NO<br>Go to #59 |
| | (e) If everyone in the household receives or is applying for SSI, Go to (f); otherwise Go to #59. | | | | |
| | (f) May I take your food stamp application today? | ☐ YES<br>Go to #59 | ☐ NO<br>Explain in (g) | ☐ YES<br>Go to #59 | ☐ NO<br>Explain in (g) |
| | (g) Explanation: | | | | |

59. You may be eligible for Medicaid. However, you must help your State identify other sources that pay for medical care. Also, you must give information to help the State get medical support for any child(ren) who is your legal responsibility. This includes information to help the State determine who a child's father is. If you want Medicaid, you must agree to allow your State to seek payments from sources, such as insurance companies, that are available to pay for your medical care. This includes payments for medical care for you or any person who receives Medicaid and is your legal responsibility. The State cannot provide you Medicaid if you do not agree to this Medicaid requirement. If you need further information, you may contact your Medicaid Agency.

IN STATES WITH AUTOMATIC ASSIGNMENT OF RIGHTS LAWS, Go to (b).

| | You | | Your Spouse, if filing | |
|---|---|---|---|---|
| (a) Do you agree to assign your rights (or the rights of anyone for whom you can legally assign rights) to payments for medical support and other medical care to the State Medicaid agency? | ☑ YES Go to (b) | ☐ NO Go to #60 | ☐ YES Go to (b) | ☐ NO Go to #60 |
| (b) Do you, your spouse, parent or stepparent have any private, group, or governmental health insurance that pays the cost of your medical care? (Do not include Medicare or Medicaid.) | ☐ YES Go to (c) | ☑ NO Go to (c) | ☐ YES Go to (c) | ☐ NO Go to (c) |
| (c) Do you have any unpaid medical expenses for the 3 months prior to the filing date month? | ☐ YES Go to #60 | ☑ NO Go to #60 | ☐ YES Go to #60 | ☐ NO Go to #60 |

60. (a) Have you ever worked under the U.S. Social Security System? — ☐ YES Go to (b)   ☑ NO Go to (b)

| (b) Have you, your spouse, or a former spouse (or parent if you are filing as a child) ever: | You | | Your Spouse/Parent | | Filed for Benefits | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| Worked for a railroad | | X | | | | |
| Been in military service | | X | | | | |
| Worked for the Federal Government | X | | | | | |
| Worked for a State or Local Government | X | | | | | |
| Worked for an employer with a pension plan | | | | X | | |
| Belonged to union with a pension plan | | | | X | | |
| Worked under a Social Security system or pension plan of a country other than the United States? | | | | X | | |

(c) Explain and include dates for any "Yes" answer given in #14 or #60(a); otherwise Go to #61.

| You: | Your Spouse, if filing/Your Parent, if filing as a child: |
|---|---|
| I worked for the U.S. Dept. of Labor from 9/78 to 12/78<br>I worked for the NYC Dept. of Sanitation from 8/88 to 5/89 | |

## PART VI -- MISCELLANEOUS -- (Answer #61 ONLY IF YOU ARE APPLYING ON BEHALF OF SOMEONE ELSE. OTHERWISE GO TO #62.)

| 61. (a) Name of Person/Agency Requesting Benefits. | Relationship to Claimant | Your Social Security Number (or EIN) |
|---|---|---|
| (b) If SSA determines that the claimant needs help managing benefits, do you wish to be selected representative payee? | ☐ YES ☐ NO | (Explain in Remarks) |

## PART VII -- REMARKS--(You may use this space for any explanations. Enter the item number before each explanation. If you need more space, use a signed form SSA-795.)

Attachments: Question 5B: Marital Status; Question 5D: Spouse's Use of Aliases; Question 28: Ownership or Rental of Residence; Question 38: Outside Money for Food and/or Shelter Items; Question 43B -- Bank Account Information; Question 46 -- Acquisition of Assets/Property by Applicant or Applicant's Spouse; Question 50B: New York State Disability Payments from NYSOTDA;

_____

_____

_____

_____

_____

_____

_____

## PART VIII -- IMPORTANT INFORMATION AND SIGNATURES

**62.** **IMPORTANT INFORMATION--PLEASE READ CAREFULLY**

▶ Failure to report any change within 10 days after the end of the month in which the change occurs could result in a penalty deduction.

▶ The Social Security Administration will check your statements and compare its records with records from other State and Federal agencies, including the Internal Revenue Service, to make sure you are paid the correct amount.

▶ We have asked you for permission to obtain, from any financial institution, any financial record about you that is held by the institution. We will ask financial institutions for this information whenever we think it is needed to decide if you are eligible or if you continue to be eligible for SSI benefits. Once authorized, our permission to contact financial institutions remains in effect until one of the following occurs: (1) you or your spouse notify us in writing that you are canceling your permission, (2) your application for SSI is denied in a final decision, (3) your eligibility for SSI terminates, or (4) we no longer consider your spouse's income and resources to be available to you. If you or your spouse do not give or cancel your permission you may not be eligible for SSI and we may deny your claim or stop your payments.

**63.** **I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison, or may face other penalties, or both.**

| Your Signature (First name, middle initial, last name) (Sign in ink.) | Date (month, day, year) September 14, 2019 |
|---|---|
| **SIGN HERE** ▶ | Telephone Number(s) where we can contact you during the day: (    ) |

| Spouse's Signature **(Sign only if applying for payments.)** (First name, middle initial, last name) (Sign in ink.) |
|---|
| **SIGN HERE** ▶ |

**64.** If you are blind or visually impaired, check the type of mail you want to receive from us.

☐ Standard notice First Class   ☐ Standard notice First-Class with a follow-up phone call   ☐ Standard notice & data CD by First-Class
☐ Standard notice Certified   ☐ Standard & Braille notices by First-Class   ☐ Standard & large print notices   ☐ Standard notice & audio CD

**65.** WITNESS

Your application does not ordinarily have to be witnessed. If, however, you have signed by mark (X), two witnesses to the signing who know you, must sign below giving their full address.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and Street, City, State, and ZIP Code) | Address (Number and Street, City, State, and ZIP Code) |

## RECEIPT FOR YOUR CLAIM FOR SUPPLEMENTAL SECURITY INCOME

| Name<br>Cheryl D. Uzamere | Social Security Number<br>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 | Date<br>September 14, 2019 |
|---|---|---|
| Name | Social Security Number | Date |

| If you have a question or something to report call:<br><br>(        )           - | Social Security Office you may visit or mail your request to: |
|---|---|

For general information about Social Security, visit our website at www.socialsecurity.gov on the Internet.

We will process your application for Supplemental Security Income as quickly as possible. If you have trouble getting any information or records we have asked for, please contact us and we will help you.

You should hear from us within _____ days after you have given us all the information we requested. Some claims may take longer if additional information is needed. If you do not get a check or notice of determination within that time, please get in touch with us.

### Privacy Act Statement/ Paperwork Reduction Act Statement
### Collection and Use of Personal Information

Section 1631(e) of the Social Security Act, as amended, authorizes us to collect this information. We will use this information to help us determine your entitlement to benefits. Furnishing us this information is voluntary. However, failing to provide us with all or part of the requested information may prevent us from making an accurate and timely decision on your claim, which may result in the loss of payments. We rarely use the information you supply for any purpose other than for determining problems in Social Security programs. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, which include, but are not limited to the following:

1. To enable a third party or an agency to assist Social Security in establishing rights to Medicare benefits and/or coverage;

2. To comply with Federal laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and the Department of Veterans' Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State and local level; and,

4. To facilitate statistical research and audit activities necessary to assure the integrity and improvement of Social Security programs.

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. Information from these matching programs can be used to establish or verify a person's eligibility for federally-funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

A complete use of routine uses for this information is available in System of Records Notices 60-0089, Claims Folder System and 60-0050, Completed Determination-Continuing Disability Determinations. These notices, additional information regarding this form, and information regarding our programs and systems, are available on-line at www.socialsecurity.gov or any local Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 40 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send **only** comments relating to our time estimate to this address, not the completed form.

### REPORTING RESPONSIBILITIES

The amount of a Supplemental Security Income (SSI) check is based on the information told to us. You must tell Social Security every time there is a change-while we process your application AND if you start receiving SSI.

Remember, a change may make the SSI monthly payment bigger or smaller. Report changes in income of your ineligible husband/wife or child who lives with you or your sponsor or sponsor's spouse, if you are an alien. You must also report changes in the things of value that these people own. You must also report changes in income, school attendance and marital status of ineligible children who live with you.

You must tell us about any change within 10 days after the month it happens. If you do not report changes, we may have to take as much as $25, $50, or $100 out of future checks.

### HOW TO REPORT

You may make your reports:
• By telephone at the telephone number shown above or call us toll free at **1-800-772-1213 (TTY 1-800-325-0778) or**
• In person or
• By mail at the address shown above.

## CHANGES TO REPORT

☐ **WHERE YOU LIVE --You must report to Social Security if:**
- You move.
- You (or your spouse) leave your household for a calendar month or longer. (For example, you enter a hospital or visit a relative.)
- You are admitted to (for a calendar month or longer), or released from, a hospital or nursing home, jail, prison, or other correctional facility or other institution.
- You leave the United States for 30 consecutive days.
- You are no longer a legal resident of the United States

☐ **HOW YOU LIVE -You must report to Social Security:**
- If anyone moves into or out of your household.
- If the amount of money you pay toward household expenses changes.
- Births and deaths of any people with whom you live.
- Your spouse or former spouse dies.
- Your marital status changes:
  --You get married, separated, divorced, or your marriage is annulled.
  --You begin living with someone as husband and wife.

☐ **INCOME-You must report to Social Security if you, your spouse/your parent(s):**
- Start to receive money (or checks or any other type of payment) from someone or someplace.
- Have a change in the amount of money you receive.
- Begin to receive child support payments or those payments go up or down.
- Win money from gambling or a lottery.
- Start work or stop work.
- Earn more or less money. (**Keep all paystubs** and provide them to SSA when requested.)
- Become eligible for benefits other than SSI.

☐ **HELP YOU GET FROM OTHERS -You must report to Social Security if:**
- The amount of help (money or food, or payment of household expenses) you receive goes up or down.
- Someone stops helping you.
- Someone starts helping you.

☐ **THINGS OF VALUE THAT YOU OWN -You must report to Social Security if:**
- The value of things that you own goes over $2000 when you add them all together ($3000 if you are married and live with your spouse).
- You sell or give any thing of value away.
- You buy or are given anything of value.

☐ **YOU ARE BLIND OR DISABLED-You must report to Social Security if:**
- Your condition improves or your doctor says you can return to work.
- You go to work.

☐ **IF YOU ARE THE PARENT, STEP PARENT, OR REPRESENTATIVE PAYEE FOR A CHILD UNDER 18 - A report to Social Security must be made if:**
- There is a change in any income the child, his or her parent(s), step parent, or brother(s) or sister(s) receive.
- There is a change in the student status of the child's brother(s) or sister(s).
- There is a change in his or her parents' or step parents' marriage, a change in the value of anything they own, or a change in their residence.

☐ **YOU ARE UNMARRIED AND UNDER AGE 22 - A report to Social Security must be made if:**
- You start or stop school
- You get married or divorced
- You start or stop working

☐ **YOUR IMMIGRATION STATUS CHANGES-**
- You must report any changes to Social Security.

☐ **YOU ARE SELECTED AS A REPRESENTATIVE PAYEE -You must report to Social Security if:**
- The person for whom you receive SSI checks has any changes listed above. (You may be held liable if you do not report changes that could affect the SSI recipient's payment amount, and he/she is overpaid.)
- You will no longer be able or no longer wish to act as that person's representative payee.

☐ **IF A WARRANT HAS BEEN ISSUED FOR YOUR ARREST -You must report to Social Security if:**
- Your warrant is for a crime or an attempted crime that is a felony (or, in jurisdictions that do not define crimes as felonies, a crime that is punishable by death or imprisonment for a term exceeding 1 year); or
- Your warrant is for a violation of probation or parole under Federal or State law.

---

---

---

---

---

---

---

---

## PART VIII -- IMPORTANT INFORMATION AND SIGNATURES

| 62. | IMPORTANT INFORMATION--PLEASE READ CAREFULLY |

▶ Failure to report any change within 10 days after the end of the month in which the change occurs could result in a penalty deduction.

▶ The Social Security Administration will check your statements and compare its records with records from other State and Federal agencies, including the Internal Revenue Service, to make sure you are paid the correct amount.

▶ We have asked you for permission to obtain, from any financial institution, any financial record about you that is held by the institution. We will ask financial institutions for this information whenever we think it is needed to decide if you are eligible or if you continue to be eligible for SSI benefits. Once authorized, our permission to contact financial institutions remains in effect until one of the following occurs: (1) you or your spouse notify us in writing that you are canceling your permission, (2) your application for SSI is denied in a final decision, (3) your eligibility for SSI terminates, or (4) we no longer consider your spouse's income and resources to be available to you. If you or your spouse do not give or cancel your permission you may not be eligible for SSI and we may deny your claim or stop your payments.

| 63. | I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison, or may face other penalties, or both. |

Your Signature (First name, middle initial, last name) (Sign in ink.)

**SIGN HERE** ▶ *Cheryl D. Wyomee*

Date (month, day, year)
September 14, 2019

Telephone Number(s) where we can contact you during the day:
( 347 )  204  -  9281

Spouse's Signature (Sign only if applying for payments.) (First name, middle initial, last name) (Sign in ink.)

**SIGN HERE** ▶

| 64. | If you are blind or visually impaired, check the type of mail you want to receive from us. |

☐ Standard notice First Class  ☐ Standard notice First-Class with a follow-up phone call  ☐ Standard notice & data CD by First Class
☐ Standard notice Certified  ☐ Standard & Braille notices by First-Class  ☐ Standard & large print notices  ☐ Standard notice & audio CD

| 65. | WITNESS |

Your application does not ordinarily have to be witnessed. If, however, you have signed by mark (X), two witnesses to the signing who know you, must sign below giving their full address.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and Street, City, State, and ZIP Code) | Address (Number and Street, City, State, and ZIP Code) |

_____

_____

_____

_____

_____

_____

_____

_____

## PART VIII -- IMPORTANT INFORMATION AND SIGNATURES

**62.** **IMPORTANT INFORMATION--PLEASE READ CAREFULLY**

▶ Failure to report any change within 10 days after the end of the month in which the change occurs could result in a penalty deduction.

▶ The Social Security Administration will check your statements and compare its records with records from other State and Federal agencies, including the Internal Revenue Service, to make sure you are paid the correct amount.

▶ We have asked you for permission to obtain, from any financial institution, any financial record about you that is held by the institution. We will ask financial institutions for this information whenever we think it is needed to decide if you are eligible or if you continue to be eligible for SSI benefits. Once authorized, our permission to contact financial institutions remains in effect until one of the following occurs: (1) you or your spouse notify us in writing that you are canceling your permission, (2) your application for SSI is denied in a final decision, (3) your eligibility for SSI terminates, or (4) we no longer consider your spouse's income and resources to be available to you. If you or your spouse do not give or cancel your permission you may not be eligible for SSI and we may deny your claim or stop your payments.

**63.** I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison, or may face other penalties, or both.

| Your Signature (First name, middle initial, last name) (Sign in ink.) | Date (month, day, year) |
|---|---|
| **SIGN HERE** ▶ *Cheryl D. Uncomel* | September 14, 2019 |
| | Telephone Number(s) where we can contact you during the day: |
| | ( 718 )  255 - 3922 |

| Spouse's Signature (Sign only if applying for payments.) (First name, middle initial, last name) (Sign in ink.) |
|---|
| **SIGN HERE** ▶ |

**64.** If you are blind or visually impaired, check the type of mail you want to receive from us.
☐ Standard notice First Class    ☐ Standard notice First-Class with a follow-up phone call    ☐ Standard notice & data CD by First-Class
☐ Standard notice Certified    ☐ Standard & Braille notices by First-Class    ☐ Standard & large print notices    ☐ Standard notice & audio CD

**65.**                                                     WITNESS

Your application does not ordinarily have to be witnessed. If, however, you have signed by mark (X), two witnesses to the signing who know you, must sign below giving their full address.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and Street, City, State, and ZIP Code) | Address (Number and Street, City, State, and ZIP Code) |